You are about to hear the testimony of Teri McKean. She provided counseling to Sarah Nixon in the spring of 2015. She is not providing testimony as an expert witness based on her specialized knowledge, skill, experience, training, or education. Her testimony is offered only as a lay person who observed and interacted with Sarah Nixon. You should judge this witness' testimony the same way you judge the testimony of any other witness.



Joint Instruction No. 1

FRE 702; December 8, 2016 Order by the Court (R. 80, at p. 3)