E-FILED
Wednesday, 27 September, 2017  04:11:54 PM
Clerk, U.S. District Court, ILCD

CD/IL PROB 12B
(Rev. 12/12)

# United States District Court
# for the
# CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| NAME/ADDRESS OF OFFENDER | Sarah M. Nixon<br><br>Champaign, Illinois  61821 |
| CASE NUMBER | 15-CR-20057-001 |
| SENTENCING JUDICIAL OFFICER | Colin S. Bruce<br>U.S. District Judge |
| DATE OF ORIGINAL SENTENCE | May 19, 2017 |
| ORIGINAL OFFENSE | International Parental Kidnapping |
| ORIGINAL SENTENCE | 26 months imprisonment and 1 year supervised release, $100 special assessment and $2,000 restitution, with special condition:  1) Comply with all orders, terms and conditions issued by Champaign County Court regarding matters of divorce or matters concerning her minor child. |
| TYPE OF SUPERVISION | Term of Supervised Release |
| DATE SUPERVISION COMMENCED | August 8, 2017 |

## PETITIONING THE COURT

☐   To extend the term of supervision for __ years, for a total term of __ years.

☒   To modify the conditions of supervision as follows:

Supervised Release Condition No. 7: You shall participate in psychiatric services and/or a program of mental health counseling/treatment as directed by the U.S. Probation Office and shall take any and all prescribed medications as directed by the treatment providers.  You shall pay the costs of the treatment to the extent you are financially able to pay.  The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.

Re: NIXON, Sarah M.
Page 2

## CAUSE

Offender Nixon has indicated that she could benefit from mental health treatment. I concur with this assessment and recommend supervised release be modified to include a condition for psychiatric and/or mental health counseling. This modification would assist with the offender's transition into the community. Offender Nixon has agreed to the modification and signed the attached waiver. Assistant U.S. Attorney Elly Peirson has indicated that she has no objection to this modification.

Respectfully submitted,

s/Alexander Morris

Alexander Morris
U.S. Probation Officer
September 27, 2017

AM:

THE COURT ORDERS:

☐ No Action.
☐ The Extension of Supervision as Noted Above.
☒ The Modification of Conditions as Noted Above.
☐ Other.

s/ Colin S. Bruce

_____

Colin S. Bruce
U.S. District Judge
Date: September 27, 2017