IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-CR-20057 |
| ) | |
| SARAH NIXON, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES OF AMERICA'S RESPONSE TO MOTION TO SUPPLEMENT THE RECORD ON APPEAL

The United States of America, for its response to the defendant's motion to supplement the record on appeal, states:

1.  On May 30, 2018, the United States disclosed to the defense copies of certain emails between this Court and an employee of the United States Attorney's Office that the prosecution team learned of during the pendency of the appeal from the final judgment in the captioned case.

2.  The defendant has moved this Court to supplement the record on appeal with the emails pursuant to Rule 10 of the Federal Rules of Appellate Procedure. That rule provides:

    > (1) If any difference arises about whether the record truly discloses what occurred in the district court, the differences must be submitted to and settled by that court and the record conformed accordingly.

   (2) If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded * * * by the district court before or after the record has been forwarded.

Fed. R. App. P. 10(e)(1) and (2)(B).

   3. "The purpose of Rule 10(e) is to ensure that the court on appeal has a complete record of the proceedings leading to the ruling appealed from * * * ." *United States v. Hillsberg*, 812 F.2d 328, 336 (7th Cir. 1987).

   4.  Although it is the government's position that the emails are not relevant to the merits of the direct appeal, and for that reason did not join in the defendant's motion, it understands the defendant's desire to make the court of appeals aware of the emails.

   5.  Therefore, without waiving any argument that the emails are not relevant to the merits of the appeal, the government does not oppose the defendant's motion.

                                          Respectfully submitted,

                                          JOHN E. CHILDRESS
                                          UNITED STATES ATTORNEY

                         By:   *s/ Elly M. Peirson*
                              Elly M. Peirson
                              Assistant United States Attorney
                              201 South Vine Street, Suite 226
                              Urbana, Illinois 61802-3369
                              (217) 373-5875

**CERTIFICATE OF SERVICE**

I certify that on June 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Elly M. Peirson  
Assistant United States Attorney