UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>         Plaintiff,           )<br>    v.                        )<br>                              )<br> SARAH NIXON,                  )<br>                              )<br>         Defendant.           ) | Case No. 15-CR-20057 |

**ORDER**

During the trial in this case, I engaged in an email exchange with a former paralegal and friend in a geographically different branch of the United States Attorney's Office. This email exchange has been the subject of two separate motions.

In the email exchange, in response to a question from my former paralegal, I was explaining my absence at the retirement party of United States Attorney James A. Lewis.  I was Mr. Lewis' former First Assistant United States Attorney, and a more than twenty year friend of Mr. Lewis.  My absence from his retirement party was unexpected.

At the time it was sent, and now, I consider the email exchange to be innocuous and merely a private email conversation with someone entirely uninvolved in this case. In fact, the record indicates there was no contact concerning the email between my former paralegal in Springfield and any member of the prosecution in Urbana.

Nevertheless, in an abundance of caution, I now recuse myself from this case and transfer it to Chief Judge Shadid for any further matters.

ENTERED this 16th day of August, 2018.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE