FILED
SEP 17 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



IllinoisTimes

Sept. 10, 2018

The Honorable James Shadid
204 U.S. Courthouse
100 N.E. Monroe St.
Peoria, IL 61602

Dear Judge Shadid,

I am writing in reference to U.S. v. Nixon, 15-CR-20057. As you likely are aware, a motion to supplement the court record in this case filed by the defendant on June 19, 2018 is sealed, as is the government's response to the motion filed on June 26, as is U.S. District Court Judge Colin Bruce's order denying the defendant's motion filed on June 27. Furthermore, emails attached as exhibits to a motion for a new trial filed by the defendant on August 14 have been put on restricted access, making them unavailable after less than a day on the public docket. The motion for a new trial has been stricken from the record.

Fortunately, I was able to obtain copies of the emails before they were removed from the public docket. The motion for a new trial, though stricken from the record, remains on the public docket, but the other above-noted motion to supplement and ensuing response and order remain sealed. It is my understanding that such motions, responses and orders are,

typically, open to the public, and I am hoping that you will consider this request to unseal these documents. Times, as you may have heard, are tight for newspapers these days, and so I am also hoping you will appreciate this request coming in the form of a letter as opposed to a formal motion from a lawyer we can ill afford to pay.

This case, as you know, has generated significant public interest and discussion. In our experience, court records are, for good reason, kept open to the public to the greatest extent possible so that citizens can be aware of the actions and efficacy of the criminal justice system. With this in mind, please consider unsealing these documents. Thanks for your consideration, and should you desire any further information or an appearance before your court to further explain our objective, please get in touch.

Sincerely,

s/ Bruce Rushton

Bruce Rushton
Staff Writer