UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 15-CR-20057 |
| SARAH NIXON, ) | |
| Defendant. ) | |

**UNITED STATES OF AMERICA'S POSITION
ON SEALED DOCUMENTS (R.153, 154, 155)**

The United States of America, for its position to the Court's September 17, 2018, text order, has no objection to the unsealing of Defendant Nixon's Sealed Motion to Supplement the Record on Appeal (R.153), the Government's Response (R.154), and the Order denying the Motion (R.155).

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

By:   *s/ Elly M. Peirson*
Elly M. Peirson
Assistant United States Attorney
201 South Vine Street, Suite 226
Urbana, Illinois 61802-3369
(217) 373-5875

## CERTIFICATE OF SERVICE

I certify that on September 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<i>s/ Elly M. Peirson</i><br>
Assistant United States Attorney