September 24, 2018

The Honorable James E. Shadid
Chief United States District Judge
Central District of Illinois
United States Courthouse
201 S. Vine Street, Urbana, IL 61802



Dear Chief Judge Shadid,

I write this letter further to having read the text order, entered on September 20, 2018, in my case (15-cr-20057-JES-EIL). In that order, the Honorable Court questioned whether my appellate attorney, Professor Sarah O'Rourke-Schrup, Esq., acted properly in directing me to file, *pro se*, a pleading in the district court.

This has prompted me to write, in the hope that my perspective may clarify for the Honorable Court some of the context and facts, and thereby help allay any concern it may have that my appellate attorney's advocacy has been anything less than impeccably diligent and professional.[1]

I write this letter unsolicited, and, out of concern for propriety, I write without having apprised Professor O'Rourke Schrup.[2]

Filing the two pleadings in my own case, *pro se*, was a voluntary and informed decision on my part.[3] It was always my understanding that Professor O'Rourke Schrup's representation was limited to the appeal, and it has been my belief that, at the district court, I am, for practical purposes, *pro se* until appointed new trial counsel.

Professor O'Rourke Schrup could not have anticipated the exposure, in late May, of Judge Colin Bruce's *ex parte* email communications – made during, and about, my trial, while I was on the witness stand, in mid-testimony – which clearly and obviously confirm his entrenched pro-prosecution bias, and his contempt for my legal right to due process. I am deeply grateful to Professor O'Rourke Schrup for the exertions she has been making to find *pro bono* trial counsel for me going forward.

---

[1] In this, Professor O'Rourke Schrup (and her students at the Bluhm Legal Clinic) have sustained the exceptionally high standard of advocacy provided by my trial attorney, Mr Peter Henderson, and his co-counsel, Ms Elisabeth Pollock, of the Federal Public Defender's Office.

[2] I take this initiative respectfully, and exceptionally, given the circumstances. Normally, my appellate attorney and I communicate fully. I am copying the attorneys herein.

[3] On August 14, 2018, I filed my PRO SE MOTION FOR NEW TRIAL AND RECUSAL, and on September 18, 2018, I filed DEFENDANT'S POSITION ON SEALED DOCUMENTS (R.153, 154, 155).

1

I also feel that I must bring to the Court's attention, and I know of no other way to be heard on this than via this letter, that not only did Judge Bruce attempt to suppress my protest of his egregious misconduct, but, after my appellate attorney sought to supplement the record on appeal, I was subjected to what I can only interpret to be an extreme act of retaliation via the United States Probation Office. I will be filing a formal complaint concerning that incident of reprisal.

I feel that I must bring to the Court's attention, additionally, serious prosecutorial misconduct. Elly Peirson and I co-taught Sunday school at the Unitarian Universalist Church of Urbana-Champaign. This was in 2015, just months before she decided to criminalize and prosecute my good faith effort to peacefully protect my small daughter – whom her paediatrician, and other child abuse experts, had determined was physically and sexually assaulted by her father, and *not* coached (as indeed she was not) - by going with her to Canada, which I reasonably believed was the correct jurisdiction to hear the issue of child custody. My one "failing," throughout this harrowing legal system nightmare, has been to have neither the ability nor the willingness – as does my tragically disturbed ex-husband – to buy influential "liars-for-hire" at family court.

Elly never disclosed to the trial court her prior involvement with me - and thus, her manifest conflict of interest, which, I later learned, obligated her, as the United States Attorney, to recuse herself from prosecuting my case - the evidence of which I will release to investigative authorities. I will be filing a formal complaint and request for investigation into her conduct.

In closing, I thank the Honorable Court for its consideration of my letter. Professor O'Rourke Schrup's dedication to my cause is irreproachable, and I consider myself fortunate beyond measure to have had her representation throughout the appellate process.

    Respectfully submitted,

    *Sarah Nixon*

    Sarah M. Nixon

    Defendant, *Pro Se*

c.c.    Professor Sarah O'Rourke-Schrup, Esq., Clinical Associate Professor of Law, Director, Appellate Advocacy Center, Bluhm Legal Clinic, Northwestern University Pritzker School of Law, 375 East Chicago Avenue, Chicago, IL 60611

    Elly Peirson, Esq., United States Attorney's Office, Central District of Illinois, 201 S. Vine St., Suite 226, Urbana, IL 61802