UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-CR-20057 |
| ) | |
| SARAH NIXON, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF POTENTIAL CONFLICT OF INTEREST
AND REQUEST FOR A HEARING**

The United States of America, for its notice of conflict of interest, states:

1.  On September 26, 2018, this Court allowed Attorney Sarah Schrup to withdraw from this matter because Ms. Schrup believed that the scope of her representation of Defendant Nixon was limited to the direct appeal. (R.167) Further, Ms. Schrup stated that the direct appeal has been resolved and she "would have difficulty," based on the current demands of her caseload, "representing Ms. Nixon" in any ensuing litigation in the district court. *Id.* This Court, therefore, reappointed the Federal Public Defender to represent Defendant Nixon.

2.  On June 22, 2017, the Federal Public Defender moved to withdraw from this case "for a number of reasons." R. 4 in 17-2132, *United States v. Sarah Nixon*, (7th Cir.). Attorney Peter Henderson represented to the Court of Appeals

that he believed "withdrawing and allowing new counsel to represent Ms. Nixon on appeal [was] appropriate." Further, Mr. Henderson stated that he believed withdrawal from this case was consistent with his "obligations under the Illinois Rules of Professional Conduct, Rule 1.16."

3. Generally, counsel may only file a motion to withdraw upon a showing of "good cause" supported by a detailed explanation. *United States v. Hall*, 35 F.3d 310, 316 (7th Cir. 1994)(an attorney should provide a detailed explanation of the reasons why he believes that "good cause" exists for him to withdraw as counsel.) Despite the apparent lack of detail in Attorney Henderson's motion, on June 23, 2017, the Court of Appeals accepted Mr. Henderson's representations and granted his motion to withdraw. On July 13, 2017, Mr. Henderson was terminated from this case.

4. As it stands, the record is unclear as to the nature of the conflict behind Mr. Henderson's motion to withdraw or if that conflict remains since the appeal has been resolved.

5. The Sixth Amendment guarantees every criminal defendant the right to the effective assistance of counsel. *See generally Strickland v. Washington*, 466 U.S. 668 (1984). This right includes the right to conflict-free counsel. *Hall v. United States*, 371 F.3d 969, 973 (7th Cir. 2004).

6. The Supreme Court has imparted upon trial courts a duty to inquire adequately into a potential conflict of interest if it knows or reasonably should know that a particular conflict exists. *Holleman v. Cotton*, 301 F.3d 737, 742 (7th Cir. 2002) *citing Holloway v. Arkansas,* 435 U.S. 475 (1977) and *Cuyler v. Sullivan,* 446 U.S. 335 (1980).

7. The majority of case law on this issue surrounds attorneys who engage in successive or joint representation of clients. The United States has no information to believe that is the issue here. Nevertheless, because it is unclear what conflict supported the Federal Public Defender's initial motion to withdraw from the case, or if a conflict remains, further inquiry is necessary.

8. Therefore, the United States respectfully requests this Court inquire on the record into the above-described potential conflict of interest to ensure Defendant Nixon has conflict-free representation for any impending litigation in this case.

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

By: *s/ Elly M. Peirson*
Elly M. Peirson
Assistant United States Attorney
201 South Vine Street, Suite 226
Urbana, Illinois 61802-3369
Telephone: (217) 373-5875
elly.peirson@usdoj.gov

3

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Elly M. Peirson*
Assistant United States Attorney
