IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 15-CR-20057 |
| vs. | Hon. James E. Shadid, Chief United States District Judge, Presiding |
| SARAH NIXON, | |
| Defendant. | |

**RESPONSE TO NOTICE OF POTENTIAL
CONFLICT OF INTEREST**

Attorneys Thomas W. Patton and Peter W. Henderson of the Federal Public Defender's Office for the Central District of Illinois respectfully file this response to the government's notice of potential conflict of interest [Doc. #171].

1.  The government believes that defense counsel may have a conflict of interest in representing Ms. Nixon because they withdrew from representing Ms. Nixon before the United States Court of Appeals for the Seventh Circuit. Doc. #171 at 2.

2.  The government's belief relies on a misunderstanding of Seventh Circuit practice. It cites a nearly 25-year-old case for the proposition that the court of appeals will only allow trial counsel to withdraw from representing a defendant on appeal if he provides a detailed explanation of why good cause exists to allow him to withdraw. *Id.*

1

3. In fact, the Seventh Circuit does not require a detailed (or indeed any) explanation before trial counsel may withdraw from further representation on appeal. "Trial counsel in a criminal case, whether retained or appointed by the district court, is responsible for the continued representation of the client desiring to appeal unless specifically relieved by the court of appeals upon a motion to withdraw. *Such relief shall be freely granted.*" 7th Cir. R. 51(a) (emphasis added).[1] Mr. Henderson's motion to withdraw does not state the motion is based on a conflict of interest because it was not based on the existence of a conflict of interest.

4. The Federal Defender's office does not have a conflict of interest in representing Ms. Nixon. If the office did have a conflict, counsel would file a motion to withdraw in light of their professional responsibilities under Rule 1.7 of both the Illinois Rules of Professional Conduct (Mr. Henderson) and the Pennsylvania Rules of Professional Conduct (Mr. Patton).

5. The government has not alleged anything to establish a conflict of interest apart from its misunderstanding of Seventh Circuit practice. Counsel respectfully submits there is no reason for the Court to have a hearing on this issue.

---

[1] Personnel at the Seventh Circuit could not identify exactly when the rule was changed but informed counsel the change occurred approximately 20 years ago.

Respectfully submitted,

BY:   s/ Peter W. Henderson                              s/ Thomas W. Patton
      Assistant Federal Public Defender        Federal Public Defender
      300 West Main Street                             401 Main Street, Suite 1500
      Urbana, Illinois 61801                             Peoria, IL 61602
      Phone: (217) 373-0666                          Phone: (309) 671-7891
      Facsimile: (217) 373-0667                     Facsimile: (309) 671-7898
      Email: Peter_Henderson@fd.org         Email: thomas_patton@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Assistant United States Attorney Elly Pierson. A copy of the foregoing was also mailed to the defendant.

                                                        s/ Thomas W. Patton
                                                        THOMAS W. PATTON
                                                        Attorney for Defendant
                                                        Federal Public Defender
                                                        PA ID No. 88653
                                                        401 Main Street, Suite 1500
                                                        Peoria, Illinois 61602
                                                        Phone: 309/671-7891
                                                        Fax: (309) 671-7898
                                                        E-mail: Thomas_Patton@fd.org