IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>SARAH NIXON,<br><br>     Defendant. | Case No. 15-CR-20057<br><br>Hon. James E. Shadid,<br>Chief United States District Judge,<br>Presiding |

## UNOPPOSED MOTION TO ALLOW A TRAUMA SUPPORT PERSON TO SIT AT COUNSEL TABLE DURING COURT HEARINGS ON THE MOTION FOR NEW TRIAL

Now comes the Defendant, Sarah Nixon, by her attorneys, and files this Unopposed Motion to Allow a Trauma Support Person to Sit at Counsel Table During Court Hearings on the Motion for New Trial and in support thereof states as follows:

1.     Ms. Nixon has filed a motion for a new trial based on the bias and misconduct of United States District Judge Colin S. Bruce. (R. 173).

2.     Ms. Nixon has been diagnosed by multiple mental health professionals with Post Traumatic Stress Disorder (PTSD). As a result of her disability, during court hearings she experiences symptoms that make it very difficult for her to meaningfully participate and assist counsel.

3.      Based on Ms. Nixon's disability, the Champaign County Circuit Court has provided, under the requirements of the Americans With Disabilities Act, the accommodation of allowing a trauma support person to sit at counsel table with Ms. Nixon during court proceedings. Ms. Nixon's trauma support person is a silent observer who does not participate in the hearings in any way. The trauma support person does not coach Ms. Nixon, nor interject herself into the record of the proceeding. However, the trauma support person's immediate proximity makes a critical difference in the severity of Ms. Nixon's PTSD symptoms during court proceedings.

4.      Ms. Nixon respectfully requests the Court allow her trauma support person to sit with her at counsel table during all court proceedings concerning her motion for new trial. As in state court, the trauma support person will not participate in the hearings in anyway other than providing support to Ms. Nixon through her presence.

5.      Assistant United States Attorney Greggory R. Walters has no objection to this motion.

WHEREFORE, Ms. Nixon respectfully requests the Court allow her to have a trauma support person sit with her at counsel table during all court hearings on her motion for new trial.

        Respectfully submitted,

        SARAH NIXON,
        Defendant

BY:   <u>/s/ Thomas W. Patton</u>
        Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois  61602
        Telephone: (309) 671-7891
        Email: thomas_patton@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on December 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Greggory R. Walters.

        <u>/s/ Thomas W. Patton</u>
        Federal Public Defender