E-FILED
Wednesday, 23 January, 2019  03:04:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cr-20057 |
| | ) | |
| SARAH M. NIXON, | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO GOVERNMENT'S RESPONSE TO
MOTION FOR NEW TRIAL**

Page

Transcript Excerpts, November 6, 2015, Hearing,
   *United States v. Gmoser*, No. 14-cr-20048 (C.D. Ill.) ...........................GOV. APP. 1

Transcript Excerpts, February 1, 2016, Hearing,
   *United States v. Gmoser*, No. 14-cr-20048 (C.D. Ill.) .........................GOV. APP. 17

Transcript Excerpts, June 13, 2014, Hearing,
   *United States v. Buie*, No. 14-cr-20022 (C.D. Ill.) ...............................GOV. APP. 22

Transcript Excerpts, June 27, 2014, Hearing,
   *United States v. Auteberry*, No. 14-cr-20027 (C.D. Ill.) ......................GOV. APP. 25

Transcript Excerpts, August 22, 2014, Hearing,
   *United States v. Smith*, No. 14-cr-20036 (C.D. Ill.) .............................GOV. APP. 29

Transcript Excerpts, September 26, 2014, Hearing,
   *United States v. Farrington*, No. 14-cr-20044 (C.D. Ill.) .....................GOV. APP. 33

Transcript Excerpts, October 20, 2014, Hearing,
   *United States v. Despenza*, No. 14-cr-20045 (C.D. Ill.) .......................GOV. APP. 36

Transcript Excerpts, October 31, 2014, Hearing,
  *United States v. Speed*, No. 14-cr-20057 (C.D. Ill.) .............................GOV. APP. 40

Transcript Excerpts, November 7, 2014, Hearing,
  *United States v. Speed*, No. 14-cr-20057 (C.D. Ill.) .............................GOV. APP. 43

Transcript Excerpts, November 24, 2014, Hearing,
  *United States v. Forgy*, No. 14-cr-20066 (C.D. Ill.) .............................GOV. APP. 47

Transcript Excerpts, November 24, 2014, Hearing,
  *United States v. Ramirez*, No. 14-cr-20043 (C.D. Ill.) .........................GOV. APP. 51

Transcript Excerpts, January 16, 2015, Hearing,
  *United States v. Farrington*, No. 14-cr-20044 (C.D. Ill.)....................GOV. APP. 57

Transcript Excerpts, March 13, 2015, Hearing,
  *United States v. Zarate*, No. 14-cr-20065 (C.D. Ill.) ............................GOV. APP. 61

Docket Sheet, *United States v. Evans*,
  No. 16-cr-20067 (C.D. Ill.)....................................................................GOV. APP. 65

Docket Sheet, *United States v. Collins*,
  No. 16-cr-20059 (C.D. Ill.)....................................................................GOV. APP. 79

Docket Sheet, *United States v. Baker*,
  No. 16-cr-20065 (C.D. Ill.)....................................................................GOV. APP. 92

Docket Sheet, *United States v. Brooks*,
  No. 16-cr-20012 (C.D. Ill.)....................................................................GOV. APP. 98

Transcript Excerpts, March 9, 2015, Hearing,
  *United States v. Speed*, No. 14-cr-20056...............................................GOV APP. 112

Declaration of Elly M. Peirson with Exhibits ......................................GOV. APP. 116

Declaration of Lauren S. Kupersmith ....................................................GOV. APP. 129

Declaration of Staci L. Klayer with Exhibit...........................................GOV. APP. 130

ii

Declaration of Lisa G. Hopps with Exhibits .........................................GOV. APP. 136

Declaration of Timothy A. Bass with Exhibits ...................................GOV. APP. 162

Declaration of Sharon J. Paul with Exhibits.........................................GOV. APP. 189

Declaration of Eugene L. Miller with Exhibit.....................................GOV. APP. 201

Declaration of Greggory R. Walters.......................................................GOV. APP. 209

Declaration of Patrick D. Hansen with Exhibits ................................GOV. APP. 211

## CERTIFICATE OF SERVICE

I certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of Illinois by using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Gregory G. Brooker
*Special Assistant United States Attorney*

iii

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

                                Docket No. 14-20048
            Plaintiff,

   vs.                          Urbana, Illinois
                                November 6, 2015
                                1:28 p.m.
JASON T. GMOSER,

            Defendant.


            FINAL PRETRIAL/MOTION HEARING

     BEFORE THE HONORABLE COLIN STIRLING BRUCE
           UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

For the Plaintiff:      ELLY M. PEIRSON, ESQUIRE
                        Assistant United States Attorney
                        201 South Vine Street
                        Urbana, Illinois 61802
                        217-373-5875

                        KEITH A. BECKER, ESQUIRE
                        U.S. Department of Justice
                        Child Exploitation & Obscenity
                        1400 New York Avenue, NW
                        6th Floor
                        Washington, DC 20530
                        202-305-4104

 For the Defendant:     BRADLEY MICHAEL KRAEMER, ESQUIRE
                        Caparella-Kraemer & Associates
                        4841S Rialto Road
                        West Chester, Ohio 45069
                        513-942-7222


Court Reporter:         LISA KNIGHT COSIMINI, RMR-CRR
                        U.S. District Court
                        201 South Vine, Suite 344
                        Urbana, Illinois 61802


Proceedings recorded by mechanical stenography; transcript
produced by computer.

1  I have not had a chance to review them yet.  They were

2  filed yesterday and this morning; and I've been attending

3  to other matters, so I will get to those, but we'll have

4  a jury instruction conference during the trial.

5           Along those lines, Mrs. Peirson, can you have

6  your -- make sure those are emailed to my chambers in

7  Word Perfect form?

8           MS. PEIRSON:  Your Honor, we use Word.

9           THE COURT:  Email them up in Word, and I'll

10 convert them to Word Perfect.

11          MS. PEIRSON:  Okay.

12          THE COURT:  That's fine.

13          All right.  Now we get to, I'm sure, what

14 you're all waiting to hear, which is:  When will the

15 trial take place?

16          All right.  I'm going to tell you my concerns

17 and make a record, and then we're going to talk about

18 what may or may not happen.

19          Here are my concerns.  Number one, Mr. Gmoser

20 was arrested October 16, 2014; so he's been in custody

21 now for over a year.  He's not been convicted of a crime.

22 He's simply been sitting in custody for over a year.

23 Obviously, the majority of that time was excludable time

24 as different proceedings were taking place, motions were

25 filed, et cetera.

1          So I wondered to myself when I saw this motion:

2   How did I go from a trial setting that was much earlier

3   to November 17th?

4          And on August 6th, we had a hearing; and at

5   that hearing, Mrs. Peirson, you were not here as far as I

6   can tell, but Mr. Becker was.  And during the discussion

7   of various hearings and experts, et cetera, it became

8   clear that the trial date that was set was not going to

9   be viable based on all the pending motions and the need

10  for experts and counter-experts, et cetera.

11         So very -- trying to be helpful, Mr. Becker

12  advised me that he had -- I have the benefit of a

13  transcript, which I know you do not, so -- Mr. Becker was

14  trying to be helpful, and he indicated that he had

15  already gotten together with Mr. Kraemer, and they had

16  come up with some proposed trial dates.

17         And when I asked him about how long it would

18  take, Mr. Becker indicated they could probably do the

19  whole trial in -- it would last not more than three days,

20  maybe a fourth with the defendant's evidence; so I'm

21  looking at a four-day trial.

22         Then we have some more talk here.

23         And then Mr. Becker says, "We're proposing

24  November 17th."

25         And my response was, "Mr. Kraemer, you want to

1    go all the way out to November?  I don't have a problem

2    with that.  I want to make sure that that's okay with

3    you," addressing Mr. Kraemer, obviously, "because your

4    client's in custody."

5              And Mr. Kraemer indicated there were some

6    additional issues, but -- then he goes on and says

7    November is all right, saying, "We're in agreement with

8    that."

9              So I said, "All right, November 17th."  And

10   that's why we're here.

11             Now, then I get the Government's Motion to

12   Continue filed Wednesday afternoon, two days before the

13   final pretrial, advising me that they've suddenly

14   discovered that they don't have a witness available.

15             That doesn't make me happy since I'm now in a

16   dilemma.  I try to be fair to both sides.  I have to bear

17   in mind the defendant's been in custody for over a year;

18   that we set this November 17th date on August 6th.  It

19   was set based on the representations of Mr. Becker and

20   Mr. Kraemer and agreement that it worked for both sides.

21             I built other trials around this November 17th

22   date; but, yet, for some reason, the experts were not

23   consulted the week of that hearing on August 6th, the

24   following week, anytime in the month of August, anytime

25   in the month of September, anytime in the month of

1    October, and it was only in November that suddenly

2    someone realizes "we should probably contact our expert"

3    and then find out that he's gone.

4             So this is what I'm going to do.  I have --

5    first off, I'm going to have to -- if I reset this trial,

6    I'm going to have to move some other trials, and I want

7    to do this trial as soon as possible.  So I'm going to

8    throw out some -- two dates.  If they're not acceptable,

9    we're staying with the 17th because it's bad enough that

10   I'm going to have to move other trials, and I'm not

11   moving other trials that already have expert witnesses.

12            And I need to make a record of this.  So it's

13   not just me venting; it's me making a record.

14            I cannot move the trial to the week of

15   November 30th.  I have a trial that week involving a

16   potential rape in a Decatur prison that has multiple

17   experts.  It was difficult to schedule that.  I will not

18   move that because of problems organizing witnesses for

19   months in this case.  So that week is out.

20            Obviously, the week of Thanksgiving is out.

21            The week of the 8th, I have a firm trial on

22   remand involving, again, some expert witnesses involving

23   a baby born with birth dam-- damage at birth, brain

24   trauma; multiple doctor witnesses in that, very difficult

25   to schedule.  I am not going to displace them because the

1    government failed to figure out they didn't have a

2    witness available.

3              The next week we have the Eason trial with the

4    government.  Oh, with Mrs. Peirson for that week, so that

5    trial is not being moved.

6              Then we have the week of Christmas and the week

7    of New Year's when we're not doing trials.

8              So my first available date for a four-day trial

9    would be the week of January, starting January 12th.  I'm

10   going to give you both dates, and you can tell me what,

11   which one.

12             The following week, I have a trial involving an

13   automobile collision with about six different experts,

14   including medical experts, trauma experts, even one who

15   is a concussion expert from the Pittsburgh Steelers'

16   football team.  That was exceptionally difficult to

17   schedule, jockeying all their experts around, so I'm not

18   moving that trial.

19             The following week I have a trial with another

20   defendant who's also in custody, and I'm not going to

21   take -- bump him because of what happened.

22             The following week I have a prisoner trial

23   who's been waiting for more than three years for his

24   trial.  I have recruited counsel.  The counsel is only

25   available that week, and it's difficult enough to try to

1   recruit counsel in prisoner cases.

2           The Seventh Circuit is now beginning to

3   understand that we are not Chicago; and for downstate

4   Illinois, a prisoner case -- doing it pro bono is a

5   poison pill to a law practice, or an average-sized law

6   firm, in our district.  So I'm not going to move it

7   because I successfully recruited counsel in that case,

8   and that would be discourteous and improper.

9           So that leaves my second choice of being

10  February 9th.

11          So that's -- those are the two weeks:  the week

12  of January 12th or the week of February 9th.  If you want

13  to talk to -- we'll go off the record if you -- Mr.

14  Becker, Mrs. Peirson, and Mr. Kraemer, you want to

15  discuss whether either one of those two dates work for

16  you?

17          MS. PEIRSON:  Your Honor, if we could just have

18  five minutes, that would be great.

19          THE COURT:  You can have a half an hour if you

20  want, but I'll just be sitting here; and you tell me when

21  you guys reach a decision.  We're off the record.

22              (Recess, 1:53 p.m. to 1:55 p.m.)

23          MS. PEIRSON:  Judge?

24          THE COURT:  Yes.

25          MS. PEIRSON:  Your Honor, if we could have just

USA v. GMOSER, No. 14-20048 -- Final Pretrial/Continuance (11/6/2015)

 1  a few more minutes, we checked with our essential

 2  witnesses through the 1st week of February but did not

 3  ask them -- except for Dr. Leventhal -- about the second

 4  week of February; so if we could just have a few more

 5  minutes to go make some phone calls --

 6            THE COURT:  Sure.

 7            MS. PEIRSON:  -- and see if we can get ahold of

 8  folks.

 9            THE COURT:  Yeah.

10            MS. PEIRSON:  Thank you.

11            THE COURT:  We'll be in recess for about

12  15 minutes.

13            MS. PEIRSON:  That would be great.  Thank you,

14  Your Honor.

15            (Recess, 1:56 p.m. to 2:11 p.m.)

16            THE COURT:  We're back on the record.  All the

17  same parties are present as before our break for about

18  15 minutes.

19            I'll start with you, Mrs. Peirson.  Where do we

20  stand?

21            MS. PEIRSON:  Your Honor, we've conferred with

22  all of our essential witnesses.  We, we couldn't reach a

23  couple of people, but I think we could still work around

24  it.  And February 9th is the week that we'd ask the Court

25  to set.

```
1              THE COURT:  Did you consult with -- Mr.
2    Kraemer, you were consulted also?
3              MR. KRAEMER:  Yes, sir.  I was, I was involved
4    in the discussion.  I'm okay with that day.  That's fine.
5              THE COURT:  All right.
6              MR. KRAEMER:  I've made contact with my expert
7    as well, and we're good for that date as well.
8              THE COURT:  Your client's good with that also?
9              MR. KRAEMER:  Yes, sir.  He understands.
10             THE COURT:  Mr. Gmoser, you're good with that
11   date for your trial, February 9th?
12             DEFENDANT GMOSER:  Yes.
13             THE COURT:  All right.  You understand you're
14   going to be in custody up until that date, correct?
15             DEFENDANT GMOSER:  Yes.
16             THE COURT:  All right.
17             MS. PEIRSON:  And, Your Honor, February 9th is
18   a Monday.  We were actually going to ask the Court, based
19   on the -- at the time that we set this case and you asked
20   the government for its estimate of time --
21             THE COURT:  Whoa, whoa.  February 9, 2016, is
22   not a Monday.
23             MS. PEIRSON:  I'm sorry.  It's a Tuesday.  I'm
24   sorry.  I'm looking at the wrong month.
25             THE COURT:  Take your time.
```

1          MS. PEIRSON:  So February 9th is a Tuesday; but

2     we anticipate that this case is going to take longer --

3     based on addressing the insanity issue, the number of

4     experts involved -- than we initially thought.  When we

5     gave the Court our estimate in August, as the Court

6     knows, the insanity motion was still pending and hadn't

7     yet been ruled on.  And we, we just think it's going to,

8     it's going to bleed over.

9          So if the Court has time, I -- you know, we

10    would recommend, maybe, setting it on a day earlier or

11    anticipate, if the case bleeds over, to the following

12    week.  I just want to give the Court a heads-up on that

13    and not have the Court be surprised if we need four and a

14    half days, or five days, to complete this case.

15          The government's case in chief will probably

16    still be three days, but addressing the defense and

17    putting on a rebuttal case may take another day to day

18    and a half.

19          THE COURT:  Mr. Kraemer, your thoughts?

20          MR. KRAEMER:  Your Honor, I would estimate that

21    my evidence will take approximately a day, so I would

22    share the same concern.  I would think that we're

23    probably looking at four days.

24          THE COURT:  All right.  We will start, then,

25    on -- well, it's easier for me to clear the 12th than it

 1    is for me to move things on the 8th.

 2              If we start on the 9th -- that's Tuesday -- are

 3    both sides comfortable we'll be done, to the jury, by

 4    Friday, the 12th?

 5              MS. PEIRSON:  So if we start on Monday?  Is

 6    that what you're saying?

 7              THE COURT:  If we start on the 9th, Tuesday,

 8    and I give you another day, the 12th, can we get done by

 9    then?

10              (Brief pause in proceedings.)

11              MS. PEIRSON:  Your Honor, I think that we may

12    be doing closing arguments and jury instructions -- I

13    think the evidence will be four days.  The initial jury

14    selection and closing argument and instructions for the

15    jury are going to be outside of that four days.

16              THE COURT:  All right.  I will start on the

17    8th.  I jealously guard my Mondays and Fridays for other

18    hearings and sentencings, so I'm going to give those up.

19    I will not be happy if --

20              MS. PEIRSON:  If we could maybe just do the

21    afternoon of the 8th.

22              THE COURT:  No.  No.  We're calling a jury in.

23    They're going to be here in the morning --

24              MS. PEIRSON:  Okay.

25              THE COURT:  -- so I can get them moving.  So we

1   will start Monday, the 8th, at 9:30; and we will go all

2   the way through to the 12th.

3          So, Teresa, you and I will get together later

4   to move whatever needs to be moved on the 8th and the

5   12th.

6          COURTROOM DEPUTY:  Okay.

7          THE COURT:  We also have to move the other

8   trial that was already set there.

9          All right.  And while we're scheduling things,

10  this was our final pretrial, but that's also -- our trial

11  is now three months away, so we're going to revisit this

12  case again in a -- some type of motion hearing.  I hate

13  using the term "status hearing," but that's what we're

14  going to call it.

15         Monday, February 1st, at 10:30, we will have

16  what I am calling a status hearing.  There should be no

17  additional pretrial motions filed; so, essentially, I

18  will make sure that we have the same exhibit list,

19  witness list, that nothing has changed of significance.

20         Mr. Kraemer, you do not have to appear in

21  person for that.  We can do it by phone.

22         MR. KRAEMER:  Thank you, sir.

23         THE COURT:  Your client will be here in person,

24  but you don't have to be.  And unless your client wishes

25  to waive -- it's, it's merely a status-type hearing to

USA v. GMOSER, No. 14-20048 -- Final Pretrial/Continuance (11/6/2015)

1    determine that nothing significant has changed.  When I

2    ask him -- you can talk with him.

3              (Brief pause in proceedings.)

4              MR. KRAEMER:  We would be fine with waiving his

5    presence.  That's fine.

6              THE COURT:  You understand, Mr. Gmoser:  You

7    have a right to be present at any and all hearings in a

8    criminal case?

9              DEFENDANT GMOSER:  Yeah.  Yes.

10             THE COURT:  All right.  And I just -- you just

11   consulted with your attorney for a few minutes.  The

12   purpose of this hearing is merely to make sure nothing

13   has changed from today in terms of the exhibit list, the

14   witness lists, et cetera.

15             And now you're telling me you do not wish to be

16   present for that hearing; is that correct?

17             DEFENDANT GMOSER:  That's correct.

18             THE COURT:  All right.  The defendant has

19   waived his presence at that hearing after consultation

20   with his attorney.  That is more -- it is more in the

21   nature of a scheduling-type hearing in any event.

22   Nothing substantive will be discussed such that his, the

23   Court believes his presence would be mandatory.

24             All right.  Other than speedy trial -- and just

25   so -- I mean, I think it goes without saying.  Don't ask,

1   either side, for a continuance again because it's not

2   happening.  I'm already not happy about this one.  So

3   unless someone has a heart attack -- and I hope none of

4   you do -- we're not, we're not moving -- or gets in a car

5   accident -- and I hope none of you have that happen

6   either -- we're not moving this trial.

7           All right.  Other than speedy trial findings,

8   anything further, Mrs. Peirson or Mr. Becker?

9           MS. PEIRSON:  Your Honor, could the Court

10  extend its sealing order of the parts of the indictment

11  and other documents that we've asked to keep sealed based

12  on the ongoing investigation until February 8th?

13          THE COURT:  Yes.  That's -- the Court so orders

14  that, based upon the continuance of February 8th.

15          Anything else --

16          MS. PEIRSON:  No, Your Honor.

17          THE COURT:  -- on behalf of the government?

18          Mr. Kraemer, anything you want me to address?

19          MR. KRAEMER:  No, sir.

20          THE COURT:  All right.  And I will -- I will

21  look forward to this being resolved.

22          All right.  So the current trial setting and --

23  is vacated.

24          Pursuant to 18 USC Section 3161(h)(7)(A), I

25  find that the ends of justice served by granting the

1    continuance of this trial outweigh the best interests of

2    the public and the defendant in a speedy trial.

3           I make this finding because the failure to

4    grant a continuance would be likely to make a

5    continuation of such proceeding impossible, or result in

6    a miscarriage of justice, and would also deny counsel for

7    both sides the reasonable time necessary for effective

8    preparation, taking into account the exercise of due

9    diligence.

10          Let me add for the record:  I am doing so only

11   because there is no objection, only because there was

12   consultation by both sides.  The Court's been advised

13   that this new date works for both sides.  There will be

14   no further continuances.

15          Thus, the Court finds that all times from

16   today's date to February -- I forgot what I said.  8th?

17          COURTROOM DEPUTY:  Yes.

18          THE COURT:  -- February 8, 2016, is excludable

19   time under the Speedy Trial Act.

20          That will be all for the record.  The defendant

21   is remanded to the custody of the United States Marshal

22   Service.

23          (Hearing concludes, 2:20 p.m.)

24
                    * * * * * * * * * *
25

1

2

3                    REPORTER'S CERTIFICATE

4

5        I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

6   that the foregoing is a correct transcript from the

7   record of proceedings in the above-entitled matter.

8

9        Dated this 17th day of October, 2018.

10

11

12            _____  s/Lisa Knight Cosimini_____
                      Lisa Knight Cosimini, RMR-CRR
13                    Illinois License # 084-002998

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

                                        Docket No. 14-20048

              Plaintiff,

    vs.                           Urbana, Illinois
                                        February 1, 2016
                                        10:31 a.m.

JASON T. GMOSER,

              Defendant.

STATUS HEARING

BEFORE THE HONORABLE COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

For the Plaintiff: ELLY M. PEIRSON, ESQUIRE
                      Assistant United States Attorney
                      201 South Vine Street
                      Urbana, Illinois 61802
                      217-373-5875

                      KEITH A. BECKER, ESQUIRE
                      U.S. Department of Justice
                      Child Exploitation & Obscenity Section
                      1400 New York Avenue, N.W.
                      6th Floor
                      Washington, D.C. 20530
                      202-305-4104

For the Defendant: BRADLEY M. KRAEMER, ESQUIRE
                      Caparella-Kraemer & Associates, LLC
                      4841A Rialto Road
                      West Chester, Ohio 45069
                      513-942-7222

Court Reporter:     LISA KNIGHT COSIMINI, RMR-CRR
                      U.S. District Court
                      201 South Vine, Suite 344
                      Urbana, Illinois 61802

Proceedings recorded by mechanical stenography; transcript
produced by computer.

```
 1              (In open court, 10:31 a.m.)
 2              COURTROOM DEPUTY:  This is in Case Number
 3   14-20048, United States of America versus Jason T.
 4   Gmoser.
 5              THE COURT:  The United States is represented by
 6   Elham M. Peirson.  Mr. Becker, from the Department of
 7   Justice, is also on the phone.
 8              Can you hear me, Mr. Becker?
 9              MR. BECKER:  I can.  Yes, Your Honor.
10              THE COURT:  And the defendant, who has waived
11   appearance at this hearing -- it's merely a status
12   hearing concerning some filing of documents.  The only
13   person present is his attorney, Mr. Kraemer.
14              Mr. Kraemer, can you hear me?
15              MR. KRAEMER:  Yes, sir, I can.  Good morning.
16              THE COURT:  Good morning.
17              All right.  This matter was set for a
18   miscellaneous status hearing.
19              Looking at my criminal trial check list for
20   pleadings, I'm missing the witness list from both sides.
21   Those need to be filed by close of business today.  I'm
22   missing the government's exhibit list.  That should be
23   filed by close of business today.
24              All right.  I know I have seen jury
25   instructions for the Gmoser case, but they are not in the
```

```
 1    file; so perhaps I am -- wait a second.  No.

 2              Mrs. Peirson, didn't -- wasn't there a copy of

 3    jury instructions?

 4              MS. PEIRSON:  Your Honor, I'm surprised by the

 5    Court's --

 6              THE COURT:  I know I've seen them.

 7              MS. PEIRSON:  We have filed them.  We actually

 8    filed two sets.  One is document 143, which is --

 9              THE COURT:  That's it.  No.

10              MS. PEIRSON:  -- an unredacted version, and

11    then --

12              THE COURT:  Right, right, right.  No.  We're

13    good.

14              MS. PEIRSON:  We also filed an exhibit list and

15    a witness list; but we'll be filing an amended exhibit

16    list, probably in the next few days, that details more of

17    our exhibit list.  But I'll make sure that the Court has

18    a copy of what we initially filed as well as our witness

19    list, and I've emailed the jury instructions to

20    Ms. Klock.

21              THE COURT:  Right.  You emailed a copy, after

22    you filed them, to my chambers.

23              MS. PEIRSON:  I emailed them recently, but we

24    filed them back in November.

25              THE COURT:  Right.  So I think I have
```

1  everything other than -- the only thing I think I'm

2  missing is -- do you have any objection, Mr. Kraemer, to

3  the government's statement of the case?

4          MR. KRAEMER:  No, sir.  I do not.

5          THE COURT:  All right.  Then I have everything.

6  We have the stipulations.  There's five stipulations.

7          So the only two questions I had -- Mr. Kraemer,

8  first to you:  Did you have any objections to the

9  proposed voir dire questions?  There were two of them

10 recently filed by the government.

11          MR. KRAEMER:  I don't have any objection to

12 the, to the new questions.  No, sir.

13          THE COURT:  Okay.  Those will be in addition to

14 the other questions.

15          Just for the record, I'm not sure if I'm going

16 to read those or not.  I was in the middle of a

17 conversation with Senior Judge Baker.  My concern is

18 that -- twofold.  Number one, those -- I mean, I know

19 Mr. Becker works for the Child Exploitation and Obscenity

20 Section, but I'm concerned that these questions almost

21 shift the burden to placing the government's procedures

22 on trial.  Any argument attempting to place the

23 government on trial I would stop.  I don't want to start

24 off the trial by basically, in a way, placing the

25 government's investigation on trial.  The government's

```
 1              THE COURT:  It's just a -- it's a ministerial

 2   hearing.  That's why your client didn't need to be

 3   present.

 4              I'll see all counsel here on Monday at 9:15,

 5   ready to go.

 6              MR. KRAEMER:  Yes, sir.

 7              THE COURT:  All right.  With nothing further,

 8   that will be all for the record.  We'll be in recess.

 9   Thank you.

10              MR. BECKER:  Thank you, Your Honor.

11              MR. KRAEMER:  Thank you, Your Honor.

12              THE COURT:  Oh, wait.  Did I enter the order

13   about the proposed voir dire sometime before Monday

14   morning?

15              MR. KRAEMER:  Yes, sir.

16              THE COURT:  That's all.

17                 (Hearing concluded, 10:43 a.m.)

18                 *  *  *  *  *  *  *  *  *  *

19                 REPORTER'S CERTIFICATE

20        I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify
     that the foregoing is a correct transcript from the
21   record of proceedings in the above-entitled matter.

22        Dated this 15th day of October, 2018.

23

                    _____  s/Lisa Knight Cosimini_____
24                   Lisa Knight Cosimini, RMR-CRR
                     Illinois License # 084-002998
25
```

```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,
                                Docket No. 14-20022
              Plaintiff,

    vs.                         Urbana, Illinois
                                June 13, 2014
                                1:58 p.m.
TOMMIE L. BUIE,

              Defendant.


         FINAL PRETRIAL CONFERENCE -- CASE CONTINUED

         BEFORE THE HONORABLE COLIN S. BRUCE
             UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:       RONDA H. COLEMAN, ESQUIRE
                         Assistant United States Attorney
                         201 South Vine Street
                         Urbana, Illinois 61802
                         217-373-5875


 For the Defendant:       ELISABETH R. POLLOCK, ESQUIRE
                          Assistant Federal Defender
                          300 West Main Street
                          Urbana, Illinois 61801
                          217-373-0666




Court Reporter:          LISA KNIGHT COSIMINI, RMR-CRR
                         U.S. District Court
                         201 South Vine, Suite 344
                         Urbana, Illinois 61802


Proceedings recorded by mechanical stenography; transcript
produced by computer.
```

USA v. TOMMIE L. BUIE, Case No. 14-20022 -- 6/13/2014

```
 1                 (In open court; 1:58 p.m.)

 2          DEPUTY CLERK:  This is 14-20022, the United

 3    States of America versus Tommy Buie.

 4          THE COURT:  All right.  We have Mrs. Coleman on

 5    behalf of the United States; Ms. Pollock on behalf of the

 6    defendant, Mr. Buie.  The defendant's also present.

 7          We're here for a final pretrial.

 8          Mrs. Coleman, what's the status of the case?

 9          MS. COLEMAN:  Your Honor, the parties expect an

10    agreement in this case.  I'm going to get a written

11    agreement to Ms. Pollock, and we'll schedule it in front

12    of Judge Bernthal.

13          THE COURT:  All right.  So are you moving for a

14    continuance?  Or, Ms. Pollock, are you moving -- you know

15    my habit is only one continuance per side, so -

16          MS. POLLOCK:  You burn yours first.

17          MS. COLEMAN:  Why would I burn mine first?

18          MS. POLLOCK:  Because it's your plea.

19          MS. COLEMAN:  But I'm not pleading guilty.

20          MS. POLLOCK:  But you're providing it.

21          THE COURT:  Talk amongst yourselves; work it

22    out.

23          MS. COLEMAN:  How about together?

24          MS. POLLOCK:  We move for a joint continuance,

25    Your Honor.
```

USA v. TOMMIE L. BUIE, Case No. 14-20022 -- 6/13/2014

1

2

3

4

5                        REPORTER'S CERTIFICATE

6           I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

7    that the foregoing is a correct transcript from the

8    record of proceedings in the above-entitled matter.

9           Dated this 19th day of November, 2018.

10

11

12            _____ s/Lisa Knight Cosimini_____
                   Lisa Knight Cosimini, RMR-CRR
13                 Illinois License # 084-002998

14

15

16

17

18

19

20

21

22

23

24

25

```
                 UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,
                                 Docket No. 14-20027
             Plaintiff,

   vs.                           Urbana, Illinois
                                 June 27, 2014
                                 10:14 a.m.
DAVID E. AUTEBERRY,

             Defendant.


     FINAL PRETRIAL CONFERENCE -- CASE CONTINUED

       BEFORE THE HONORABLE COLIN S. BRUCE
          UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:      ELLY M. PEIRSON, ESQUIRE
                        Assistant United States Attorney
                        201 South Vine Street
                        Urbana, Illinois 61802
                        217-373-5875


 For the Defendant:     ELISABETH R. POLLOCK, ESQUIRE
                        Assistant Federal Defender
                        300 West Main Street
                        Urbana, Illinois 61801
                        217-373-0666




Court Reporter:         LISA KNIGHT COSIMINI, RMR-CRR
                        U.S. District Court
                        201 South Vine, Suite 344
                        Urbana, Illinois 61802

Proceedings recorded by mechanical stenography; transcript
produced by computer.
```

1  If not, she'll have it on Monday.

2              And so that is the status of the case from the

3  government's perspective.  Obviously, the government is

4  ready to proceed; but I know that Ms. Pollock is not, and

5  it is my fault that she's not.  So if the Court wants to

6  construe that as a strike against the government, we're

7  prepared -- we have no objection to doing that.

8              MS. POLLOCK:  Well, given that information,

9  clearly I require a continuance; and the government is

10  ready, so I will make the motion to continue and request

11  a similarly lengthy period of time as in the last

12  pretrial.

13              THE COURT:  That's fine.

14              I am actually going to take up Ms. Peirson's

15  suggestion because, with the delay in the discovery, I'll

16  actually attribute this continuance to the government.

17              So you would like 90 days?

18              MS. POLLOCK:  That would -- considering the

19  volume of discovery and the number of visits I assume it

20  will take to review that with Mr. Auteberry, yes.

21              THE COURT:  Ms. Peirson, is that all the

22  discovery, or is there more that is going to be coming?

23              MS. PEIRSON:  There will be more, but I don't

24  think it will be significantly more.  I think that Ms.

25  Pollock will have about 90 percent of it.  There may be

```
 1    some small amounts trickling in.
 2              I will say one of the videos of the child-- one
 3    of the children interviewed does not have audio.  There
 4    was a malfunction at the Child Advocacy Center, so we
 5    will have to redo that video.  There's, there's nothing
 6    we can do about it.  So that will be, probably, a
 7    significant interview.  She's one of the main victims in
 8    this case and one of the charged victims.
 9              But other than that, it will just be follow-up,
10    some minor things.
11              THE COURT:  Okay.  All right.  With that being
12    said, we'll grant the continuance.  As I said, we're
13    going to attribute this to the government.  We're going
14    to set this matter for a jury selection and jury trial on
15    Tuesday, October 28th, at 9:30.
16              Ms. Peirson, how long of a trial will this be?
17              MS. PEIRSON:  Your Honor, if this case goes to
18    trial, assuming the Court starts on Tuesday and jury
19    selection will be also on Tuesday?
20              THE COURT:  My jury selections are usually done
21    in under two hours.
22              MS. PEIRSON:  Okay.
23              THE COURT:  You can imagine that you'll not
24    only be making opening statements -- sometimes even in
25    the morning -- you'll definitely be calling witnesses the
```

USA v. DAVID E. AUTEBERRY, No. 14-20047 -- 6/27/2014          6

```
 1              MS. PEIRSON:  Thank you, Your Honor.

 2              MS. POLLOCK:  Thank you, Your Honor.

 3              (Hearing concludes, 10:19 a.m.)

 4

 5                    * * * * * * * * * *

 6

 7                   REPORTER'S CERTIFICATE

 8         I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

 9    that the foregoing is a correct transcript from the

10    record of proceedings in the above-entitled matter.

11         Dated this 19th day of November, 2018.

12

13

14           _____  s/Lisa Knight Cosimini_____
                     Lisa Knight Cosimini, RMR-CRR
15                   Illinois License # 084-002998

16

17

18

19

20

21

22

23

24

25
```

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,
                                     Docket No. 14-20036
                Plaintiff,

     vs.                             Urbana, Illinois
                                     August 22, 2014
                                     10:30 a.m.
KALEB A. SMITH,

                Defendant.


          FINAL PRETRIAL CONFERENCE -- CASE CONTINUED

           BEFORE THE HONORABLE COLIN S. BRUCE
                UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:        RONDA H. COLEMAN, ESQUIRE
                          Assistant United States Attorney
                          201 South Vine Street
                          Urbana, Illinois 61802
                          217-373-5875


 For the Defendant:       DENNIS STEEVES, ESQUIRE
                          PATEL LAW, P.C.
                          108 West University Avenue
                          Urbana, Illinois 61801
                          217-384-1111




Court Reporter:           LISA KNIGHT COSIMINI, RMR-CRR
                          U.S. District Court
                          201 South Vine, Suite 344
                          Urbana, Illinois 61802

Proceedings recorded by mechanical stenography; transcript
produced by computer.
```

```
 1                    (In open court, 10:30 a.m.)

 2           DEPUTY CLERK:  This is in Case 14-20036, the

 3   United States of America versus Kaleb Smith.

 4           THE COURT:  The United States is represented by

 5   AUSA Ronda Coleman.  The defendant is represented by

 6   Dennis Steeves, who is appearing on behalf of Mr. Patel,

 7   who is not here.  Mr. Kaleb Smith, the defendant, is also

 8   personally present.

 9               This matter comes on today for a final pretrial

10   conference.

11               Mrs. Coleman, what's the current status of the

12   case?

13           MS. COLEMAN:  Your Honor, I have emailed

14   discovery to Mr. Patel, but I have not spoken to him

15   about the case, so I do not know the status.

16           THE COURT:  Mr. Steeves, can you enlighten me?

17           MR. STEEVES:  Yes, Your Honor.  Thank you.

18               Your Honor, Mr. Patel asked me to ask the Court

19   to continue the trial date currently set, and we'd

20   request a 60-day continuance.

21           THE COURT:  Any objection, Mrs. Coleman?

22           MS. COLEMAN:  No, Your Honor.

23           THE COURT:  All right.  The Court will grant

24   the continuance motion, motion made by the defendant.

25               Mr. Steeves, although Mr. Patel has worked with
```

USA v. KALEB A. SMITH, Case No. 14-20036 -- 8/22/2014

```
 1   me for many, many, many years when I was in the U.S.

 2   Attorney's Office, he has not appeared before me yet in

 3   this capacity -- or when I'm in this capacity.

 4              And please let him know -- I think he's

 5   aware -- but please let him know that in order to keep

 6   the docket here moving so as not to generate a backlog, I

 7   typically only grant a continuance one time for each

 8   side.  So if the government wants to continue, I'll

 9   probably allow that; but short of that, I would expect

10   either a resolution or trial.

11              MR. STEEVES:  Thank you, Your Honor.  I'll let

12   him know.

13              (Brief pause in proceedings.)

14              THE COURT:  Mrs. Coleman, what do you know

15   about the David Auteberry case?

16              MS. COLEMAN:  I don't know anything about that

17   one.  Is that --

18              THE COURT:  That has Ms. Peirson.

19              MS. COLEMAN:  Child porn?

20              THE COURT:  Yes.

21              MS. COLEMAN:  I'm trying to think of which one

22   it is.  When is it set?

23              THE COURT:  It's set for October 28th.  I think

24   that's going to be a trial.  I'm going to avoid that.

25              MS. COLEMAN:  I know she's in trial just -- a
```

USA v. KALEB A. SMITH, Case No. 14-20036 -- 8/22/2014

```
 1          MR. STEEVES:  No, Your Honor.  Thank you.

 2          THE COURT:  Pursuant to 18 USC Section

 3  3161(h)(7)(A), the Court finds that the ends of justice

 4  served by granting the continuance outweigh the best

 5  interests of the public and the defendant in a speedy

 6  trial.  The Court makes this finding because the failure

 7  to grant a continuance would be likely to make a

 8  continuation of such proceedings impossible, or result in

 9  a miscarriage of justice, and would also deny counsel for

10  both sides a reasonable time necessary for effective

11  preparation, taking into account the exercise of due

12  diligence.  Thus, the Court finds that all time from

13  today's date to Wednesday, November 12, 2014, is

14  excludable time under the Speedy Trial Act.

15          Unless there's anything further, that will be

16  all for the record.  We'll be in recess on this matter.

17              (Hearing concludes, 10:35 a.m.)

18              *  *  *  *  *  *  *  *  *  *

19              REPORTER'S CERTIFICATE

20      I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify
    that the foregoing is a correct transcript from the
21  record of proceedings in the above-entitled matter.

22      Dated this 19th day of November, 2018.

23

              _____   s/Lisa Knight Cosimini_____
24              Lisa Knight Cosimini, RMR-CRR
                Illinois License # 084-002998
25
```

```
            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,
                              Docket No. 14-20044
            Plaintiff,

    vs.                       Urbana, Illinois
                              September 26, 2014
                              10:01 a.m.
KAMERON L. FARRINGTON,

            Defendant.


        FINAL PRETRIAL CONFERENCE -- CASE CONTINUED

        BEFORE THE HONORABLE COLIN S. BRUCE
            UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:      RONDA H. COLEMAN, ESQUIRE
                        Assistant United States Attorney
                        201 South Vine Street
                        Urbana, Illinois 61802
                        217-373-5875


 For the Defendant:     BAKU N. PATEL, ESQUIRE
                        PATEL LAW, P.C.
                        108 West University Avenue
                        Urbana, Illinois 61801
                        217-384-1111




Court Reporter:         LISA KNIGHT COSIMINI, RMR-CRR
                        U.S. District Court
                        201 South Vine, Suite 344
                        Urbana, Illinois 61802

Proceedings recorded by mechanical stenography; transcript
produced by computer.
```

USA v. KAMERON L. FARRINGTON, Case No. 14-20044 -- 9/26/2014    3

```
 1                THE COURT:  Okay.  You know my unofficial rule
 2    is there's only one continuance per side, correct?
 3                MR. PATEL:  Okay.
 4                THE COURT:  You've heard that?
 5                MR. PATEL:  I have, Judge.  Then I'm going to
 6    need longer than 60 days.  It's a matter that's going to
 7    take some time.  Well, let me just --
 8                THE COURT:  I do 30, 60, 90, or on some
 9    occasions 120; so I take it you would like the --
10                MR. PATEL:  90.
11                THE COURT:  90?
12                MR. PATEL:  90 is fine.
13                If we call it up before, we can always do that,
14    I'm guessing.
15                THE COURT:  Yes.
16                MR. PATEL:  Okay.
17                THE COURT:  And Judge Bernthal still takes -- I
18    don't know if it's going to be a plea or not, but it
19    sounds like it might be.  If it's going to be a plea,
20    Judge Bernthal takes those; but if it's a problem, I take
21    them also.
22                MR. PATEL:  Okay.
23                THE COURT:  It's not like before.  You can come
24    to me if he's not available.
25                MR. PATEL:  Okay.
```

1           THE COURT:  Nothing --

2           MS. COLEMAN:  -- 15th?

3           THE COURT:  -- further.

4           MS. COLEMAN:  You said January 15th.

5           THE COURT:  January 20th, --

6           MS. COLEMAN:  Okay.

7           THE COURT:  -- next trial date.

8           All right.  Anything further, Ms. Coleman.

9           MS. COLEMAN:  No.

10          MR. PATEL:  No, Judge.  Thank you.

11          THE COURT:  All right.  That will be all for

12   the record.  We'll be in recess.

13               (Hearing concludes, 10:09 a.m.)

14

15                    * * * * * * * * * *

16

17               REPORTER'S CERTIFICATE

18       I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

19   that the foregoing is a correct transcript from the

20   record of proceedings in the above-entitled matter.

21       Dated this 19th day of November, 2018.

22

23          _____ s/Lisa Knight Cosimini_____
                 Lisa Knight Cosimini, RMR-CRR
24               Illinois License # 084-002998

25

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,

                              Docket No. 14-20045
             Plaintiff,

   vs.                        Urbana, Illinois
                              October 20, 2014
                              1:30 p.m.
WILLIAM S. DESPENZA,

             Defendant.


FINAL PRETRIAL HEARING -- CASE CONTINUED

BEFORE THE HONORABLE COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:      RONDA H. COLEMAN, ESQUIRE
                        Assistant United States Attorney
                        201 South Vine Street
                        Urbana, Illinois 61802
                        217-373-5875

For the Defendant:      TOD M. URBAN, ESQUIRE
                        LAW OFFICE OF TOD M URBAN LTD
                        820 West Jackson Blvd., Suite 310
                        Chicago, Illinois 60607
                        312-474-1144




Court Reporter:         LISA KNIGHT COSIMINI, RMR-CRR
                        U.S. District Court
                        201 South Vine, Suite 344
                        Urbana, Illinois 61802

Proceedings recorded by mechanical stenography; transcript
produced by computer.

USA v. WILLIAM S. DESPENZA, Case No. 14-20045 -- 10/20/2014

```
 1                (In open court, 1:30 p.m.)
 2           DEPUTY CLERK:  This is in Case Number 14-20045,
 3  United States of America versus William S. Despenza.
 4           THE COURT:  Good afternoon.  This matter was
 5  scheduled this afternoon for a final pretrial; however,
 6  my chambers received a phone call from Mr. Urban last
 7  week, asking to appear by phone.  I would take that as a
 8  sign that either the government or the defendant is
 9  moving to continue the final pretrial and trial date.
10           MR. URBAN:  Yes.
11           THE COURT:  And, for the record, the
12  government's represented by AUSA Ronda Coleman.  Mr.
13  Urban is on the phone, and he's accompanied by his
14  client, Mr. Despenza.
15           Mr. Urban, was it your intent to move for a
16  continuance at this time?
17           MR. URBAN:  It was, sir.
18           THE COURT:  And my understanding from speaking
19  to -- I think you spoke to one of my law clerks -- was
20  that you're looking at a December trial date; is that
21  correct?
22           MR. URBAN:  I had just asked to continue this
23  today.  I spoke with Ms. Coleman about one more pretrial
24  date so perhaps we could try to work this out short of
25  trial.  I was hopeful that the Court might indulge me in
```

1    one more pretrial before we set this for trial.

2              THE COURT:  I don't do that.  You get one

3    continuance per side, and then we set the matter -- so,

4    basically, this is your one shot.

5              MR. URBAN:  So is the next date a trial date,

6    then, sir?

7              THE COURT:  The next date would be the trial

8    date unless Mrs. Coleman wants to move for -- well, the

9    next date you would appear would be a final pretrial and

10   then the trial.  They would follow, they would -- the one

11   would follow very closely on the other.

12             The only exception to that would be if

13   Mrs. Coleman should move on behalf of the United States

14   for a continuance.  Then I'd give their side a

15   continuance as well.

16             MR. URBAN:  I was hopeful of a right after New

17   Year's date, Judge.  Is that too long?

18             THE COURT:  That's fine.  I can go 90 days.

19             MR. URBAN:  Okay.

20             THE COURT:  All right.  It's going to take a

21   second to find a date.  Just a second.

22                  (Discussion off the record regarding

23                   further scheduling of this matter.)

24             THE COURT:  We're going to set this for jury

25   selection and jury trial to commence Friday,

1          Oh, bond conditions to continue.

2          That will be all for the record.  We'll be in

3  recess.  Thank you.

4          MR. URBAN:  Thank you, Judge.

5              (Hearing concludes, 1:38 p.m.)

6

7                  *  *  *  *  *  *  *  *  *  *

8

9                  REPORTER'S CERTIFICATE

10          I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

11  that the foregoing is a correct transcript from the

12  record of proceedings in the above-entitled matter.

13          Dated this 19th day of November, 2018.

14

15          _____  s/Lisa Knight Cosimini_____
                    Lisa Knight Cosimini, RMR-CRR
16                  Illinois License # 084-002998

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,

                    Docket No. 14-20057

        Plaintiff,

  vs.                Urbana, Illinois
                     October 31, 2014
                     11:26 a.m.

RICO J. SPEED,

        Defendant.


FINAL PRETRIAL CONFERENCE -- CASE CONTINUED

BEFORE THE HONORABLE COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:      JASON M. BOHM, ESQUIRE
                     Assistant United States Attorney
                     201 South Vine Street
                     Urbana, Illinois 61802
                     217-373-5875

For the Defendant:      LILLIAN MARY McCARTIN, ESQUIRE
                     Attorney at Law
                     2040 North Milwaukee Avenue
                     Suite 13
                     Chicago, Illinois 60647
                     773-727-3799

Court Reporter:        LISA KNIGHT COSIMINI, RMR-CRR
                     U.S. District Court
                     201 South Vine, Suite 344
                     Urbana, Illinois 61802

Proceedings recorded by mechanical stenography; transcript
produced by computer.

3

```
 1   hearing to status hearing.

 2              MS. McCARTIN:  Okay.

 3              THE COURT:  You are new to the case.  I will

 4   grant a continuance, and what I'll do is set it over for

 5   another final pretrial conference.

 6              MS. McCARTIN:  That would be great.

 7              THE COURT:  If between now and the new trial

 8   date your client wishes to enter into some type of guilty

 9   plea -- not that he has to by any means and not that I'm

10   trying to encourage that -- if he needs to do so, you can

11   work with Mr. Miller and have that set before Magistrate

12   Judge David Bernthal.  If he is unavailable, I also take

13   guilty pleas.

14              MS. McCARTIN:  Okay.

15              THE COURT:  So either way.  But I'm telling you

16   this only because -- and I'm actually going to give you a

17   date farther out.  I'm going to move it into next year.

18              MS. McCARTIN:  Okay.

19              THE COURT:  I'm only doing this because it's my

20   habit that I only give each side one continuance.

21              MS. McCARTIN:  Okay.

22              THE COURT:  Did you understand that last part?

23              MS. McCARTIN:  I'm sorry; could you say --

24              THE COURT:  I'll say it again.  I saw you

25   talking to your client.
```

USA v. RICO J. SPEED, Case No. 14-20057 -- 10/31/2014

1    continuation of such proceedings impossible, or result in

2    a miscarriage of justice, and would also deny counsel for

3    both sides the reasonable time necessary for effective

4    preparation, taking into account the exercise of due

5    diligence.  Thus, the Court finds that all time from

6    today's date to February 12, 2015, is excludable time

7    under the Speedy Trial Act.

8              Defendant's remanded back to the custody of the

9    U.S. Marshal Service.

10             That will be all for the record.  We'll be in

11   recess.

12             MS. McCARTIN:  Thank you.

13             THE COURT:  Thank you.

14             (Hearing concludes, 11:31 a.m.)

15                  * * * * * * * * * *

16                 <u>REPORTER'S CERTIFICATE</u>

17        I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

18   that the foregoing is a correct transcript from the

19   record of proceedings in the above-entitled matter.

20        Dated this 19th day of November, 2018.

21

22        _____  s/Lisa Knight Cosimini_____
               Lisa Knight Cosimini, RMR-CRR
23             Illinois License # 084-002998

24

25

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,

Docket No. 14-20056

Plaintiff,

vs.

Urbana, Illinois
November 7, 2014
10:19 a.m.

JERMAINE R. SPEED,

Defendant.


FINAL PRETRIAL HEARING -- CASE CONTINUED

BEFORE THE HONORABLE COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:        EUGENE L. MILLER, ESQUIRE
                          Assistant United States Attorney
                          201 South Vine Street
                          Urbana, Illinois 61802
                          217-373-5875


For the Defendant:        LAWRENCE S. BEAUMONT, ESQUIRE
                          Attorney at Law
                          650 North Dearborn Street
                          Suite 700
                          Chicago, Illinois 60654
                          312-765-6000


Court Reporter:           LISA KNIGHT COSIMINI, RMR-CRR
                          U.S. District Court
                          201 South Vine, Suite 344
                          Urbana, Illinois 61802


Proceedings recorded by mechanical stenography; transcript
produced by computer.

USA v. JERMAINE R. SPEED, Case No. 14-20056 -- 11/7/2014

```
 1              (In open court, 10:19 a.m.)

 2          DEPUTY CLERK:  This is in Case Number 14-20056,

 3    United States of America versus Jermaine R. Speed.

 4          THE COURT:  Mr. Miller appearing on behalf of

 5    the United States; Mr. Beaumont appearing on behalf of

 6    Mr. Speed.  Mr. Speed is also personally present.

 7              This matter comes on today for a final

 8    pretrial.  Our trial date is set for November 18th, so --

 9    and I see the defendant has already previously asked for

10    a continuance, so I guess I'm going to turn to you, Mr.

11    Miller, and ask:  What's, what's the status?

12          MR. MILLER:  Our understanding, Your Honor, is

13    that the defendant intends to change his plea.  We've

14    exchanged a plea agreement with defense counsel; and as I

15    understand, he was going to, prior to this hearing, check

16    to see whether the change of plea could happen today,

17    which I don't believe it can; or, if not, then just

18    schedule it for a change of plea at a future date.

19          MR. BEAUMONT:  That's correct, Judge.  I talked

20    to your clerk.  We possibly could do it on the 18th in

21    the afternoon.

22          THE COURT:  That won't work, Mr. Beaumont,

23    because if he doesn't plead guilty he's going to trial on

24    the 18th.

25          MR. BEAUMONT:  Well, he's going to plead
```

1  guilty.

2          THE COURT:  Well, I understand what you're

3  saying.  What I'm saying is I have to act as though he's

4  not going to plead guilty.  I believe you, but things can

5  change.

6          MR. BEAUMONT:  Well, how about if we move to

7  continue the trial date?

8          THE COURT:  Let me ask this:  Mr. Miller, do

9  you wish -- I don't know whether it's a written plea or

10  an open plea.

11         MR. MILLER:  It's a written plea, Your Honor.

12         THE COURT:  Do you wish -- the government has

13  not continued, moved to continue this case yet.  Do you

14  wish to exercise a continuance in this case, move to

15  continue?

16         MR. MILLER:  That's fine, Your Honor, if it

17  will facilitate the plea.

18         THE COURT:  All right.  I'm going to grant the

19  government's motion to continue.  We'll move this out

20  30 days.  Give me a second to find a new date.

21             (Brief pause in proceedings.)

22         THE COURT:  All right.  Thirty days starts

23  pushing us into Christmas, and I'll tell both of you

24  right now that starting in January things become very

25  busy, not simply because of my schedule, but because we

USA v. JERMAINE R. SPEED, Case No. 14-20056 -- 11/7/2014

1  a miscarriage of justice, and would also deny counsel for

2  both sides reasonable time necessary for effective

3  preparation, taking into account the exercise of due

4  diligence.  Thus, the Court finds that all time from

5  today's date to December -- what did I say, the 16th? --

6  December 16th is excludable time under the Speedy Trial

7  Act.

8          That will be all for the record.

9          The defendant's remanded to the custody of the

10  U.S. Marshal Service.

11          We'll be in recess.

12              (Hearing concludes, 10:26 a.m.)

13

14              * * * * * * * * * *

15

16              REPORTER'S CERTIFICATE

17      I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

18  that the foregoing is a correct transcript from the

19  record of proceedings in the above-entitled matter.

20      Dated this 19th day of November, 2018.

21

22      _____  s/Lisa Knight Cosimini_____
              Lisa Knight Cosimini, RMR-CRR
23            Illinois License # 084-002998

24

25

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,

                              Docket No. 14-20066

          Plaintiff,

   vs.                    Urbana, Illinois
                              November 24, 2014
                              10:31 a.m.

ROGER A. FORGY,

          Defendant.


FINAL PRETRIAL CONFERENCE -- CASE CONTINUED

BEFORE THE HONORABLE COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:      RONDA H. COLEMAN, ESQUIRE
                         Assistant United States Attorney
                         201 South Vine Street
                         Urbana, Illinois 61802
                         217-373-5875


For the Defendant:      PETER W. HENDERSON, ESQUIRE
                         Assistant Federal Defender
                         300 West Main Street
                         Urbana, Illinois 61801
                         217-373-0666


Court Reporter:         LISA KNIGHT COSIMINI, RMR-CRR
                         U.S. District Court
                         201 South Vine, Suite 344
                         Urbana, Illinois 61802

Proceedings recorded by mechanical stenography; transcript
produced by computer.

USA v. ROGER A. FORGY, Case No. 14-20066 -- 11/24/2014

```
 1                  (In open court, 10:31 a.m.)

 2            DEPUTY CLERK:  This is in Case Number 14-20066,

 3    United States of America versus Roger A. Forgy.

 4            THE COURT:  The United States is represented by

 5    AUSA Ronda Coleman; and the defendant, who is personally

 6    present, is represented by Peter Henderson.

 7            This matter comes on today for a final

 8    pretrial.

 9            Bear with me while my computer starts up.

10            (Brief pause in proceedings.)

11            THE COURT:  All right.  This looks like our

12    first final pretrial setting.  It is.  Okay.

13            Ms. Coleman, what's the status of the case?

14            MS. COLEMAN:  The defense has discovery, and I

15    believe he wants more time to go over the discovery with

16    his client.

17            THE COURT:  Mr. Henderson.

18            MR. HENDERSON:  Judge, we'd move to continue

19    this out about 60 days for another status hearing.

20            THE COURT:  Well, we don't do status hearings

21    anymore; --

22            MR. HENDERSON:  A pretrial conference.

23            THE COURT:  -- we do final pretrials.

24            MR. HENDERSON:  Okay.

25            THE COURT:  All right.  So the defendant's
```

USA v. ROGER A. FORGY, Case No. 14-20066 -- 11/24/2014        3

```
 1   using his one and only continuance.  All right.  We will
 2   set this to 60 days out.  We'll set this matter for a,
 3   for jury selection and jury trial to commence January 27,
 4   2015, at 9:30 a.m.; final pretrial, January 16, 2015, at
 5   1:45.
 6               Anything further on behalf of the United
 7   States, Mrs. Coleman?
 8               MS. COLEMAN:  No, Your Honor.
 9               THE COURT:  Mr. Henderson?
10               MR. HENDERSON:  No, Your Honor.  Thank you.
11               THE COURT:  Pursuant to 18 USC Section
12   3161(h)(7)(A), the Court finds that the ends of justice
13   served by granting the continuance outweigh the best
14   interests of the public and the defendant in a speedy
15   trial.  The Court makes this finding because the failure
16   to grant a continuance would be likely to make a
17   continuation of such proceeding impossible, or result in
18   a miscarriage of justice, and would also deny counsel for
19   both sides a reasonable time necessary for effective
20   preparation, taking into account the exercise of due
21   diligence.  Thus, the Court finds that all time from
22   today's date to January 27, 2015, is excludable time
23   under the Speedy Trial Act.
24               That will be all for the record.
25               Defendant's remanded back to the custody of the
```

USA v. ROGER A. FORGY, Case No. 14-20066 -- 11/24/2014          4

1 | U.S. Marshal Service.

2 |                    (Hearing concludes, 10:35 a.m.)

3 |

4 |

5 |                    * * * * * * * * * *

6 |

7 |

8 |                    REPORTER'S CERTIFICATE

9 |        I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

10 | that the foregoing is a correct transcript from the

11 | record of proceedings in the above-entitled matter.

12 |        Dated this 19th day of November, 2018.

13 |

14 |

15 |              s/Lisa Knight Cosimini
                 Lisa Knight Cosimini, RMR-CRR
16 |              Illinois License # 084-002998

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

```
                 UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
                                 Docket No. 14-20043
              Plaintiff,
                                 Urbana, Illinois
     vs.                         November 24, 2014
                                 1:36 p.m.

MONICA ADRIANA ZACATLAN RAMIREZ,
EDUARDO GUERRERO CORTEZ, and
JARBEY EMERSON REYES VILLALOBOS,

              Defendants.


          FINAL PRETRIAL HEARING -- CASE CONTINUED

         BEFORE THE HONORABLE COLIN S. BRUCE
              UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

For the Plaintiff:         ELLY M. PEIRSON, ESQUIRE
                           Assistant U.S. Attorney
                           201 South Vine Street
                           Urbana, Illinois 61802
                           217-373-5875

For Defendant Ramirez:     BRENDAN P. HARRIS, ESQUIRE
                           Harris Law Center
                           231 South Sixth Street
                           Springfield, Illinois 62701
                           217-789-9794

For Defendant Cortez:      PETER W. HENDERSON, ESQUIRE
                           Federal Public Defender
                           300 West Main Street
                           Urbana, Illinois 61801
                           217-373-0666

For Defendant Villalobos:  BRUCE G. RATCLIFFE, ESQUIRE
                           Attorney at Law
                           One Main Street
                           P.O. Box 6237
                           Champaign, Illinois 61826
                           217-621-7691


Proceedings recorded by mechanical stenography; transcript
produced by computer.
```

USA v. RAMIREZ, CORTEZ & VILLALOBOS, No. 14-20043 -- 11/24/2014  2

```
 1                  (In open court, 1:36 p.m.)
 2            DEPUTY CLERK:  This is in Case Number 14-20043,
 3    United States of America versus Monica Adriana Zacatlan
 4    Ramirez, Eduardo Guerrero Cortez, and Jarbey Emerson
 5    Reyes Villalobos.
 6            THE COURT:  Good afternoon.
 7            Monica Ramirez is represented -- she's here in
 8    person, represented by Brendan Harris.  Eduardo Cortez is
 9    here, represented by Peter Henderson.  And Jarbey
10    Villalobos is here, represented by Bruce Ratcliffe.
11            This matter comes on for a final pretrial
12    conference today.  I have noticed, Mrs. Peirson, that no
13    one has filed any pretrial documents, which I interpret
14    as a clue that the government is going to move for a
15    continuance.  Would I be correct in that statement?
16            MR. HENDERSON:  Judge, I hate to interrupt.
17    Our translator is not working again.
18            THE COURT:  Oh, well, gotta have a record; so,
19    thank you, Mr. Henderson.  That's fine.
20            INTERPRETER:  Your Honor, the interpreter has
21    been interpreting on the other language line consistently
22    since Your Honor started speaking.
23            THE COURT:  Thank you.
24                  (Brief pause in proceedings.)
25            INTERPRETER:  The defendant has confirmed that
```

```
 1   he can hear me.

 2               THE COURT:  Thank you.

 3               All right.  So, Mrs. Peirson, you were standing

 4   up when we had a little technical problem there.

 5               MS. PEIRSON:  Your Honor, that's correct.  We

 6   have reached, come to terms with a potential plea

 7   disposition for each of the defendants.  They have

 8   written plea agreements; but I've just tendered those to

 9   them, and so they haven't had an opportunity to speak to

10   their clients.  It's my fault.  I'd move for a

11   continuance to give them time to do that.

12               THE COURT:  That's fine.

13               All right.  We're running out of dates.

14                   (Brief pause in proceedings.)

15               THE COURT:  All right.  I'm going to set this

16   over to -- 60 days would be sufficient; would it not?

17               MS. PEIRSON:  That's fine, Your Honor.

18               THE COURT:  Any objection from any of defense

19   counsel?

20               MR. HENDERSON:  No, Your Honor.

21               THE COURT:  The Court observes head shaking

22   from Mr. Ratcliffe and --

23               MR. RATCLIFFE:  No, Your Honor.  No objection.

24               THE COURT:  All right.

25               MR. HARRIS:  No objection either.
```

```
 1              THE COURT:  All right.  Thank you, Mr. Harris.

 2              With that being said, the Court will grant the

 3   government's motion to continue.  We'll set this matter

 4   for jury selection and jury trial January 20, 2015, here

 5   before me at 9:30; final pretrial --

 6              MS. PEIRSON:  Your Honor?

 7              THE COURT:  Yes, ma'am.

 8              MS. PEIRSON:  I'm sorry to interrupt.

 9              Because it's my final continuance, I can't

10   accept that date.  I'm in trial in front of Judge Baker

11   on that day.

12              THE COURT:  Oh, you have DiBenedetto.

13              MS. PEIRSON:  I do.

14              THE COURT:  Oh, no, no, --

15              MS. PEIRSON:  I'm in trial for two weeks --

16              THE COURT:  -- no.  You need to say no more.

17   You're covered.

18              All right.  That's going to take us -- and

19   Judge Baker tells me that's going to take a good chunk of

20   January; so just to be safe, I'll put it in February.

21              February 24, 2015, is my next open trial date;

22   so that's when we'll continue this to, February 24, 2015,

23   for jury selection and jury trial.  The final pretrial

24   will then become February 13, 2015, at 1:30.

25              And since the defendants have had a continuance
```

1   and the government's now had their continuance, that's a

2   firm trial date, just so everybody understands.  If there

3   are no guilty pleas, we'll be going to trial on that

4   date.  So plan accordingly.

5            Anything further on behalf of the government?

6            MS. PEIRSON:  No, Your Honor.  Thank you.

7            THE COURT:  Anything further from any of

8   defense counsel?

9            MR. RATCLIFFE:  No, Your Honor.

10           MR. HARRIS:  No, thank you.

11           MR. HENDERSON:  No, Your Honor.

12           THE COURT:  All right.  With that being said,

13  Madam Translator, I will try to read the standard speedy

14  trial findings much slower than I normally do; but if I

15  go too fast, I apologize.

16           Pursuant to 18 United States Code, Section

17  3161(h)(7)(A), the Court finds that the ends of justice

18  served by granting the continuance outweigh the best

19  interests of the public and the defendant in a speedy

20  trial.  The Court makes this finding because the failure

21  to grant a continuance would be likely to make a

22  continuation of such proceeding impossible, or result in

23  a miscarriage of justice, and would also deny counsel for

24  both sides the reasonable time necessary for effective

25  preparation, taking into account the exercise of due

```
 1   diligence.  Thus, the Court finds that all time from

 2   today's date to February 24, 2015, is excludable time

 3   under the Speedy Trial Act.

 4          Ms. Peirson, I think you said there was nothing

 5   further, correct?

 6          MS. PEIRSON:  Nothing from the government, Your

 7   Honor.

 8          THE COURT:  All right, and nothing from the

 9   defense.  So with that being said, the defendants are

10   respectively remanded to the custody of the United States

11   Marshal Service, and that will be all for the record.

12          Thank you, all.

13              (Hearing concludes, 1:41 p.m.)

14

15                   *  *  *  *  *  *  *  *  *  *

16

17                   REPORTER'S CERTIFICATE

18          I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

19   that the foregoing is a correct transcript from the

20   record of proceedings in the above-entitled matter.

21          Dated this 19th day of November, 2018.

22

23

24          _____s/Lisa Knight Cosimini_____
                 Lisa Knight Cosimini, RMR-CRR
25               Illinois License # 084-002998
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,

                              Docket No. 14-20044

            Plaintiff,


    vs.                       Urbana, Illinois
                              January 16, 2015
                              1:27 p.m.
KAMERON L. FARRINGTON,

            Defendant.



FINAL PRETRIAL CONFERENCE -- CASE CONTINUED


BEFORE THE HONORABLE COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:        RONDA H. COLEMAN, ESQUIRE
                          Assistant United States Attorney
                          201 South Vine Street
                          Urbana, Illinois 61802
                          217-373-5875

For the Defendant:        BAKU N. PATEL, ESQUIRE
                          PATEL LAW, P.C.
                          108 West University Avenue
                          Urbana, Illinois 61801
                          217-384-1111




Court Reporter:           LISA KNIGHT COSIMINI, RMR-CRR
                          U.S. District Court
                          201 South Vine, Suite 344
                          Urbana, Illinois 61802

Proceedings recorded by mechanical stenography; transcript
produced by computer.

USA v. KAMERON L. FARRINGTON, Case No. 14-20044 -- 1/16/2015   2

```
 1                    (In open court, 1:27 p.m.)
 2              DEPUTY CLERK:  This is in Case Number 14-20044,
 3    United States of America versus Kameron L. Farrington.
 4              THE COURT:  Good afternoon.
 5              The United States represented by Ronda Coleman;
 6    the defendant represented by Baku Patel.  The defendant's
 7    personally present here in court.
 8              This matter is set for a final pretrial today.
 9    There was a motion to continue filed by Mr. Farrington at
10    1:15 yesterday.  That would be the second motion to
11    continue by the defense; so normally I would say "no" to
12    that, but I think I noted in that one there was
13    indication that there was some cooperation going on,
14    which would make this a fertile ground for the government
15    to expend their single continuance.
16              MS. COLEMAN:  Either way.  I mean, we're in
17    agreement.
18              THE COURT:  Either way.  I'm just trying to
19    keep it straight for the record just so we know what
20    we're doing.  So --
21              MR. PATEL:  Do we get a joint one and then an
22    extra one or --
23              THE COURT:  No, no, no.  We're keeping
24    things -- the days of the, the days of the ongoing status
25    hearings, those are long gone.  We're actually -- I can
```

USA v. KAMERON L. FARRINGTON, Case No. 14-20044 -- 1/16/2015     3

 1   tell you:  Statistically, we're closing cases here pretty

 2   fast.  They come in, and people do things now.  It seems

 3   to be working; but sometimes I have to say, "Look, I'm

 4   not joking.  It's one per side."

 5        So, for the record, I will deny the defendant's

 6   motion to continue, but I will grant the government's

 7   motion to continue.

 8        And let's pick a date far enough out that --

 9   I'll turn to you first -- well, actually, whoever wants

10   to speak, let me know:  How far out do you want so it's

11   definitely either set for trial or it sounds like the

12   cooperation's completed and we can have it set for a

13   change of plea?

14        MR. PATEL:  Judge, I think 60 days.  I just

15   have to work it out with the agent's calendar; and then I

16   think once the next event occurs, we should be done.

17        THE COURT:  All right, 60 days.

18        And since this is technically your motion,

19   Mrs. Coleman, I presume you do not object.

20        MS. COLEMAN:  No, I don't.  If you want to go a

21   little bit more than 60, that's fine.

22        MR. PATEL:  That's fine, too.

23        MS. COLEMAN:  Between 60 and 90.

24        MR. PATEL:  Actually, frankly, Judge, if we get

25   it done and we work something out, then we'll just set it

USA v. KAMERON L. FARRINGTON, Case No. 14-20044 -- 1/16/2015    6

```
 1

 2

 3

 4                    REPORTER'S CERTIFICATE

 5

 6        I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

 7   that the foregoing is a correct transcript from the

 8   record of proceedings in the above-entitled matter.

 9

10        Dated this 19th day of November, 2018.

11

12

13

14              _____  s/Lisa Knight Cosimini_____
                     Lisa Knight Cosimini, RMR-CRR
15                   Illinois License # 084-002998

16

17

18

19

20

21

22

23

24

25
```

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,
                                       Docket No. 14-20065
               Plaintiff,

     vs.                               Urbana, Illinois
                                       March 13, 2015
                                       1:30 p.m.
VALERIANO J. ZARATE,

               Defendant.


              FINAL PRETRIAL CONFERENCE -- CASE CONTINUED

            BEFORE THE HONORABLE COLIN S. BRUCE
                  UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:        EUGENE L. MILLER, ESQUIRE
                          Assistant United States Attorney
                          201 South Vine Street
                          Urbana, Illinois 61802
                          217-373-5875


For the Defendant:        DENNIS STEEVES, ESQUIRE
                          Patel Law, P.C.
                          108 West University Avenue
                          Urbana, Illinois 61801
                          217-384-1111




Court Reporter:           LISA KNIGHT COSIMINI, RMR-CRR
                          U.S. District Court
                          201 South Vine, Suite 344
                          Urbana, Illinois 61802

Proceedings recorded by mechanical stenography; transcript
produced by computer.
```

USA v. VALERIANO J. ZARATE, Case No. 14-20065 -- 3/13/2015

```
 1                    (In open court, 1:30 p.m.)

 2              DEPUTY CLERK:  This is in Case Number 14-20065,

 3    United States of America versus Valeriano J. Zarate.

 4              THE COURT:  The United States is represented by

 5    assistant U.S. attorney Eugene Miller.  The defendant is

 6    personally present, represented by Dennis Steeves, --

 7              MR. STEEVES:  Correct, Your Honor.

 8              THE COURT:  -- appearing on behalf of Baku

 9    Patel.

10              This matter comes on today for a final

11    pretrial.

12              Mr. Miller or Mr. Steeves, what's the current

13    status?

14              MR. STEEVES:  Your Honor, I understand the

15    Court's position regarding defense motions to continue.

16    Unfortunately, circumstances in this case are forcing me

17    to ask the judge, the Court, for one final continuance.

18    We've spoken about this with Mr. Miller, and I do not

19    believe that he has any objection.  It's just simply a

20    matter of squaring away some additional issues.

21              THE COURT:  Mr. Miller, are we talking about --

22    you're working on a plea agreement or discovery issues or

23    what?

24              MR. MILLER:  Your Honor, it's to resolve the

25    case short of trial, a plea agreement.  We've had
```

1    discussions with Mr. Patel.  We met with Mr. Patel.

2    We've exchanged correspondence.  It is -- this case does

3    have a few more relevant conduct issues than, perhaps,

4    the typical case involves.  And I, and I believe -- and

5    Mr. Steeves can correct me -- that in our last

6    correspondence, I believe that Mr. Patel is out of the

7    country at this time.

8              MR. STEEVES:  That is correct, Your Honor.

9              MR. MILLER:  And so that's the issue, Your

10   Honor.  We have no objection.  We also have no objection

11   to, with the continuance for -- being granted and setting

12   it for, you know, a trial date that, if we don't have it

13   resolved by then, that could be a firm trial date and we

14   could go to trial, if that works for the Court.

15              (Brief pause in proceedings.)

16              THE COURT:  All right.  Mr. Miller, as you

17   know, I usually only give each side one continuance.  So,

18   since you're working on resolving the issues, would it be

19   fair to say this is a government continuance?

20              MR. MILLER:  Well, I'm always -- I mean, we, we

21   could try the case March 31st, Judge, but I know from Mr.

22   Patel that he would like the opportunity to resolve it

23   and also to get acceptance of responsibility.

24              Again, wherever the Court sets it in the

25   future, we'll be prepared to try it; so it's just simply

USA v. VALERIANO J. ZARATE, Case No. 14-20065 -- 3/13/2015

1    April -- what did I say?  April 21st, right? -- April 21,

2    2015, is excludable time under the Speedy Trial Act.

3              That will be all for the record.

4              The defendant's remanded to the custody of the

5    United States Marshal Service.

6              MR. MILLER:  Thank you, Your Honor.

7              MR. STEEVES:  Thank you.

8              (Hearing concludes, 1:38 p.m.)

9

10                   * * * * * * * * * *

11

12                  REPORTER'S CERTIFICATE

13         I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

14    that the foregoing is a correct transcript from the

15    record of proceedings in the above-entitled matter.

16         Dated this 19th day of November, 2018.

17

18

19              _____  s/Lisa Knight Cosimini_____
                  Lisa Knight Cosimini, RMR-CRR
20                Illinois License # 084-002998

21

22

23

24

25

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:16-cr-20067-SLD-EIL-1

Case title: USA v. Evans                    Date Filed: 10/05/2016

Assigned to: Judge Sara Darrow
Referred to: Magistrate Judge Eric I.
Long

**Defendant (1)**

**Deon Evans**                    represented by    **Steven N Sarm**
                                  ERWIN MARTINKUS & COLE LTD
                                  411 W University Ave
                                  PO Box 1098
                                  Champaign, IL 61824
                                  217-351-4040
                                  Fax: 217-351-4314
                                  Email: steve.sarm@erwinlaw.com
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*
                                  *Designation: CJA Appointment*

                                  **David N Rumley**
                                  LAW OFFICE OF DAVID N
                                  RUMLEY
                                  Suite 7
                                  501 N Main St
                                  Bloomington, IL 61701-3090
                                  309-808-2659/309-660-4114
                                  Fax: 309-808-1372
                                  Email: davidrumley@mac.com
                                  *TERMINATED: 02/09/2018*
                                  *ATTORNEY TO BE NOTICED*
                                  *Designation: CJA Appointment*

                                  **Elisabeth R Pollock**
                                  FEDERAL PUBLIC DEFENDER
                                  300 W Main St
                                  Urbana, IL 61801
                                  217-373-0666
                                  Fax: 217-373-0667
                                  Email: Elisabeth_Pollock@fd.org
                                  *TERMINATED: 10/28/2016*
                                  *ATTORNEY TO BE NOTICED*
                                  *Designation: Public Defender or*

GOV. APP. 65

*Community Defender Appointment*

**Harvey C Welch**
LAW OFFICES OF HARVEY C
WELCH
302 West Vermont
Urbana, IL 61801
217-903-2452
Fax: 217-367-0241
Email: hcwincourt@aol.com
*TERMINATED: 10/15/2018*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Disposition**

**Pending Counts**

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE On or about 7/29/16 the
defendant did knowingly distribute
heroin in violation of 21 U.S.C. 841(a)
(1) and (b)(1)(C)
(1)

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE On or about 8/24/16
defendant did knowingly distribute 100
grams or more of heroin in violation of
21 U.S.C. 841(a)(1) and (b)(1)(B)
(2)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN On
or about 8/24/16 defendant did
knowingly possess a firearm during and
in relation to a drug trafficking crime in
violation of 18 U.S.C. 924(c)(1)(A), (c)
(1)(C)(i)
(3)

18:922G.F UNLAWFUL
TRANSPORT OF FIREARMS, ETC.
On or about 8/24/16 defendant did
knowingly possess a firearm as a felon
in violation of 18 U.S.C. 922(g)(1)
(4)

**Highest Offense Level (Opening)**

Felony

GOV. APP. 66

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

None

---

**Plaintiff**

**USA**                              represented by **Eugene L Miller**
                                                   US ATTY
                                                   201 South Vine
                                                   Urbana, IL 61802
                                                   217-373-5875
                                                   Fax: 217-373-5891
                                                   Email: eugene.miller@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Assistant US Attorney*

                                                   **Bryan David Freres**
                                                   US ATTY
                                                   201 South Vine
                                                   Urbana, IL 61802
                                                   217-373-5875
                                                   Email: bryan.freres@usdoj.gov
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Assistant US Attorney*

                                                   **Gail Linn Noll**
                                                   US ATTY
                                                   318 South Sixth Street
                                                   Springfield, IL 62701-1806
                                                   217-492-4450
                                                   Fax: 217-492-4888
                                                   Email: gail.noll@usdoj.gov
                                                   *TERMINATED: 11/07/2018*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Assistant US Attorney*

                                                   **John David Hoelzer**
                                                   US ATTY
                                                   318 South Sixth Street

                                                   GOV. APP. 67

Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4888
Email: john.hoelzer@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Katherine Virginia Boyle**
US ATTY
201 South Vine
Urbana, IL 61802
217-373-5875
Fax: 217-373-5891
Email: katherine.boyle@usdoj.gov
*TERMINATED: 04/21/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2016 | 1 | INDICTMENT as to Deon Evans (1) count(s) 1, 2, 3, 4 including forfeiture allegation. (JMB, ilcd) (Entered: 10/05/2016) |
| 10/05/2016 | 2 | **+++ SEALED DOCUMENT - ORIGINAL DOCUMENT Indictment UNREDACTED** (JMB, ilcd) (Entered: 10/05/2016) |
| 10/05/2016 | 3 | **+++ SEALED DOCUMENT - DEFENDANT INFORMATION SHEET.** (JMB, ilcd) (Entered: 10/05/2016) |
| 10/11/2016 | | TEXT ORDER as to Deon Evans Entered by Magistrate Judge Eric I. Long on 10/11/16. Initial Appearance set for 10/17/2016 at 1:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) (Entered: 10/11/2016) |
| 10/11/2016 | 5 | PETITION for Writ of Habeas Corpus ad prosequendum by USA as to Deon Evans. (Attachments: # 1 writ, # 2 Text of Proposed Order)(Boyle, Katherine) (Entered: 10/11/2016) |
| 10/14/2016 | 6 | ORDER entered by Magistrate Judge Eric I. Long on 10/14/2016 granting 5 Motion for Writ of Habeas Corpus ad prosequendum as to Deon Evans (1). (JMB, ilcd) (Main Document 6 replaced on 10/14/2016) (JMB, ilcd). (Entered: 10/14/2016) |
| 10/14/2016 | 7 | **+++ SEALED DOCUMENT - ORIGINAL DOCUMENT Order UNREDACTED** (JMB, ilcd) (Entered: 10/14/2016) |
| 10/14/2016 | 8 | Writ of Habeas Corpus ad Prosequendum Issued as to Deon Evans for 10/17/2016 at 1:30 p.m. (JMB, ilcd) (Entered: 10/14/2016) |
| 10/17/2016 | 9 | **+ + PRETRIAL SERVICES REPORT** as to Deon Evans (Appenzeller, Kara) (Entered: 10/17/2016) |
| 10/17/2016 | | Arrest of Deon Evans (JMB, ilcd) (Entered: 10/17/2016) |
| 10/17/2016 | | |

| | | |
|---|---|---|
| | | ORAL MOTION for Detention by USA as to Deon Evans. (JMB, ilcd) (Entered: 10/17/2016) |
| 10/17/2016 | | ORAL MOTION to Continue Detention Hearing by Deon Evans. (JMB, ilcd) (Entered: 10/17/2016) |
| 10/17/2016 | | Minute Entry for proceedings held on 10/17/2016 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Katie Boyle. Defendant DEON EVANS present in person. Initial Appearance as to Deon Evans held. Defendant advised of rights, including right to counsel. Defendant requests court-appointed counsel; financial affidavit filed. Court finds defendant qualifies and appoints Federal Defender's Office; AFPD Elisabeth Pollock present in court. Arraignment as to Deon Evans (1) Counts 1-4 held. Defendant sworn; advised of charges and possible penalties. Defendant pleaded not guilty to Indictment. Scheduling order to be entered. Oral motion by Defendant to continue detention hearing; motion granted. Detention Hearing set for 10/25/2016 at 1:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. Defendant is remanded to custody of the U.S. Marshal. (Tape #UR-B: 1:35PM.) (JMB, ilcd) (Entered: 10/17/2016) |
| 10/17/2016 | 10 | CJA 23 Financial Affidavit by Deon Evans (JMB, ilcd) (Entered: 10/17/2016) |
| 10/17/2016 | 11 | +++ **SEALED DOCUMENT - ORIGINAL DOCUMENT Financial Affidavit UNREDACTED** (JMB, ilcd) (Entered: 10/17/2016) |
| 10/17/2016 | 12 | TEMPORARY ORDER OF DETENTION as to Deon Evans entered by Magistrate Judge Eric I. Long on 10/17/2016. (JMB, ilcd) (Entered: 10/18/2016) |
| 10/17/2016 | 13 | SCHEDULING ORDER as to Deon Evans entered by Magistrate Judge Eric I. Long on 10/17/2016. Pretrial Conference set for 12/2/2016 at 1:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Selection/Jury Trial set for 12/6/2016 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. See written order. (JMB, ilcd) (Entered: 10/18/2016) |
| 10/24/2016 | 14 | + + **FIRST PRETRIAL SERVICE REPORT ADDENDUM** as to Deon Evans (Appenzeller, Kara) (Entered: 10/24/2016) |
| 10/25/2016 | | ORAL MOTION to Continue Detention Hearing by Deon Evans. (JMB, ilcd) (Entered: 10/25/2016) |
| 10/25/2016 | | Minute Entry for proceedings held on 10/25/2016 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Katie Boyle. Defendant DEON EVANS present in person and with counsel AFPD Elisabeth Pollock. Detention Hearing not held. Oral motion by the Defendant to Continue the Detention hearing; motion granted. Detention Hearing reset for 11/3/2016 at 3:00 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. Order of temporary detention remains in effect. Defendant remanded to the custody of the US Marshal. (Tape #UR-B: 1:34PM.) (JMB, ilcd) (Entered: 10/25/2016) |
| 10/27/2016 | 15 | MOTION to Withdraw as Attorney by Thomas W. Patton and Elisabeth R. Pollock. by Deon Evans. (Pollock, Elisabeth) (Entered: 10/27/2016) |
| 10/28/2016 | | TEXT ORDER Entered by Magistrate Judge Eric I. Long on 10/28/16 granting 15 Motion to Withdraw as Attorney. Elisabeth R Pollock withdrawn from case |

GOV. APP. 69

| | | |
|---|---|---|
| | | as to Deon Evans (1). The Court appoints CJA attorney David Rumley to represent defendant for all further proceedings. The Detention Hearing currently set on 11/3/16 at 3:00 pm is RESET to 11/2/16 at 1:30 PM in Courtroom B before before Magistrate Judge Eric I. Long (SKR, ilcd) (Entered: 10/28/2016) |
| 10/28/2016 | | Set/Reset Deadlines/Hearings as to Deon Evans : Detention Hearing RESET for 11/2/2016 at 1:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) (Entered: 10/28/2016) |
| 11/02/2016 | | ORAL MOTION to Continue Detention Hearing by Deon Evans. (JMB, ilcd) (Entered: 11/02/2016) |
| 11/02/2016 | | Minute Entry for proceedings held on 11/2/2016 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Katie Boyle. Defendant DEON EVANS present in person with counsel David Rumley. Detention Hearing as to Deon Evans not held.Oral motion to continue the detention hearing; motion granted. Detention Hearing reset for 11/9/2016 at 11:00 AM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. Temporary detention order remains in effect. Defendant is remanded to the custody of the US Marshal. (Tape #UR-B 1:34PM.) (JMB, ilcd) (Entered: 11/02/2016) |
| 11/09/2016 | | Minute Entry for proceedings held on 11/9/2016 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Katie Boyle. Defendant DEON EVANS present in person and with counsel David Rumley. Detention Hearing as to Deon Evans held. Evidence presented; arguments heard. Court orders the defendant detained. Written order to be entered. Defendant is remanded to the custody of the US Marshal. (Tape #UR-B: 10:52AM.) (JMB, ilcd) (Entered: 11/09/2016) |
| 11/09/2016 | 16 | ORDER OF DETENTION as to Deon Evans entered by Magistrate Judge Eric I. Long on 11/9/2016. (JMB, ilcd) (Entered: 11/09/2016) |
| 12/02/2016 | | Minute Entry for proceedings held 12/2/16 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Katherine Boyle. Appearance by Defendant DEON EVANS and with counsel David Rumley. Final pretrial conference not held. Status conference held. Status of case discussed. Oral motion by Defendant to continue; motion granted. The Final pretrial conference scheduled for 12/2/16 is VACATED. Jury Selection and Jury Trial scheduled for 12/6/16 are VACATED. The Final Pretrial Conference is reset for 1/13/17 at 11:15 AM. Jury Selection and Jury Trial are reset for 1/24/17 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 12/2/16 to 1/24/17. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) Modified on 12/5/2016 to correct dates (TC, ilcd). (Entered: 12/02/2016) |
| 12/07/2016 | 17 | NOTICE OF ATTORNEY APPEARANCE Gail Linn Noll appearing for USA. (Noll, Gail) (Entered: 12/07/2016) |
| 01/13/2017 | | Minute Entry for proceedings held on 1/13/2017 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Katie Boyle. Defendant DEON EVANS present in person and with counsel David Rumley. Final pretrial |

| | | |
|---|---|---|
| | | conference not held. Status Conference held. Status of the case discussed. Oral motion by the Government to continue final pretrial conference and jury trial; no objection. Motion granted. Final pretrial conference set for 4/3/2017 at 1:15 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Selection/Jury Trial set for 4/25/2017 at 9:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 U.S.C. section 3161(h)(7)(A). Time excluded from 1/13/2017 to 4/25/2017. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (JMB, ilcd) (Entered: 01/13/2017) |
| 02/24/2017 | 18 | Arrest Warrant Returned Executed on 10/17/2016 as to Deon Evans. (JMB, ilcd) (Entered: 02/24/2017) |
| 04/03/2017 | | Minute Entry for proceedings held 4/3/17 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Katie Boyle in person. Defendant DEON EVANS present in person and with counsel David Rumley by telephone. Final pretrial Conference not held. Status Conference held. Status of the case discussed. Counsel working toward setting a change of plea hearing. The Final Pretrial Conference is vacated and the Jury Trial remains set for 4/25/17. The parties are directed to file final pretrial documents as soon as possible if proceeding to trial. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 04/03/2017) |
| 04/13/2017 | 19 | INFORMATION TO ESTABLISH PRIOR CONVICTION by USA as to Deon Evans (Boyle, Katherine) (Entered: 04/13/2017) |
| 04/17/2017 | | TEXT ORDER as to Deon Evans Entered by Magistrate Judge Eric I. Long on 4/17/17. Change of Plea Hearing set for 4/19/2017 at 3:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) (Entered: 04/17/2017) |
| 04/19/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 4/19/17 as to Deon Evans. The change of plea hearing scheduled for 4/19/17 at 3:30 p.m. with Judge Eric I. Long is vacated. A Status Conference is set for 4/19/17 at 11:00 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Defendant will be available to participate by telephone. (TC, ilcd) (Entered: 04/19/2017) |
| 04/19/2017 | | TEXT ORDER as to Deon Evans Entered by Magistrate Judge Eric I. Long on 4/19/17. Change of Plea Hearing set for 4/20/2017 at 3:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) (Entered: 04/19/2017) |
| 04/19/2017 | | Minute Entry for proceedings held 4/19/17 before Judge Colin Stirling Bruce. Government appeared by AUSAs Eugene Miller and Bryan Freres. Defendant DEON EVANS appeared by telephone and with his counsel David Rumley in person. Status Conference held. Status of case discussed. Defendant wishes to plead to some counts and go to bench trial on the remaining counts. The Court denies the request for a bench trial. Defendant will contact Judge Long's chambers to schedule a change of plea hearing on specific counts. Defendant orally moves to vacate the Jury Trial; motion granted. The Jury Trial set for 4/25/17 is vacated and reset to 5/16/17 at 9:30 AM in Courtroom A in Urbana |

| | | |
|---|---|---|
| | | before Judge Colin Stirling Bruce on the remaining counts (3 days). A Pretrial Conference is set for 5/12/17 at 10:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 4/19/17 to 5/16/17. Defendant remains in custody. (Tape #UR-A 11:04 AM.) (TC, ilcd) (Entered: 04/19/2017) |
| 04/20/2017 | 20 | MOTION to Substitute Attorney, Katherine V. Boyle to be replaced by Eugene L. Miller; Bryan D. Freres, by USA as to Deon Evans. (Miller, Eugene) (Entered: 04/20/2017) |
| 04/20/2017 | 21 | Notice Regarding Entry of Plea and Signed Consent as to Deon Evans (JMB, ilcd) (Entered: 04/21/2017) |
| 04/20/2017 | | Minute Entry for proceedings held on 4/20/2017 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Eugene Miller. Defendant DEON EVANS personally present with counsel David Rumley. Change of Plea Hearing as to Deon Evans held. Notice and consent to plead before Magistrate Judge filed. Defendant sworn; found competent to enter plea. Defendant advised of rights, charges and possible penalties. Guilty plea entered by DEON EVANS of Guilty as to Counts 1-2. Final pretrial conference set for 5/12/2017 and Jury trial set for 5/16/2017 remain set on Counts 3 and 4. Report and recommendation to be entered recommending the District Judge enter judgment on plea of guilty as to Counts 1 and 2. Cause referred to US Probation for a presentence investigation report. Defendant is remanded to the custody of the US Marshal. (Tape #UR-B:3:35PM.) (JMB, ilcd) (Entered: 04/21/2017) |
| 04/21/2017 | 22 | +++ SEALED DOCUMENT - ORIGINAL DOCUMENT Notice Re Plea UNREDACTED (JMB, ilcd) (Entered: 04/21/2017) |
| 04/21/2017 | 23 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Deon Evans entered by Magistrate Judge Eric I. Long on 4/21/2017. Objections to R&R due by 5/5/2017 (JMB, ilcd) (Entered: 04/21/2017) |
| 04/21/2017 | 24 | ORDER on Implementation of Sentencing Guidelines as to Deon Evans entered by Magistrate Judge Eric I. Long on 4/21/2017. See written order. (JMB, ilcd) (Entered: 04/21/2017) |
| 04/21/2017 | 25 | First MOTION in Limine *Extrinsic Offenses Other Acts* by Deon Evans. (Rumley, David) (Entered: 04/21/2017) |
| 04/21/2017 | 26 | First MOTION for Release of Brady Materials *Favorable to Defendant* by Deon Evans. (Rumley, David) (Entered: 04/21/2017) |
| 04/21/2017 | | TEXT ORDER as to Deon Evans entered by Judge Colin Stirling Bruce on 4/21/2017. The government has until May 5, 2017, to file its response to Defendant's motions 25 , 26 . (KE, ilcd) (Entered: 04/21/2017) |
| 04/24/2017 | | TEXT ORDER as to Deon Evans entered by Judge Colin Stirling Bruce on 4/24/2017. Defendant pled guilty to counts 1 and 2 of the indictment on April 20, 2017, but will be proceeding to jury trial on counts 3 and 4 of the indictment. The jury trial is scheduled for May 16, 2017. This cause is referred to the United States Probation Department for a Pre-Sentence Investigation Report, but the |

GOV. APP. 72

| | | |
|---|---|---|
| | | PSR is hereby stayed pending the outcome of counts 3 and 4. The PSR will be completed and a sentencing date will be set following the resolution of counts 3 and 4. (JMB, ilcd) (Entered: 04/24/2017) |
| 05/05/2017 | 28 | RESPONSE to Motion by USA as to Deon Evans re 25 First MOTION in Limine *Extrinsic Offenses Other Acts*, 26 First MOTION for Release of Brady Materials *Favorable to Defendant* (Miller, Eugene) (Entered: 05/05/2017) |
| 05/09/2017 | 29 | Second MOTION for Discovery *and For Brady Material* by Deon Evans. (Rumley, David) (Entered: 05/09/2017) |
| 05/09/2017 | 30 | RESPONSE to Motion by USA as to Deon Evans re 29 Second MOTION for Discovery *and For Brady Material* (Miller, Eugene) (Entered: 05/09/2017) |
| 05/09/2017 | 31 | Order Approving Magistrate Judge Recommendation; Acceptance of Plea of Guilty and Adjudication of Guilt for Counts 1 and 2 as to Deon Evans entered by Judge Colin Stirling Bruce on 5/9/17. Trial remains scheduled on 5/16/17 for Counts 3 and 4. See written Order. (KM, ilcd) (Entered: 05/09/2017) |
| 05/11/2017 | 32 | ORDER as to Deon Evans (1) entered by Judge Colin Stirling Bruce on 5/11/17. Defendant's motions 25 , 26 , 29 are DENIED. See written Order. (KM, ilcd) (Entered: 05/11/2017) |
| 05/11/2017 | 33 | EXHIBIT LIST by USA as to Deon Evans (Miller, Eugene) (Entered: 05/11/2017) |
| 05/11/2017 | 35 | Proposed Jury Instructions by USA as to Deon Evans (Miller, Eugene) (Entered: 05/11/2017) |
| 05/11/2017 | 36 | STATEMENT OF THE CASE by USA as to Deon Evans. (Miller, Eugene) (Entered: 05/11/2017) |
| 05/11/2017 | 38 | STATEMENT OF THE CASE by Deon Evans. (Rumley, David) (Entered: 05/11/2017) |
| 05/12/2017 | | Minute Entry for proceedings held on 5/12/2017 before Judge Colin Stirling Bruce. Appearance for the Government by AUSAs Eugene Miller and Bryan Freres. Defendant DEON EVANS present in person and with counsel David Rumley. Pretrial Conference as to Deon Evans held. Defendant advised the Court that he intended to change his plea. (Court Reporter LC.) (JMB, ilcd) (Entered: 05/12/2017) |
| 05/12/2017 | 39 | PLEA AGREEMENT as to Deon Evans (JMB, ilcd) (Entered: 05/12/2017) |
| 05/12/2017 | | Minute Entry for proceedings held on 5/12/2017 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Eugene Miller. Defendant DEON EVANS present in person and with counsel David Rumley. Change of Plea Hearing as to Deon Evans held. Parties request a change of plea hearing. Defendant sworn; found competent to enter plea. Defendant advised of rights, charges and possible penalties. Guilty plea entered by DEON EVANS of Guilty to Count 3; written plea agreement filed. Count 4 will be dismissed at sentencing. Court finds guilty plea is knowing and voluntary and finds the defendant guilty as charged. Sentencing set for 9/29/2017 at 2:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Cause referred to US |

GOV. APP. 73

| | | |
|---|---|---|
| | | Probation for a presentence investigation report. Jury trial set for 5/16/2017 is VACATED. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (JMB, ilcd) (Entered: 05/12/2017) |
| 05/12/2017 | 40 | ORDER on Implementation of the Sentencing Guidelines as to Deon Evans entered by Judge Colin Stirling Bruce on 5/12/2017. (JMB, ilcd) (Entered: 05/12/2017) |
| 05/12/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 5/12/17 as to Deon Evans. Due to a conflict with the Court's calendar, the Sentencing set for 9/29/17 at 2:30 PM is reset to 3:00 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. (TC, ilcd) (Entered: 05/12/2017) |
| 08/16/2017 | 41 | MOTION for Forfeiture of Property *(Preliminary Order)* by USA as to Deon Evans. (Attachments: # 1 Text of Proposed Order (Preliminary Order))(Noll, Gail) (Entered: 08/16/2017) |
| 08/17/2017 | 42 | PRELIMINARY ORDER OF FORFEITURE entered by Judge Colin Stirling Bruce on 8/17/2017 granting 41 Motion for Forfeiture of Property as to Deon Evans. See written order. (JMB, ilcd) (Entered: 08/17/2017) |
| 08/21/2017 | 43 | **+ +INITIAL PRESENTENCE INVESTIGATION REPORT** as to Deon Evans (Powell, Gwen) (Entered: 08/21/2017) |
| 09/20/2017 | 44 | **+ + REVISED PRESENTENCE INVESTIGATION REPORT** as to Deon Evans (Powell, Gwen) (Entered: 09/20/2017) |
| 09/20/2017 | 45 | **+++ SENTENCING RECOMMENDATION** as to Deon Evans. (Powell, Gwen) (Entered: 09/20/2017) |
| 09/29/2017 | | Minute Entry for proceedings held 9/29/2017 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Eugene Miller. Defendant DEON EVANS present in person and with counsel David Rumley. Status Conference held as to Deon Evans. Oral motion by defendant to continue the sentencing hearing for 90 days; no objection by Government. Oral motion granted. Sentencing set for 9/29/17 is VACATED and RESET to 1/12/2018 at 1:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 09/29/2017) |
| 01/12/2018 | | Minute Entry for proceedings held 1/12/18 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Eugene Miller. Defendant DEON EVANS present in person and with counsel David Rumley. Sentencing began. Defendant orally moved to continue; no objection by the Government. Defendant's oral motion to continue is granted. The Sentencing is continued to 6/15/18 at 11:00 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 01/12/2018) |
| 01/31/2018 | 46 | MOTION of Ineffective Assistance of Counsel by Deon Evans pro se. (Attachments: # 1 Envelope)(KM, ilcd) (Entered: 01/31/2018) |
| 01/31/2018 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 1/31/2018. This matter is set for a hearing on Defendant's Motion for Ineffective Assistance of Counsel |

| | | |
|---|---|---|
| | | 46 , which the court construes as a motion for new counsel, on Friday, February 9, 2018, at 10:45 am. (DS, ilcd) (Entered: 01/31/2018) |
| 02/08/2018 | 47 | Mail Returned as Undeliverable re Text Order dated 1/31/2018 as to Deon Evans. (JMB, ilcd) (Entered: 02/08/2018) |
| 02/09/2018 | | Minute Entry for proceedings held on 2/9/2018 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Eugene Miller. Defendant DEON EVANS present in person and with counsel David Rumley. Motion Hearing as to Deon Evans held. Motion 46 discussed; no objection. Motion 46 is GRANTED. Attorney Rumley is terminated from the case. The Court appoints CJA Attorney Harvey C Welch. Defendant reports that he will request that new counsel file a motion to withdraw his guilty plea. Sentencing remains set for 6/15/2018 at 11:00 a.m. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (JMB, ilcd) (Entered: 02/09/2018) |
| 04/23/2018 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 4/23/18 as to DEON EVANS. Due to a conflict with the Court's calendar, the Sentencing set for 6/15/18 at 10:30 AM is RESET to 6/25/18 at 2:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. (TC, ilcd) (Entered: 04/23/2018) |
| 06/20/2018 | 48 | **STRICKEN** MOTION to Withdraw Plea of Guilty by Deon Evans. (Welch, Harvey) Modified on 10/24/2018 to show stricken pursuant to minute entry (DS, ilcd). (Entered: 06/20/2018) |
| 06/20/2018 | | TEXT ORDER as to Deon Evans entered by Judge Colin Stirling Bruce on 6/20/2018. The sentencing set for Monday, June 25, 2018, is hereby converted into a status hearing. Defendant's Motion to Withdraw Guilty Plea 48 will be taken up at the hearing. (KE, ilcd) (Entered: 06/20/2018) |
| 06/25/2018 | 49 | MOTION to Continue by Deon Evans. (Welch, Harvey) (Entered: 06/25/2018) |
| 06/25/2018 | | Minute Entry for proceedings held on 6/25/2018 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Eugene Miller. Defendant DEON EVANS present in person and with counsel Harvey Welch. Motion Hearing as to Deon Evans held regarding motions 48 and 49 . Motion 49 is GRANTED. A new sentencing date will be set as necessary. 48 remains pending at this time. Government orders a transcript of plea hearings on 4/20/2017 and 5/12/2017. Court reporter to provide transcripts by 8/3/2018. Government's response to Motion 48 is due by 8/24/2018. Motion Hearing re Motion 48 is set for 9/17/2018 at 10:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (JMB, ilcd) (Entered: 06/25/2018) |
| 08/20/2018 | | TEXT ONLY ORDER REASSIGNING CASE: This case is reassigned to Sara Darrow for further proceedings. All dates to remain as previously scheduled. Motion Hearing set for 9/17/2018 at 10:30 AM in Courtroom A in Urbana before Judge Sara Darrow. Entered by Chief Judge James E. Shadid on 8/20/2018. (MC, ilcd) (Entered: 08/20/2018) |
| 08/24/2018 | 50 | RESPONSE to Motion by USA as to Deon Evans re 48 MOTION to Withdraw Plea of Guilty (Miller, Eugene) (Entered: 08/24/2018) |
| | | |

| 08/31/2018 | 51 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Change of Plea Proceedings as to Deon Evans held on 4/20/2017, before Judge Long. Court Reporter/Transcriber LC, Telephone number 217-355-4227. Transcript purchased by: Government. |
|---|---|---|
| | | **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** |
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/21/2018. Redacted Transcript Deadline set for 10/1/2018. Release of Transcript Restriction set for 11/29/2018. (JMB, ilcd) (Entered: 08/31/2018) |
| 08/31/2018 | 52 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Change of Plea Proceedings as to Deon Evans held on 5/12/2017, before Judge Bruce. Court Reporter/Transcriber LC, Telephone number 217-355-4227. Transcript purchased by:Government. |
| | | **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** |
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | |
|---|---|---|
| | | Restriction. After that date it may be obtained through PACER. Redaction Request due 9/21/2018. Redacted Transcript Deadline set for 10/1/2018. Release of Transcript Restriction set for 11/29/2018. (JMB, ilcd) (Entered: 08/31/2018) |
| 09/17/2018 | | Minute Entry for proceedings held before Judge Sara Darrow. Appearance for the Government by AUSA Bryan Freres. Defendant DEON EVANS and with counsel Harvey Welch. Motion hearing not held. Status conference held. Defendant's attorney not prepared to proceed today due to being out of town. Oral motion by Defendant to continue; no objection. Motion granted. Motion hearing regarding Motion 48 continued to 10/15/18 at 1:00 PM before Judge Darrow in Urbana. The Court confirmed Defendant is asking to withdraw plea as to Count 3 only. Court directs Defendant to file an amended motion to withdraw plea with memorandum of law within 14 days from today's hearing. If Government chooses to respond, response should be filed within 7 days of the amended motion being filed. Defendant remanded to custody of the U.S. Marshal. (Court Reporter LC.) (JMB, ilcd) (Entered: 09/17/2018) |
| 10/01/2018 | 53 | **STRICKEN**AMENDED Motion to Withdraw Guilty Plea by Deon Evans (Attachments: # 1 Supplement MEMORANDUM)(Welch, Harvey) Modified on 10/2/2018 to show this document as the Amended Motion to Withdraw pursuant to the court's minute entry dated 9/17/2018 as well as correct a typographical error. (JMB, ilcd). Modified on 10/24/2018 to show stricken pursuant to the minute entry (DS, ilcd). (Entered: 10/01/2018) |
| 10/03/2018 | 54 | RESPONSE to Motion by USA as to Deon Evans re 53 MOTION to Withdraw Plea of Guilty (Miller, Eugene) (Entered: 10/03/2018) |
| 10/12/2018 | 55 | MOTION to Withdraw Plea of Guilty and MOTION for New Counsel by Deon Evans. (Attachments: # 1 Envelope) (LN, ilcd) (Entered: 10/12/2018) |
| 10/15/2018 | | Minute Entry for proceedings held 10/15/18 before Judge Sara Darrow. Appearance for the Government by AUSA Eugene Miller. Appearance by Defendant DEON EVANS and with counsel Harvey Welch. Motion Hearing held. Motion 55 discussed in camera. Court construes motion 55 as a motion for new counsel. When open court resumed, the Court granted 55 for the reasons stated on the record. Attorney Harvey C Welch is terminated from this case. The Court will appoint alternative CJA counsel. Status Conference set for 10/24/18 at 11:00 AM in Courtroom A in Urbana before Judge Sara Darrow. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 10/15/2018) |
| 10/15/2018 | | TEXT ORDER entered by Judge Sara Darrow on 10/15/18. Motion to Request Counsel 55 is GRANTED per ruling at 10/15/18 Status Conference. (TC, ilcd) (Entered: 10/15/2018) |
| 10/15/2018 | | TEXT ORDER as to Deon Evans Entered by Judge Sara Darrow on 10/15/18. The Court appoints CJA attorney Steven N Sarm for Deon Evans in all further proceedings. (SKR, ilcd) (Entered: 10/15/2018) |
| 10/24/2018 | | Minute Entry for proceedings held 10/24/2018 before Judge Sara Darrow. Appearance for the Government by AUSA Ryan Finlen. Defendant DEON EVANS present in person and with counsel, Steven Sarm. Status Conference |

GOV. APP. 77

|  |  | held. Status of case discussed. Motions To Withdraw Plea of Guilty 48 and 53 are STRICKEN without prejudice. Defendant's counsel is granted leave to file a new motion to withdraw by 11/30/2018. Government to file any response by 12/21/2018. A Motion Hearing on the new Motion to Withdraw is set for 1/9/2019 at 10:00 AM in Courtroom A in Urbana before Judge Sara Darrow. The Court finds that the ends of justice have been met pursuant to 18 U.S.C. 3161(h)(7)(A). Time is excluded from 10/24/2018 to 1/9/2019. The defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (DS, ilcd) (Entered: 10/24/2018) |
| 11/06/2018 | 56 | MOTION to Substitute Attorney, Gail L. Noll to be replaced by John D. Hoelzer, by USA as to Deon Evans. (Hoelzer, John) (Entered: 11/06/2018) |
| 11/06/2018 | 57 | MOTION to Substitute Attorney, Gail L. Noll to be replaced by John D. Hoelzer, by USA as to Deon Evans. (Hoelzer, John) (Entered: 11/06/2018) |
| 11/07/2018 |  | TEXT ORDER entered by Magistrate Judge Eric I. Long on 11/7/2018. The United States' Motion for Substitution of Counsel 56 is GRANTED. The Court directs the Clerk to terminate Gail L. Noll from this case. Motion 57 is denied as moot. (JMB, ilcd) (Entered: 11/07/2018) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/29/2018 12:10:05 | | | |
| **PACER Login:** | usma1990:3041673:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cr-20067-SLD-EIL |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |

GOV. APP. 78

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:16-cr-20059-JES-EIL-1

Case title: USA v. Collins                    Date Filed: 09/07/2016

---

Assigned to: Chief Judge James E.
Shadid
Referred to: Magistrate Judge Eric I.
Long

**Defendant (1)**

**Roy Collins**                    represented by    **Gregory Tyrone Mitchell**
                                                    LAW OFFICE OF GREGORY T
                                                    MITCHELL PC
                                                    Suite 100
                                                    18141 Dixie Highway
                                                    Homewood, IL 60430
                                                    708-799-9325
                                                    Fax: 708-799-9326
                                                    Email: mitchlaw00@comcast.net
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

**Pending Counts**                                  **Disposition**

18:1341.F FRAUDS AND SWINDLES
On or about 11/11/15, for the purpose
of executing or attempting to execute a
scheme, defendant knowingly caused to
be delivered by a private and
commercial interstate carrier in
Kankakee Illinois, directed by the
defendant: a tarp that was to be used as
a pond liner at the defendant's personal
property in violation of Title 18 USC
Section 1341
(1)

18:1343.F FRAUD BY WIRE, RADIO,
OR TELEVISION On or about 6/7/13,
defendant, for the purpose of executing
a scheme, caused to be transmitted by
wire communication, a credit card
purchase in interstate commerce, in

GOV. APP. 79

violation of Title 18, USC Section 1343
(2)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Katherine Virginia Boyle** |
|---|---|---|
| | | US ATTY |
| | | 201 South Vine |
| | | Urbana, IL 61802 |
| | | 217-373-5875 |
| | | Fax: 217-373-5891 |
| | | Email: katherine.boyle@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

**Eugene L Miller**
US ATTY
201 South Vine
Urbana, IL 61802
217-373-5875
Fax: 217-373-5891
Email: eugene.miller@usdoj.gov
*TERMINATED: 08/14/2017*
*Designation: Assistant US Attorney*

**Patrick D Hansen**
US ATTY
318 S Sixth
Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4512
Email: patrick.hansen@usdoj.gov

GOV. APP. 80

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2016 | 1 | INDICTMENT as to Roy Collins (1) count(s) 1, 2. (SKR, ilcd) (Entered: 09/07/2016) |
| 09/07/2016 | 2 | **+++ SEALED DOCUMENT - ORIGINAL DOCUMENT Indictment UNREDACTED** (SKR, ilcd) (Entered: 09/07/2016) |
| 09/07/2016 | 3 | **+++ SEALED DOCUMENT - DEFENDANT INFORMATION SHEET.** (SKR, ilcd) (Additional attachment(s) added on 9/27/2016: # 1 Corrected Defendant Information Sheet) (KM, ilcd). (Entered: 09/07/2016) |
| 09/07/2016 |  | TEXT ORDER as to Roy Collins Entered by Magistrate Judge Eric I. Long on 9/7/16. Initial Appearance set for 9/28/2016 at 1:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) (Entered: 09/07/2016) |
| 09/09/2016 | 5 | Summons Returned Executed on 9/9/16 as to Roy Collins. (KM, ilcd) (Entered: 09/09/2016) |
| 09/17/2016 | 6 | NOTICE OF ATTORNEY APPEARANCE: Gregory Tyrone Mitchell appearing for Roy Collins *and Certificate of Service* (Mitchell, Gregory) (Entered: 09/17/2016) |
| 09/28/2016 | 7 | **+ + PRETRIAL SERVICES REPORT** as to Roy Collins (Powell, Gwen) (Entered: 09/28/2016) |
| 09/28/2016 |  | Minute Entry for proceedings held 9/28/16 before Magistrate Judge Eric I. Long. Appearance on behalf of Government by AUSA Katherine Boyle. Appearance of ROY COLLINS in person, with retained counsel Gregory Mitchell. Cause called for Initial Appearance. Defendant advised of rights, including right to counsel. Defendant sworn; questioned by the Court. Cause called for Arraignment as to Roy Collins (1) on Counts 1,2. Defendant advised of charges and possible penalties. Defendant enters plea of not guilty to all counts of the Indictment. Scheduling Order entered. Cause called for Bond Hearing. Government agrees with recommendation in pretrial services report re: release of defendant. Defendant ordered released on $10,000 Unsecured Bond with conditions. (Tape #UR-B 1:29 PM.) (SKR, ilcd) (Entered: 09/28/2016) |
| 09/28/2016 | 8 | SCHEDULING ORDER as to Roy Collins Entered by Magistrate Judge Eric I. Long on 9/28/16. Pretrial Conference set for 11/21/2016 at 11:15 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Selection/Jury Trial set for 12/6/2016 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. See written order. (SKR, ilcd) (Entered: 09/28/2016) |
| 09/28/2016 | 9 | Unsecured Bond Entered as to Roy Collins in amount of $ $10,000 (SKR, ilcd) (Entered: 09/28/2016) |
| 09/28/2016 | 10 | ORDER Setting Conditions of Release as to Roy Collins (1) Entered by Magistrate Judge Eric I. Long on 9/28/16. (SKR, ilcd) (Main Document 10 replaced on 9/28/2016) (SKR, ilcd). (Entered: 09/28/2016) |

GOV. APP. 81

| | | |
|---|---|---|
| 09/28/2016 | 11 | **+++ SEALED DOCUMENT - ORIGINAL DOCUMENT Bond Papers UNREDACTED** (SKR, ilcd) (Entered: 09/28/2016) |
| 09/30/2016 | 12 | NOTICE Regarding Passport by US Probation Office regarding Roy Collins. (KM, ilcd) (Entered: 09/30/2016) |
| 11/21/2016 | | Minute Entry for proceedings held 11/21/16 before Judge Colin Stirling Bruce. Appearance on behalf of Government by AUSA Katherine Boyle. Appearance of ROY COLLINS in person, with counsel Gregory Mitchell. Final Pretrial not held. Status Conference held. Status of case discussed. Oral motion by defendant to continue; no objection. Oral motion granted. Defendant orally moves for early issuance of trial subpoenas; granted. Final Pretrial on 11/21/16 and Jury Trial on 12/6/16 are VACATED. Pretrial Conference set for 5/22/2017 at 1:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Selection/Jury Trial set for 6/19/2017 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Trial estimated 5 days. Pretrial motions due 4/24/17. Responses due 5/8/17. The Court finds the ends of justice have been met pursuant to 18 USC 3161(h)(7)(A). Time from 11/21/16 to 6/19/17 is excluded. Defendant's bond remains in effect. (Court Reporter LC.) (SKR, ilcd) (Entered: 11/21/2016) |
| 11/21/2016 | | Set/Reset Deadlines/Hearings as to Roy Collins: Pretrial Motions due by 4/24/2017. (SKR, ilcd) (Entered: 11/21/2016) |
| 02/09/2017 | 13 | Receipt for Surrender of Passport as to Roy Collins Passport Number 451563184 issued by USA. (LN, ilcd) Modified on 2/10/2017 Original passport being stored in vault at Rock Island Clerk's Office (KM, ilcd). (Entered: 02/09/2017) |
| 04/11/2017 | 14 | MOTION for Bill of Particulars by Roy Collins. (Attachments: # 1 Exhibit) (Mitchell, Gregory) (Entered: 04/11/2017) |
| 04/11/2017 | 15 | NOTICE *of filing* by Roy Collins re 14 MOTION for Bill of Particulars (Mitchell, Gregory) (Entered: 04/11/2017) |
| 04/11/2017 | 16 | MOTION for Disclosure *Jenck's Act Material 18 U.S.C Section 3500* by Roy Collins. (Mitchell, Gregory) (Entered: 04/11/2017) |
| 04/11/2017 | 17 | NOTICE *of filing* by Roy Collins re 16 MOTION for Disclosure *Jenck's Act Material 18 U.S.C Section 3500* (Mitchell, Gregory) (Entered: 04/11/2017) |
| 04/11/2017 | 18 | MOTION for Release of Brady Materials by Roy Collins. (Mitchell, Gregory) (Entered: 04/11/2017) |
| 04/11/2017 | 19 | NOTICE *of filing* by Roy Collins re 18 MOTION for Release of Brady Materials (Mitchell, Gregory) (Entered: 04/11/2017) |
| 04/11/2017 | 20 | MOTION to Dismiss *Indictment* by Roy Collins. (Mitchell, Gregory) (Entered: 04/11/2017) |
| 04/11/2017 | 21 | NOTICE *to Dismiss Indictment* by Roy Collins re 20 MOTION to Dismiss *Indictment* (Mitchell, Gregory) (Entered: 04/11/2017) |
| 04/12/2017 | | |

| | | |
|---|---|---|
| | | TEXT ORDER as to Roy Collins Entered by Judge Colin Stirling Bruce on 4/12/17. The government has until May 3, 2017, to file its response to Defendant's motions 14 , 16 , 18 and 20 . (SKR, ilcd) (Entered: 04/12/2017) |
| 04/20/2017 | 22 | MOTION to Substitute Attorney, Katherine V. Boyle to be replaced by Eugene L. Miller, by USA as to Roy Collins. (Miller, Eugene) (Entered: 04/20/2017) |
| 04/21/2017 | 23 | MOTION to Suppress *Evidene obtained from Search Warrants and Request for Franks Hearing* by Roy Collins. (Mitchell, Gregory) (Entered: 04/21/2017) |
| 04/21/2017 | 24 | NOTICE by Roy Collins re 23 MOTION to Suppress *Evidene obtained from Search Warrants and Request for Franks Hearing* (Mitchell, Gregory) (Entered: 04/21/2017) |
| 04/21/2017 | | TEXT ORDER as to Roy Collins Entered by Judge Colin Stirling Bruce on 4/21/17. The government has until Friday, May 12, 2017, to file its response to Defendant's Motion to Suppress 23 . (SKR, ilcd) (Entered: 04/21/2017) |
| 04/21/2017 | | TEXT ORDER Entered by Magistrate Judge Eric I. Long on 4/21/17 as to Roy Collins. The United States of America's Motion to Substitute Counsel 22 is GRANTED. The Court directs the Clerk to substitute Assistant United States Attorney Eugene L. Miller as counsel of record for the United States in this matter. Katherine Virginia Boyle terminated. (SKR, ilcd) (Entered: 04/21/2017) |
| 05/03/2017 | 25 | RESPONSE to Motion by USA as to Roy Collins re 18 MOTION for Release of Brady Materials , 14 MOTION for Bill of Particulars , 16 MOTION for Disclosure *Jenck's Act Material 18 U.S.C Section 3500*, 20 MOTION to Dismiss *Indictment* (Miller, Eugene) (Entered: 05/03/2017) |
| 05/08/2017 | 26 | MOTION to Continue *or Reschedule Final Pretrial Conference* by Roy Collins. (Mitchell, Gregory) (Entered: 05/08/2017) |
| 05/08/2017 | 27 | NOTICE by Roy Collins re 26 MOTION to Continue *or Reschedule Final Pretrial Conference* (Mitchell, Gregory) (Entered: 05/08/2017) |
| 05/08/2017 | 28 | ORDER Entered by Judge Colin Stirling Bruce on 5/8/17 as to Roy Collins. IT IS THEREFORE ORDERED: (1)All of Defendant's motions 14 , 16 , 18 and 20 are DENIED. (2)This case remains set for a final pretrial conference on Monday, May 22, 2017, at 1:30 p.m., and a jury trial set to begin on Monday, June 19, 2017, at 9:30 a.m. SEE WRITTEN ORDER. (SKR, ilcd) (Entered: 05/08/2017) |
| 05/08/2017 | | TEXT ORDER as to Roy Collins Entered by Judge Colin Stirling Bruce on 5/8/17. This matter is scheduled for a telephone status conference on Friday, May 12, 2017, at 11:00 am to discuss finding a new final pretrial date, in response to the motion 26 filed by Defendant. Defendant may appear by telephone. The court will place the call. (SKR, ilcd) (Entered: 05/08/2017) |
| 05/12/2017 | | Minute Entry for proceedings held 5/12/17 before Judge Colin Stirling Bruce. Appearance on behalf of Government by AUSA Eugene Miller. Appearance of ROY COLLINS by phone, with counsel Gregory Mitchell. Status Conference held. 26 Motion to Continue as to Roy Collins (1) discussed; MOOT. Oral motion by Government to continue based on the pending Motion to Suppress 23 ; granted. Final Pretrial on 5/22/17 and Jury Trial on 6/19/17 are vacated. |

| | | |
|---|---|---|
| | | Evidentiary Hearing set for 7/17/2017 at 2:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce as to Motion 23 . Pretrial Conference reset for 8/28/2017 at 10:45 AM; Jury Selection/Jury Trial reset for 9/11/2017 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce (trial estimated to be 5 days). The Court finds the ends of justice have been met pursuant to 18 USC 3161(h)(7)(A). Time from 5/12/17 to 9/11/17 is excluded. Defendant's bond remains in effect. (Court Reporter LC.) (SKR, ilcd) Modified on 5/12/2017 to correct defendant's appearance (SKR, ilcd). (Entered: 05/12/2017) |
| 05/12/2017 | 29 | RESPONSE to Motion by USA as to Roy Collins re 23 MOTION to Suppress *Evidene obtained from Search Warrants and Request for Franks Hearing* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Miller, Eugene) (Entered: 05/12/2017) |
| 05/17/2017 | 30 | MOTION for Leave to File *Reply to Government Response in Opposition to Motion to Suppress* by Roy Collins. (Attachments: # 1 Exhibit)(Mitchell, Gregory) (Entered: 05/17/2017) |
| 05/17/2017 | 31 | NOTICE *of filing* by Roy Collins re 30 MOTION for Leave to File *Reply to Government Response in Opposition to Motion to Suppress* (Mitchell, Gregory) (Entered: 05/17/2017) |
| 05/18/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 5/18/17. Defendant's Motion for Leave to File Reply 30 is GRANTED. Defendant has until June 2, 2017, to file his reply. (KM, ilcd) (Entered: 05/18/2017) |
| 06/02/2017 | 32 | REPLY TO RESPONSE to Motion by Roy Collins re 23 MOTION to Suppress *Evidene obtained from Search Warrants and Request for Franks Hearing* (Attachments: # 1 Exhibit)(Mitchell, Gregory) (Entered: 06/02/2017) |
| 06/02/2017 | 33 | NOTICE *of filing* by Roy Collins re 32 Reply to Response (Mitchell, Gregory) (Entered: 06/02/2017) |
| 06/19/2017 | 34 | ORDER Entered by Judge Colin Stirling Bruce on 6/19/17. IT IS THEREFORE ORDERED: (1)Defendant's Motion to Suppress 23 is DENIED. (2)The evidentiary hearing scheduled for July 18, 2017, is VACATED. (3)This case remains set for a final pretrial conference before this court on Monday, August 28, 2017 at 10:45 a.m. in Courtroom A, Urbana courthouse, and jury trial for Tuesday, September 11, 2017, at 9:30 a.m. in Courtroom A. SEE WRITTEN ORDER. (SKR, ilcd) (Entered: 06/19/2017) |
| 07/10/2017 | | TEXT ORDER as to Roy Collins Entered by Judge Colin Stirling Bruce on 7/10/17. A scheduling hearing is set in this case on 8/21/2017 at 3:30 p.m. in Courtroom A in Urbana before Judge Colin Stirling Bruce to determine the estimated length of the trial. This court anticipates commencing trial on 9/12/2017 for four trial days. (SKR, ilcd) (Entered: 07/10/2017) |
| 08/14/2017 | 35 | NOTICE OF ATTORNEY APPEARANCE Patrick D Hansen appearing for USA. (Hansen, Patrick) (Entered: 08/14/2017) |
| 08/14/2017 | 36 | NOTICE OF ATTORNEY APPEARANCE Katherine Virginia Boyle appearing for USA. *as co-counsel* (Boyle, Katherine) (Entered: 08/14/2017) |

| | | |
|---|---|---|
| 08/14/2017 | 37 | MOTION to Substitute Attorney, Eugene L. Miller to be replaced by Katherine V. Boyle, by USA as to Roy Collins. (Boyle, Katherine) (Entered: 08/14/2017) |
| 08/14/2017 | | TEXT ORDER Entered by Judge Colin Stirling Bruce on 8/14/17 as to Roy Collins. The governments Motion to Substitute Counsel 37 is GRANTED. The Court directs the Clerk to substitute Assistant United States Attorney Katherine Virginia Boyle as counsel of record for the United States in this matter. Eugene Miller is terminated.(SKR, ilcd) Modified on 8/14/2017 to correct typographical error (SKR, ilcd). (Entered: 08/14/2017) |
| 08/21/2017 | | Minute Entry for proceedings held 8/21/17 before Judge Colin Stirling Bruce. Appearance for the Government by AUSAs Patrick Hansen and Katherine Boyle in person. Defendant ROY COLLINS appeared by telephone and with counsel Gregory Mitchell in person. Status Conference held. Counsel reported number of days required for Jury Trial: Government, 5 days; defense 1 1/2 days. Therefore, the Jury Trial is reset to commence on Tuesday, 9/12/17 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce and will proceed into the following week of 9/18/17. The Final Pretrial Conference remains set for 8/28/17 at 10:45. Defendant's bond to continue. (Court Reporter LC.) (TC, ilcd) (Entered: 08/21/2017) |
| 08/28/2017 | 38 | EXHIBIT LIST by USA as to Roy Collins (Boyle, Katherine) (Entered: 08/28/2017) |
| 08/28/2017 | 40 | STATEMENT OF THE CASE by USA as to Roy Collins. (Boyle, Katherine) (Entered: 08/28/2017) |
| 08/28/2017 | 41 | Proposed Jury Instructions by USA as to Roy Collins (Boyle, Katherine) (Entered: 08/28/2017) |
| 08/28/2017 | 42 | Proposed Voir Dire by USA as to Roy Collins (Boyle, Katherine) (Entered: 08/28/2017) |
| 08/28/2017 | | Minute Entry for proceedings held 8/28/17 before Judge Colin Stirling Bruce. Appearance on behalf of Government by AUSA Patrick Hansen and Katherine Boyle. Appearance of ROY COLLINS in person, with counsel Greg Mitchell. Pretrial Conference as to Roy Collins held. Defendant does not object to Government's statement of the case 40 ; approved. Stipulations discussed and will be read by the Court. Defendant to file witness list by 9/1/17. Exhibit list discussed. Defendant to file Exhibit List, Proposed voir dire questions and proposed jury instructions by 9/1/17. Jury Trial to commence on 9/12/17; counsel to be in the courtroom by 9:10 AM. Defendants bond remains in effect. (Court Reporter LC.) (SKR, ilcd) (Entered: 08/28/2017) |
| 09/01/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 9/1/17 as to Roy Collins. Change of Plea Hearing set for 9/5/17 at 2:00 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. (TC, ilcd) (Entered: 09/01/2017) |
| 09/05/2017 | 44 | PLEA DECLARATION filed by defendant Roy Collins. (KM, ilcd) (Entered: 09/05/2017) |
| 09/05/2017 | | Minute Entry for proceedings held 9/5/2017 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Katherine Boyle. Defendant ROY |

GOV. APP. 85

| | | |
|---|---|---|
| | | COLLINS present in person and with counsel Gregory Mitchell. Change of Plea hearing held. Defendant sworn; found competent to enter plea. Defendant advised of rights, charges and possible penalties. Guilty plea entered by Roy Collins (1) to Counts 1,2. Court finds guilty plea is knowing and voluntary and finds the defendant guilty as charged. Sentencing is set for 1/19/2018 at 11:00 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury trial previously scheduled for 9/12/17 is vacated. Cause referred to US Probation for a presentence investigation report. Defendant's bond to remain in effect. (Court Reporter LC.) (KM, ilcd) (Entered: 09/05/2017) |
| 09/05/2017 | 45 | ORDER on Implementation of Sentencing Guidelines as to Roy Collins entered by Judge Colin Stirling Bruce on 9/5/17. See written Order. (KM, ilcd) (Entered: 09/05/2017) |
| 12/04/2017 | 46 | **+ +INITIAL PRESENTENCE INVESTIGATION REPORT** as to Roy Collins (Appenzeller, Kara) (Entered: 12/04/2017) |
| 01/09/2018 | 47 | **+ + REVISED PRESENTENCE INVESTIGATION REPORT** as to Roy Collins (Appenzeller, Kara) (Entered: 01/09/2018) |
| 01/09/2018 | 48 | **+++ SENTENCING RECOMMENDATION** as to Roy Collins. (Appenzeller, Kara) (Entered: 01/09/2018) |
| 01/10/2018 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 1/10/18 as to Roy Collins. To allow sufficient time on the Court's schedule to complete the Sentencing hearing, the Sentencing hearing is reset from 1/19/18 at 11:00 AM to 1/26/18 at 1:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. (TC, ilcd) (Entered: 01/10/2018) |
| 01/23/2018 | 49 | SENTENCING MEMORANDUM by USA as to Roy Collins (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Boyle, Katherine) (Entered: 01/23/2018) |
| 01/24/2018 | | TEXT ORDER as to Roy Collins Entered by Judge Colin Stirling Bruce on 1/24/18. This matter is currently set for sentencing on Friday, January 26, 2018. This matter was previously set for sentencing on January 19, 2018. However, based upon the sheer number of objections to the Pre-Sentence Report raised by Defendant, the court continued the sentencing to a date with potentially sufficient time to ensure both sides could present any desired evidence and the court could make appropriate rulings. On January 23, 2018, the government filed a sentencing memorandum 49 . In this memorandum, the government advises that it anticipates calling seven witnesses, either in aggravation or in response to the numerous factual allegations raised by Defendant, or in both capacities. Based upon this information, the court believes it will be necessary to set aside a full day for sentencing in this matter. The current sentencing date of January 26, 2018, is vacated. The sentencing in this matter is reset to 10:00 am, Wednesday, January 31, 2018. If necessary, the sentencing may continue into the following day. (SKR, ilcd) (Entered: 01/24/2018) |
| 01/27/2018 | 51 | NOTICE *of Filing Objections to Presentence Report and Sentencing Recommendation Memorandum* by Roy Collins (Mitchell, Gregory) (Entered: 01/27/2018) |

GOV. APP. 86

| | | |
|---|---|---|
| 01/27/2018 | 52 | OBJECTION to Presentence Report and Sentencing Recommendation Memorandum by Roy Collins. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Mitchell, Gregory) Modified on 1/30/2018 to correct typographical error (SKR, ilcd). Modified on 1/30/2018 to correct document title pursuant to 1/30/18 Text Order. (SKR, ilcd). (Entered: 01/27/2018) |
| 01/27/2018 | 53 | Exhibit by Roy Collins. (Mitchell, Gregory) (Entered: 01/27/2018) |
| 01/27/2018 | 54 | Exhibit by Roy Collins. (Mitchell, Gregory) (Entered: 01/27/2018) |
| 01/27/2018 | 55 | Exhibit by Roy Collins. (Mitchell, Gregory) (Entered: 01/27/2018) |
| 01/27/2018 | 56 | Exhibit by Roy Collins. (Mitchell, Gregory) (Entered: 01/27/2018) |
| 01/27/2018 | 57 | Exhibit by Roy Collins. (Mitchell, Gregory) (Entered: 01/27/2018) |
| 01/27/2018 | 58 | Exhibit by Roy Collins. (Mitchell, Gregory) (Entered: 01/27/2018) |
| 01/29/2018 | 59 | Response by USA as to Roy Collins re 52 PETITION re 51 Notice (Other) *Defendant's Objections to Presentence Report and Sentencing Recommendation Memorandum* (Boyle, Katherine) Modified on 1/30/2018 to correct typographical error (SKR, ilcd). (Entered: 01/29/2018) |
| 01/30/2018 | | TEXT ORDER Entered by Judge Colin Stirling Bruce on 1/30/18. Defendant's attorney inadvertently filed his Objections as a Petition 52 . The clerk is directed to change the document title of docket entry 52 to an objection and moot any pending petition (SKR, ilcd) (Entered: 01/30/2018) |
| 01/31/2018 | | Minute Entry for proceedings held 1/31/18 before Judge Colin Stirling Bruce. Appearance on behalf of Government by AUSA Katherine Boyle. Appearance of ROY COLLINS in person, with counsel Gregory Mitchell. Sentencing held. Evidence for Government. Witnesses sworn, testimony heard. Sentencing continued to 2/1/2018 at 10:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Defendant's bond remains in effect. (Court Reporter LC.) (SKR, ilcd) (Entered: 01/31/2018) |
| 02/01/2018 | | Minute Entry for proceedings held 2/1/18 before Judge Colin Stirling Bruce. Appearance of AUSA Katherine Boyle for Government. Appearance of ROY COLLINS in person with counsel Gregory Mitchell. Sentencing hearing continued. Evidence for Government continued. Witnesses sworn, testimony heard. Government rests. Evidence for Defendant. Witnesses sworn, testimony heard. Oral motion by defendant to continue sentencing; arguments heard. Granted. Defendant requests a transcript of 1/31/18 and 2/1/18. Defendant states he will pay for the transcript. Defendant indicates he intends to file a Motion to Withdraw his guilty plea. The court directs defendant to file the motion by 3/16/18. Government to respond by 4/6/18. Motion Hearing set for 4/23/2018 at 1:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Defendant's bond remains in effect. (Court Reporter LC.) (SKR, ilcd) (Entered: 02/01/2018) |
| 02/01/2018 | 60 | EXHIBIT LISTS by USA, Roy Collins as to Roy Collins for Sentencing Hearing held 1/31/18 and 2/1/18. (Exhibits stored in Clerk's Office vault in a white envelope) (SKR, ilcd) Modified on 2/1/2018 to add hearing information (SKR, ilcd). (Entered: 02/01/2018) |

| 03/13/2018 | 61 | First MOTION for Extension of Time to File *Motion to Withdraw Guilty Plea* by Roy Collins. (Mitchell, Gregory) (Entered: 03/13/2018) |
|---|---|---|
| 03/13/2018 | 62 | NOTICE *of Filing* by Roy Collins re 61 First MOTION for Extension of Time to File *Motion to Withdraw Guilty Plea* (Mitchell, Gregory) (Entered: 03/13/2018) |
| 03/13/2018 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 3/13/18. Defendant's Motion to Extend Time for Filing Motion to Withdraw Guilty Plea or Dismiss Indictment 61 is GRANTED. Defendant has until April 16, 2018, to file his motion. The government has until May 7, 2018, to file its response. The hearing date of April 23, 2018, is hereby VACATED. A new hearing date of Monday, May 21, 2018, at 1:30 PM in Courtroom A in Urbana is now set. (KM, ilcd) (Entered: 03/13/2018) |
| 04/10/2018 | | TEXT ORDER as to Roy Collins Entered by Judge Colin Stirling Bruce on 4/10/18. The court reporter advises the court that despite diligent effort to complete the requested transcripts in this case, those transcripts are not prepared. The court is aware of the numerous transcript requests assigned to the court reporter. Ergo, the court reporter shall inform the court when the attorneys have been notified that the transcripts are available, at which time the court will enter a new briefing schedule by text order and set the matter for a telephone status conference to discuss a new hearing date. The briefing schedule and hearing date of May 21, 2018, are hereby VACATED. (SKR, ilcd) (Entered: 04/10/2018) |
| 08/07/2018 | 63 | NOTICE *of Unavailability of Counsel* by Roy Collins (Mitchell, Gregory) (Entered: 08/07/2018) |
| 08/07/2018 | 64 | NOTICE *of filing* by Roy Collins re 63 Notice (Other) (Mitchell, Gregory) (Entered: 08/07/2018) |
| 08/20/2018 | | TEXT ONLY ORDER REASSIGNING CASE: This case is reassigned to Chief Judge James E. Shadid for further proceedings. All dates to remain as previously scheduled. Entered by Chief Judge James E. Shadid on 8/20/2018. (MC, ilcd) (Entered: 08/20/2018) |
| 08/22/2018 | | TEXT ORDER as to Roy Collins Entered by Chief Judge James E. Shadid on 8/22/18. The Court has reviewed the docket in this matter and finds that on 2/1/2018 the court entry indicates the defense would be requesting transcripts from hearings held on 1/31/2018 and 2/1/2018 in order to file a Motion to Withdraw Plea. As such, the sentencing hearing was continued. On 4/10/2018, the text entry found the Court reporter, despite diligent effort to do so, had been unable to complete the requested transcripts. As of 8/21/2018, a review of the docket indicates still no transcript and no sentencing hearing rescheduled. The Court orders the transcript prepared by 9/4/2018. The Defendant shall have his Motion to Withdraw Plea filed by 10/5/2018 and the Government shall file their response by 10/19/2018. The matter will be set for hearing on the Motion on 11/19/2018 at 1:00 p.m. in Courtroom A in Urbana before Chief Judge James E. Shadid. If the motion is heard and denied, sentencing will follow. Clerk directed to send a copy of this text order to Court Reporter. ( Miscellaneous Deadline |

GOV. APP. 88

| | | 9/4/2018 set for transcript, Motion to Withdraw plea due by 10/5/2018.) (SKR, ilcd) (Entered: 08/22/2018) |
|---|---|---|
| 09/05/2018 | 65 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Change of Plea Proceedings as to Roy Collins held on 9/5/2017, before Judge Colin S. Bruce. Court Reporter/Transcriber LC, Telephone number (217) 355-4227. Transcript purchased by: AUSA Katherine Boyle.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/26/2018. Redacted Transcript Deadline set for 10/9/2018. Release of Transcript Restriction set for 12/4/2018. (KM, ilcd) (Entered: 09/05/2018) |
| 10/01/2018 | 66 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Sentencing Proceedings Day 1 as to Roy Collins held on 1/31/18, before Judge Colin S. Bruce. Court Reporter/Transcriber Lisa Cosimini, Telephone number 217-355-4227. Transcript purchased by: Greg Mitchell.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** |

GOV. APP. 89

| | | |
|---|---|---|
| | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/22/2018. Redacted Transcript Deadline set for 11/1/2018. Release of Transcript Restriction set for 12/31/2018. (SKR, ilcd) (Entered: 10/01/2018) |
| 10/01/2018 | 67 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Sentencing Proceedings Day 2 as to Roy Collins held on 2/1/18, before Judge Colin S. Bruce. Court Reporter/Transcriber Lisa Cosimini, Telephone number 217-355-4227. Transcript purchased by:Greg Mitchell. <br><br> **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/22/2018. Redacted Transcript Deadline set for 11/1/2018. Release of Transcript Restriction set for 12/31/2018. (SKR, ilcd) (Entered: 10/01/2018) |
| 10/05/2018 | 68 | MOTION to Dismiss *Indictment or Alternatively, Withdraw Guilty Plea* by Roy Collins. (Attachments: # 1 Exhibit)(Mitchell, Gregory) (Entered: 10/05/2018) |
| 10/05/2018 | 69 | NOTICE *of Filing and Certificate of Service* by Roy Collins re 68 MOTION to Dismiss *Indictment or Alternatively, Withdraw Guilty Plea* (Mitchell, Gregory) (Entered: 10/05/2018) |
| 10/19/2018 | 70 | First MOTION for Extension of Time to File Response/Reply as to 68 MOTION to Dismiss *Indictment or Alternatively, Withdraw Guilty Plea* by USA as to Roy Collins. (Boyle, Katherine) (Entered: 10/19/2018) |
| 10/22/2018 | | Text ORDER granting 70 Motion for Extension of Time to File Response/Reply as to Roy Collins (1). Government to file their response by 10/23/2018. Entered by Chief Judge James E. Shadid on 10/22/2018. (CG, ilcd) (Entered: 10/22/2018) |
| 10/23/2018 | 71 | |

GOV. APP. 90

| | | |
|---|---|---|
| | | RESPONSE to Motion by USA as to Roy Collins re 68 MOTION to Dismiss *Indictment or Alternatively, Withdraw Guilty Plea* (Attachments: # 1 Appendix) (Boyle, Katherine) (Entered: 10/23/2018) |
| 10/23/2018 | 72 | MOTION to Seal *Grand Jury Testimony* by USA as to Roy Collins. (Boyle, Katherine) (Entered: 10/23/2018) |
| 10/23/2018 | 73 | **+++ SEALED DOCUMENT.** (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix)(Boyle, Katherine) (Entered: 10/23/2018) |
| 11/02/2018 | | Set/Reset Deadlines/Hearings as to Roy Collins: Motion Hearing reset for 12/3/2018 at 02:00 PM in Courtroom A in Urbana before Chief Judge James E. Shadid. (CG, ilcd) (Entered: 11/02/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/29/2018 12:11:45 | | | |
| **PACER Login:** | usma1990:3041673:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cr-20059-JES-EIL |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

GOV. APP. 91

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:16-cr-20065-CSB-EIL-1

Case title: USA v. Baker

Date Filed: 09/07/2016
Date Terminated: 12/12/2017

---

Assigned to: Judge Colin Stirling Bruce
Referred to: Magistrate Judge Eric I. Long

**Defendant (1)**

**Michael Baker**
*TERMINATED: 12/12/2017*

represented by **Elisabeth R Pollock**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana, IL 61801
217-373-0666
Fax: 217-373-0667
Email: Elisabeth_Pollock@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| 18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO On or about 4/12/2016 Defendant did knowingly possess child pornography in violation of 18 USC 2252A(a)(5)(B) and (b)(2) (1) | Defendant is committed to the custody of the BOP for a term of 132 months, 20 years supervised release, $100 special assessment imposed. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

GOV. APP. 92

**Complaints**                                              **Disposition**

None

---

**Plaintiff**

**USA**                          represented by   **Bryan David Freres**
US ATTY
201 South Vine
Urbana, IL 61802
217-373-5875
Email: bryan.freres@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Gail Linn Noll**
US ATTY
318 South Sixth Street
Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4888
Email: gail.noll@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2016 | 1 | INDICTMENT as to Michael Baker (1) count(s) 1 and Forfeiture Notice. (JMB, ilcd) (Entered: 09/07/2016) |
| 09/07/2016 | 2 | **+++ SEALED DOCUMENT - ORIGINAL DOCUMENT Indictment UNREDACTED** (JMB, ilcd) (Entered: 09/07/2016) |
| 09/07/2016 | 3 | **+++ SEALED DOCUMENT - DEFENDANT INFORMATION SHEET.** (JMB, ilcd) (Entered: 09/07/2016) |
| 09/07/2016 | | TEXT ORDER as to Michael Baker entered by Magistrate Judge Eric I. Long on 9/7/2016. An Initial Appearance is set for 9/13/2016 at 2:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (JMB, ilcd) (Entered: 09/07/2016) |
| 09/12/2016 | 4 | **+ + PRETRIAL SERVICES REPORT** as to Michael Baker (Bice, Michael) (Entered: 09/12/2016) |
| 09/13/2016 | | ORAL MOTION for Detention by USA as to Michael Baker. (DS, ilcd) (Entered: 09/13/2016) |
| 09/13/2016 | | Minute Entry for proceedings held 9/13/2016 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Bryan Freres. Defendant MICHAEL BAKER present in person. Initial Appearance held. Defendant |

| | | |
|---|---|---|
| | | advised of rights, including right to counsel. Defendant requests court-appointed counsel. Financial Affidavit from case 06-20043 discussed. Court finds defendant qualifies and appoints Federal Defender's Office; AFPD Elisabeth Pollock present in court. Arraignment as to Michael Baker (1) Count 1 held. Defendant sworn; advised of charges and possible penalties. Defendant pleads not guilty to Indictment. Scheduling Order to be entered. Oral motion by Government for detention of defendant. Detention hearing held. Court grants oral motion and orders defendant detained. Written Order to be entered. Defendant is remanded to the custody of the US Marshal. (Tape #UR-B 2:38 PM.) (DS, ilcd) (Entered: 09/13/2016) |
| 09/13/2016 | 5 | SCHEDULING ORDER entered by Magistrate Judge Eric I. Long on 9/13/2016. Pretrial Conference is set for 11/7/2016 at 11:00 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Selection/Jury Trial is set for 11/15/2016 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. See written Order. (DS, ilcd) (Entered: 09/13/2016) |
| 09/13/2016 | 6 | ORDER OF DETENTION entered by Magistrate Judge Eric I. Long on 9/13/2016. See written Order. (DS, ilcd) (Entered: 09/13/2016) |
| 09/30/2016 | 7 | MOTION for Recusal by Michael Baker. (Pollock, Elisabeth) (Entered: 09/30/2016) |
| 09/30/2016 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 9/30/2016. The court directs the Government to respond to Defendant's Motion for Recusal 7 by 10/14/2016. (DS, ilcd) (Entered: 09/30/2016) |
| 10/07/2016 | 8 | NOTICE OF ATTORNEY APPEARANCE Gail Linn Noll appearing for USA. (Noll, Gail) (Entered: 10/07/2016) |
| 10/14/2016 | 9 | RESPONSE to Motion by USA as to Michael Baker re 7 MOTION for Recusal (Freres, Bryan) (Entered: 10/14/2016) |
| 10/18/2016 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 10/18/2016. Defendant has filed a Motion for Recusal 7 . This court has thoroughly reviewed the facts and arguments surrounding Defendant's request. Following its review, the court finds that recusal is not necessary or appropriate under 28 U.S.C. 455(a) or 455 (b)(3). The court cannot remember any participation in past prosecutions of Defendant Baker. However, even if the court had participated in previous prosecutions, the court has not had any participation in the current prosecution which consists of new charges, wholly unrelated to those brought against Defendant in the past. See United States v. Lara-Unzueta, 735 F.3d 954, 960 (7th Cir. 2013). Therefore, Defendant's Motion for Recusal 7 is DENIED. (DS, ilcd) (Entered: 10/18/2016) |
| 11/02/2016 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 11/2/2016. Due to a conflict in the court's calendar, the pretrial conference scheduled for 11/7/2016 at 11:00 a.m. is rescheduled to 11/7/2016 at 3:00 p.m. (DS, ilcd) (Entered: 11/02/2016) |
| 11/07/2016 | | Minute Entry for proceedings held 11/7/2016 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Bryan Freres. Defendant MICHAEL BAKER present in person and with appointed counsel, AFPD Elisabeth Pollock. |

GOV. APP. 94

| | | |
|---|---|---|
| | | Pretrial Conference not held. Status Conference held. Status of case discussed. Oral motion by defendant to continue. No objection by the Government; oral motion granted. Pretrial Conference and Jury Trial are both vacated. Pretrial Conference reset to 1/6/2017 at 11:00 AM in Courtroom B in Urbana before Judge Colin Stirling Bruce. Jury Selection/Jury Trial reset to 1/17/2017 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 U.S.C. 3161(h)(7)(A). Time is excluded from 11/7/2016 to 1/17/2017. Defendant is remanded to the custody of the US Marshal. (DS, ilcd) (Entered: 11/07/2016) |
| 01/06/2017 | | Minute Entry for proceedings held 1/6/2017 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Bryan Freres. Defendant MICHAEL BAKER present in person and with appointed counsel, AFPD Elisabeth Pollock. Pretrial Conference not held; Status Conference held. Status of case discussed. Parties indicate that discovery is not yet complete. Oral motion by the Government to continue. No objection; oral motion granted. The pretrial conference set this date and the jury trial set for 1/17/2017 are both VACATED. The Pretrial Conference is reset for 4/21/2017 at 11:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Jury Selection/Jury Trial is reset for 5/2/2017 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Any pretrial motions are to be filed by 3/10/2017 and any responses due by 3/24/2017. The Court finds that the ends of justice have been met pursuant to 18 U.S.C. 3161(h)(7)(A). Time is excluded from 1/6/2017 to 5/2/2017. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (DS, ilcd) Modified on 1/11/2017 to correct typographical error (SKR, ilcd). (Entered: 01/06/2017) |
| 04/21/2017 | | Minute Entry for proceedings held 4/21/2017 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA David Hoff. Appearance of the Defendant MICHAEL BAKER in person and with appointed counsel, AFPD Elisabeth Pollock. Status Conference held; Final Pretrial not held. Status of case discussed. Defendant indicates that he intends to enter into a plea agreement and will contact Magistrate Judge Long's Chambers to set the hearing. Oral motion by defendant to continue. No objection; oral motion granted. The Final Pretrial and Jury Trial are vacated. Jury Trial reset for 8/8/2017 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Final Pretrial will be reset if necessary. The Court finds that the ends of justice have been met pursuant to 18 U.S.C. 3161(h)(7)(A). Time is excluded from 4/21/2017 to 8/8/2017. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (DS, ilcd) (Entered: 04/21/2017) |
| 06/19/2017 | | TEXT ORDER as to Michael Baker Entered by Magistrate Judge Eric I. Long on 6/19/17. Change of Plea Hearing set for 7/27/2017 at 1:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) (Entered: 06/19/2017) |
| 07/27/2017 | 10 | Notice Regarding Entry of Plea and Signed Consent as to Michael Baker (KE, ilcd) (Entered: 07/27/2017) |
| 07/27/2017 | 11 | +++ SEALED DOCUMENT - ORIGINAL DOCUMENT Notice Re Entry of Plea UNREDACTED (KE, ilcd) (Entered: 07/27/2017) |

GOV. APP. 95

| 07/27/2017 | | Minute Entry for proceedings held 7/27/2017 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Bryan Freres. Defendant MICHAEL BAKER present in person and with counsel AFPD Elisabeth Pollock. Change of Plea Hearing held. Notice and consent to plead before Magistrate Judge filed. Defendant sworn; found competent to enter plea. Defendant advised of rights, charges and possible penalties. Guilty plea entered by Defendant to Count 1 of Indictment. Court finds guilty plea knowing and voluntary. Report and recommendation to be entered recommending the District Judge enter judgment on plea of guilty as to Count 1. Sentencing set for 12/8/2017 at 10:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury trial previously set for 8/8/2017 is VACATED. Cause referred to US Probation for a presentence investigation report. Defendant remanded to custody of US Marshal. (Tape #UR-B: 1:33 PM.) (KE, ilcd) (Entered: 07/27/2017) |
| 07/27/2017 | 12 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Michael Baker entered by Magistrate Judge Eric I. Long on 7/27/2017. Objections to R&R due by 8/10/2017 (KE, ilcd) (Entered: 07/27/2017) |
| 07/27/2017 | 13 | ORDER on Implementation of Sentencing Guidelines as to Michael Baker entered by Magistrate Judge Eric I. Long on 7/27/2017. (KE, ilcd) (Entered: 07/27/2017) |
| 08/11/2017 | 14 | ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION; Acceptance of Plea of Guilty, Adjudication of Guilt, and Notice of Sentencing as to Michael Baker entered by Judge Colin Stirling Bruce on 8/11/17. Sentencing remains set for 12/8/17 at 10:30 a.m. See written Order. (KM, ilcd) (Entered: 08/11/2017) |
| 09/05/2017 | 15 | MOTION for Forfeiture of Property *(Preliminary Order)* by USA as to Michael Baker. (Attachments: # 1 Text of Proposed Order (Preliminary Order))(Noll, Gail) (Entered: 09/05/2017) |
| 09/11/2017 | 16 | PRELIMINARY ORDER OF FORFEITURE entered by Judge Colin Stirling Bruce on 9/11/2017. The Government's Motion for Forfeiture of Property 15 as to Michael Baker is GRANTED. See written Order. (DS, ilcd) (Entered: 09/11/2017) |
| 10/27/2017 | 17 | **+ +INITIAL PRESENTENCE INVESTIGATION REPORT** as to Michael Baker (Powell, Gwen) (Entered: 10/27/2017) |
| 11/29/2017 | 18 | **+ + REVISED PRESENTENCE INVESTIGATION REPORT** as to Michael Baker (Powell, Gwen) (Entered: 11/29/2017) |
| 11/29/2017 | 19 | **+++ SENTENCING RECOMMENDATION** as to Michael Baker. (Powell, Gwen) (Entered: 11/29/2017) |
| 12/06/2017 | 20 | Exhibit by Michael Baker. (Pollock, Elisabeth) (Entered: 12/06/2017) |
| 12/08/2017 | | Minute Entry for proceedings held 12/8/2017 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Bryan Freres. Defendant MICHAEL BAKER present in person and with appointed counsel, AFPD Elisabeth Pollock. Sentencing held for Michael Baker (1), Count 1. The Court orders Defendant committed to the custody of the BOP for a term of 132 months. Following |

GOV. APP. 96

|            |    | release from custody, Defendant shall serve a 20 year term supervised release. $100 special assessment imposed. Defendant is advised of his right to appeal. The Court declines setting an eve of release hearing. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (DS, ilcd) (Entered: 12/08/2017) |
|------------|----|--------------------------------------------------------------------------------------------------------------------|
| 12/12/2017 | 21 | JUDGMENT entered by Judge Colin Stirling Bruce on 12/12/17. (TC, ilcd) (Entered: 12/12/2017) |
| 12/12/2017 | 22 | **+++ SEALED DOCUMENT - ORIGINAL DOCUMENT Judgment UNREDACTED.** (TC, ilcd) (Entered: 12/12/2017) |
| 12/12/2017 | 23 | **+++ STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Michael Baker. (TC, ilcd) (Main Document 23 replaced on 12/12/2017 to add signature date) (KM, ilcd). (Entered: 12/12/2017) |
| 03/08/2018 | 24 | NOTICE *of Publication of Forfeiture* by USA as to Michael Baker (Noll, Gail) (Entered: 03/08/2018) |
| 03/08/2018 | 25 | MOTION for Forfeiture of Property *(Final Order)* by USA as to Michael Baker. (Attachments: # 1 Text of Proposed Order (Final order))(Noll, Gail) (Entered: 03/08/2018) |
| 03/13/2018 | 26 | FINAL ORDER OF FORFEITURE entered by Judge Colin Stirling Bruce on 3/13/2018.Motion for Forfeiture of Property 25 as to Michael Baker (1) is GRANTED. See written Order. (DS, ilcd) (Entered: 03/13/2018) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/29/2018 12:15:14 | | |
| **PACER Login:** | usma1990:3041673:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cr-20065-CSB-EIL |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

GOV. APP. 97

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:16-cr-20012-CSB-EIL-1

Case title: USA v. Brooks　　　　　　　　　　Date Filed: 02/04/2016
Magistrate judge case number: 2:16-mj-07008-EIL　　Date Terminated: 07/16/2018

Assigned to: Judge Colin Stirling Bruce
Referred to: Magistrate Judge Eric I.
Long

**Defendant (1)**

**Emerson Brooks**　　　　　　　represented by　**Harvey C Welch**
*TERMINATED: 07/16/2018*　　　　　　　　　　LAW OFFICES OF HARVEY C
　　　　　　　　　　　　　　　　　　　　　WELCH
　　　　　　　　　　　　　　　　　　　　　302 West Vermont
　　　　　　　　　　　　　　　　　　　　　Urbana, IL 61801
　　　　　　　　　　　　　　　　　　　　　217-903-2452
　　　　　　　　　　　　　　　　　　　　　Fax: 217-367-0241
　　　　　　　　　　　　　　　　　　　　　Email: hcwincourt@aol.com
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　*Designation: CJA Appointment*

　　　　　　　　　　　　　　　　　　　　　**Elisabeth R Pollock**
　　　　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　　　　300 W Main St
　　　　　　　　　　　　　　　　　　　　　Urbana, IL 61801
　　　　　　　　　　　　　　　　　　　　　217-373-0666
　　　　　　　　　　　　　　　　　　　　　Fax: 217-373-0667
　　　　　　　　　　　　　　　　　　　　　Email: Elisabeth_Pollock@fd.org
　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 01/31/2017*
　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or*
　　　　　　　　　　　　　　　　　　　　　*Community Defender Appointment*

　　　　　　　　　　　　　　　　　　　　　**Evan Stanley Bruno**
　　　　　　　　　　　　　　　　　　　　　BRUNO LAW OFFICES LLC
　　　　　　　　　　　　　　　　　　　　　301 W Green St
　　　　　　　　　　　　　　　　　　　　　Urbana, IL 61801-3200
　　　　　　　　　　　　　　　　　　　　　217-328-6000
　　　　　　　　　　　　　　　　　　　　　Fax: 217-328-6765
　　　　　　　　　　　　　　　　　　　　　Email: evan.bruno@gmail.com
　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 07/18/2017*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　*Designation: CJA Appointment*

GOV. APP. 98

**James Todd Ringel**
JOHNSON LAW GROUP LLC
115 W Front St
Bloomington, IL 61701
309-827-3670
Fax: 309-827-3991
Email: todd@jlawgroup.com
*TERMINATED: 11/13/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kevin C Sanborn**
JOHNSON LAW GROUP LLC
115 W Front St
Bloomington, IL 61701
309-827-3670
Fax: 309-827-3991
Email: kevin@jlawgroup.com
*TERMINATED: 11/13/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE. On or about 10/14/15 in Champaign County, IL, Defendant did knowingly possess with the intent to distribute heroin; in violation of 21 USC Section 841(a)(1), (b)(1)(B) and (b)(1)(C).
(5)

18:924A.F PENALTIES FOR FIREARMS. On or about 10/14/15 in Champaign County, IL, Defendant did knowingly carry a firearm during a drug trafficking crime; in violation of 18 USC Section 924(c)(1)(A)(i).
(6)

## Disposition

Defendant committed to the custody of the Bureau of Prisons for a period of 150 months. Said term shall consist of 120 months on Count 5 and 30 months on Count 6, to be served consecutive to Count 5; followed by an 8-year term of supervision, said term consists of 8 years on Count 5 and 5 years on Count 6, to be concurrent; and a $200 special assessment.

Defendant committed to the custody of the Bureau of Prisons for a period of 150 months. Said term shall consist of 120 months on Count 5 and 30 months on Count 6, to be served consecutive to Count 5; followed by an 8-year term of supervision, said term consists of 8 years on Count 5 and 5 years on Count 6, to be concurrent; and a $200 special assessment.

## Highest Offense Level (Opening)

Felony

GOV. APP. 99

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE. On or about 9/21/15, 9/23/15, 9/29/15, and 10/8/15 in Champaign County, IL, Defendant did knowingly and intentionally distribute heroin; in violation of 21 USC Section 841(a)(1) and (b)(1)(C). (1-4) | Counts 1-4 and 7 dismissed. |
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. On or about 10/14/15 in Champaign County, IL, Defendant did possess a firearm being a felon; in violation of 18 USC Section 922(g)(1). (7) | Counts 1-4 and 7 dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=ND.F (On or about 10/14/15 the defendant possessed cocaine base (crack cocaine) and cocaine with the intent to distribute in violation of Title 21, USC Sections 841(a)(1) and (b)(1) (B) and (b)(1)(C) | |

---

**Plaintiff**

| USA | represented by | **Bryan David Freres** |
|---|---|---|

**Bryan David Freres**
US ATTY
201 South Vine
Urbana, IL 61802
217-373-5875
Email: bryan.freres@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Gail Linn Noll**
US ATTY
318 South Sixth Street
Springfield, IL 62701-1806

GOV. APP. 100

217-492-4450
Fax: 217-492-4888
Email: gail.noll@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Katherine Virginia Boyle**
US ATTY
201 South Vine
Urbana, IL 61802
217-373-5875
Fax: 217-373-5891
Email: katherine.boyle@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2016 | 1 | COMPLAINT as to Emerson Brooks (1). (SKR, ilcd) [2:16-mj-07008-EIL] (Entered: 01/15/2016) |
| 01/15/2016 | 2 | **+++ SEALED DOCUMENT - ORIGINAL DOCUMENT Complaint UNREDACTED** (SKR, ilcd) [2:16-mj-07008-EIL] (Entered: 01/15/2016) |
| 01/19/2016 | | TEXT ORDER as to Emerson Brooks entered by Magistrate Judge Eric I. Long on 1/19/2016. Initial Appearance set for 1/19/2016 at 2:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (KE, ilcd) [2:16-mj-07008-EIL] (Entered: 01/19/2016) |
| 01/19/2016 | | ORAL MOTION to Unseal Case by USA as to Emerson Brooks. (TC, ilcd) [2:16-mj-07008-EIL] (Entered: 01/20/2016) |
| 01/19/2016 | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 1/19/16 granting Government's Oral Motion to Unseal Case as to Emerson Brooks (1); no objection by Defendant. (TC, ilcd) [2:16-mj-07008-EIL] (Entered: 01/20/2016) |
| 01/19/2016 | | Attorney update in case as to Emerson Brooks; AFPD Elisabeth Pollock added for Defendant. (TC, ilcd) [2:16-mj-07008-EIL] (Entered: 01/20/2016) |
| 01/19/2016 | | ORAL MOTION to Detain Defendant by USA as to Emerson Brooks. (TC, ilcd) [2:16-mj-07008-EIL] (Entered: 01/20/2016) |
| 01/19/2016 | | Minute Entry for proceedings held 1/19/16 before Magistrate Judge Eric I. Long. Appearance for Government by AUSA Brian Freres. Appearance by Defendant EMERSON BROOKS. Initial appearance held. Defendant advised of rights, including right to counsel. Defendant requests court-appointed counsel; financial affidavit filed. Court finds Defendant qualifies and appoints Federal Defender's Office; AFPD Peter Henderson present in Court. AFPD Elizabeth Pollock to be lead counsel. Preliminary hearing waived; Court accepts waiver as knowing and voluntary. Court finds there is probable cause and the case is bound over to the Grand Jury. Oral motion by Government for detention of Defendant. Detention hearing held. Court grants oral motion and orders |

GOV. APP. 101

|  |  | Defendant detained. Written detention order to be entered. Oral motion by Government to unseal case; no objection. The case is UNSEALED. Defendant is remanded to the custody of the US Marshal. (Tape #UR-B 2:35 PM.) (TC, ilcd) [2:16-mj-07008-EIL] (Entered: 01/20/2016) |
|---|---|---|
| 01/19/2016 | 4 | CJA 23 Financial Affidavit by Emerson Brooks. (TC, ilcd) [2:16-mj-07008-EIL] (Entered: 01/20/2016) |
| 01/19/2016 | 5 | **+++ SEALED DOCUMENT - ORIGINAL DOCUMENT Financial Affidavit UNREDACTED.** (TC, ilcd) [2:16-mj-07008-EIL] (Entered: 01/20/2016) |
| 01/19/2016 | 6 | ORDER OF DETENTION as to Emerson Brooks entered by Magistrate Judge Eric I. Long on 1/19/16. See written order. (TC, ilcd) (Main Document 6 replaced on 1/21/16 to add Judge's electronic signature) (TC, ilcd). [2:16-mj-07008-EIL] (Entered: 01/20/2016) |
| 01/19/2016 |  | Arrest of Emerson Brooks. (TC, ilcd) [2:16-mj-07008-EIL] (Entered: 01/20/2016) |
| 01/25/2016 | 7 | Arrest Warrant Returned Executed on 1/19/16 as to Emerson Brooks. (TC, ilcd) [2:16-mj-07008-EIL] (Entered: 01/25/2016) |
| 02/04/2016 | 8 | INDICTMENT as to Emerson Brooks (1) count(s) 1-4, 5, 6, 7; with forfeiture allegations. (TC, ilcd) (Entered: 02/04/2016) |
| 02/04/2016 | 9 | **+++ SEALED DOCUMENT - ORIGINAL DOCUMENT Indictment UNREDACTED.** (TC, ilcd) (Entered: 02/04/2016) |
| 02/04/2016 | 10 | **+++ SEALED DOCUMENT - DEFENDANT INFORMATION SHEET.** (TC, ilcd) (Entered: 02/04/2016) |
| 02/04/2016 |  | TEXT ORDER entered by Magistrate Judge Eric I. Long on 2/4/16 as to Emerson Brooks. Arraignment set for 2/2/16 at 2:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (TC, ilcd) (Entered: 02/04/2016) |
| 02/05/2016 |  | Set/Reset Deadlines/Hearings as to Emerson Brooks: Arraignment set for 2/12/16 at 2:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (TC, ilcd) (Entered: 02/05/2016) |
| 02/12/2016 |  | Minute Entry for proceedings held 2/12/16 before Magistrate Judge Eric I. Long. Appearance of AUSA Bryan Freres for Government. Appearance of EMERSON BROOKS in person, with counsel AFPD Elisabeth Pollock. Arraignment held as to Counts 1-4,5,6,7. Defendant sworn; questioned by the Court. Defendant advised of charges and possible penalties. Defendant enters plea of not guilty to all counts. Scheduling Order entered. Defendant remanded to the custody of the US Marshal. (Tape #UR-B 2:31 PM.) (SKR, ilcd) (Entered: 02/12/2016) |
| 02/12/2016 | 11 | SCHEDULING ORDER as to Emerson Brooks Entered by Magistrate Judge Eric I. Long on 2/12/16. Pretrial Conference set for 3/14/2016 at 3:30 PM; Jury Selection/Jury Trial set for 3/29/2016 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. SEE WRITTEN ORDER. (SKR, ilcd) (Entered: 02/12/2016) |

GOV. APP. 102

| | | |
|---|---|---|
| 03/01/2016 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 3/1/16 as to Emerson Brooks. The Pretrial Conference set for 3/14/16 at 3:30 PM is reset to 3/14/16 at 1:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. (TC, ilcd) (Entered: 03/01/2016) |
| 03/08/2016 | 12 | NOTICE OF ATTORNEY APPEARANCE Gail Linn Noll appearing for USA. (Noll, Gail) (Entered: 03/08/2016) |
| 03/14/2016 | | Minute Entry for proceedings held 3/14/16 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Bryan Freres. Appearance by Defendant EMERSON BROOKS and with counsel AFPD Elisabeth Pollock. Final pretrial conference not held. Status conference held. Status of case discussed. Discovery complete. Oral motion by Defendant to continue; no objection. Motion granted. Final pretrial conference scheduled for 3/14/16 is VACATED. Jury Selection and Jury Trial scheduled for 3/29/16 are VACATED. Jury Selection and Jury Trial reset for 8/17/16 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Pretrial Conference reset for 8/1/16 at 10:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 3/14/16 to 8/17/16. The Defendant is remanded to the custody of the US Marshal. (Tape #UR-A 1:30 PM.) (TC, ilcd) (Entered: 03/14/2016) |
| 03/28/2016 | 13 | **+++ SEALED DOCUMENT Letter to the Court from Emerson Brooks (Copies provided to AUSA, defense counsel, and USPO via email.)** (Attachments: # 1 Envelope) (TC, ilcd) (Entered: 03/28/2016) |
| 05/27/2016 | 14 | **+++ SEALED DOCUMENT.** Letter to the Court from Emerson Brooks (Copies provided to AUSA and defense counsel.) (Attachments: # 1 Envelope) (KM, ilcd) (Entered: 05/27/2016) |
| 08/01/2016 | | Minute Entry for proceedings held 8/1/16 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Katherine Boyle. Appearance by Defendant EMERSON BROOKS and with counsel AFPD Elisabeth Pollock. Final pretrial conference not held. Status conference held. Status of case discussed. Discovery is complete. Defendant directed to send future letters to his counsel and not to the Court. Oral motion by Defendant to continue; no objection. Motion granted. Final pretrial conference scheduled for 8/1/16 is VACATED. Jury Selection and Jury Trial scheduled for 8/17/16 are VACATED. Pretrial Conference reset for 9/30/16 at 2:45 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Selection and Jury Trial reset for 10/18/16 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 8/1/16 to 10/18/16. The Defendant remanded to custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 08/01/2016) |
| 08/31/2016 | 15 | **+++ SEALED MOTION** . (Pollock, Elisabeth) (Entered: 08/31/2016) |
| 09/09/2016 | 16 | **+++ SEALED RESPONSE TO MOTION 15** . (Freres, Bryan) Modified on 9/13/2016 to correct title (TC, ilcd). (Entered: 09/09/2016) |
| | | |

GOV. APP. 103

| 09/13/2016 | 17 | **+++ SEALED ORDER entered by Magistrate Judge Eric I. Long on 9/13/16 denying 15 Sealed Motion as to Emerson Brooks (1). See written Order . (TC, ilcd) (Entered: 09/13/2016)** |
|---|---|---|
| 09/30/2016 | | Minute Entry for proceedings held 9/30/16 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Bryan Freres. Appearance by Defendant EMERSON BROOKS and with counsel AFPD Elisabeth Pollock. Final pretrial conference not held. Status conference held. Status of case discussed. Oral Motion by Government to continue; no objection. Motion granted. Final pretrial conference scheduled for 9/30/16 is VACATED. Jury Selection and Jury Trial scheduled for 10/18/16 are VACATED. Pretrial Conference reset for 11/7/16 at 2:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Selection and Jury Trial reset for 11/15/16 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 9/30/16 to 11/15/16. The Defendant remanded to custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 09/30/2016) |
| 11/07/2016 | | Minute Entry for proceedings held 11/7/16 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Bryan Freres. Appearance by Defendant EMERSON BROOKS and with counsel AFPD Elisabeth Pollock. Final pretrial conference not held. Status conference held. Status of case discussed. Joint oral motion to continue; granted. Final pretrial conference scheduled for 11/7/16 is VACATED. Jury Selection and Jury Trial scheduled for 11/15/16 are VACATED. Pretrial Conference reset for 2/17/17 at 2:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Selection and Jury Trial reset for 2/28/17 at 9:30 AM (2 days) in Courtroom A in Urbana before Judge Colin Stirling Bruce. Any pretrial motions are due by 1/20/17. Responses thereto are due by 2/3/17. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 11/7/16 to 2/17/17. The Defendant remanded to custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 11/07/2016) |
| 11/15/2016 | 18 | INFORMATION TO ESTABLISH PRIOR CONVICTION by USA as to Emerson Brooks (Freres, Bryan) (Entered: 11/15/2016) |
| 01/18/2017 | | TEXT ORDER as to Emerson Brooks Entered by Magistrate Judge Eric I. Long on 1/18/17. Change of Plea Hearing set for 2/7/2017 at 2:30 PM in Courtroom C in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) (Entered: 01/18/2017) |
| 01/27/2017 | 19 | MOTION to Withdraw as Attorney by Elisabeth R. Pollock. by Emerson Brooks. (Pollock, Elisabeth) (Entered: 01/27/2017) |
| 01/31/2017 | | TEXT ORDER as to Emerson Brooks (1) entered by Magistrate Judge Eric I. Long on 1/31/2017. Elisabeth R. Pollock's Motion to Withdraw 19 is GRANTED. The Court appoints CJA Attorney Evan Bruno to represent Defendant. The Change of Plea set for 2/7/2017, at 2:30 PM is hereby VACATED. A Scheduling Conference is set for 2/6/2017 at 11:45 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. (KM, ilcd) Modified on 2/3/2017 to correct to scheduling conference (KM, ilcd). (Entered: 01/31/2017) |

GOV. APP. 104

| 02/06/2017 | | Minute Entry for proceedings held 2/6/17 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Bryan Freres. Appearance by Defendant EMERSON BROOKS and with counsel Evan Bruno. Scheduling Conference held. Status of case discussed. Defendant orally moved to continue; no objection. Final Pretrial Conference and Jury Trial vacated. Final Pretrial Conference reset for 5/12/17 at 1:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Trial reset for 5/23/17 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 2/6/17 to 5/23/17. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 02/06/2017) |
| 05/10/2017 | 20 | First MOTION to Continue by Emerson Brooks. (Bruno, Evan) (Entered: 05/10/2017) |
| 05/12/2017 | | Minute Entry for proceedings held 5/12/17 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Eugene Miller. Appearance by Defendant EMERSON BROOKS and with counsel Evan Bruno. Final Pretrial Conference not held. Status conference held. Status of case discussed. Defendant's Motion to Continue 20 discussed; no objection. Motion 20 granted. The Final pretrial conference scheduled for 5/12/17 is VACATED. Jury Selection and Jury Trial scheduled for 5/23/17 are VACATED. The Final Pretrial Conference is reset for 7/17/17 at 1:15 PM. Jury Selection and Jury Trial are reset for 7/25/17 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 5/12/17 to 7/25/17. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 05/12/2017) |
| 07/12/2017 | 21 | First MOTION Pre-Plea Sentencing Guideline Calculation by Emerson Brooks. (Bruno, Evan) (Entered: 07/12/2017) |
| 07/17/2017 | 22 | Second MOTION to Continue by Emerson Brooks. (Bruno, Evan) (Entered: 07/17/2017) |
| 07/17/2017 | | Minute Entry for proceedings held 7/17/17 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Bryan Freres. Appearance by Defendant EMERSON BROOKS and with counsel Evan Bruno. Final Pretrial Conference not held. Status conference held. Status of case discussed. Defendant's Motions 21 and 22 are granted. The Court directs US Probation Office to prepare a Guideline Study with Criminal History Report. The Final pretrial conference and jury trial are vacated. The Final Pretrial Conference is reset for 9/25/17 at 2:30 PM. Jury Selection and Jury Trial are reset for 10/3/17 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 7/17/17 to 10/3/17. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 07/17/2017) |
| 07/17/2017 | 23 | **STRICKEN** NOTICE OF ATTORNEY APPEARANCE: James Todd Ringel appearing for Emerson Brooks (Ringel, James) Modified on 7/18/17 to |

| | | show **STRICKEN** as filed in the wrong case and document has incorrect caption (TC, ilcd). (Entered: 07/17/2017) |
|---|---|---|
| 07/17/2017 | 24 | NOTICE OF ATTORNEY APPEARANCE: James Todd Ringel appearing for Emerson Brooks (Ringel, James) (Entered: 07/17/2017) |
| 07/18/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 7/18/17 as to Emerson Brooks. The Entry of Appearance 23 is filed in the wrong case and is hereby STRICKEN. (TC, ilcd) (Entered: 07/18/2017) |
| 07/18/2017 | 25 | First MOTION to Withdraw as Attorney by Evan S. Bruno. by Emerson Brooks. (Bruno, Evan) (Entered: 07/18/2017) |
| 07/18/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 7/18/17. Attorney Evan Bruno's Motion to Withdraw as Attorney 25 is GRANTED. Evan Bruno is hereby terminated as counsel in this matter. (TC, ilcd) (Entered: 07/18/2017) |
| 09/14/2017 | 26 | NOTICE OF ATTORNEY APPEARANCE: Kevin C Sanborn appearing for Emerson Brooks (Sanborn, Kevin) (Entered: 09/14/2017) |
| 09/14/2017 | 27 | MOTION to Continue *Pretrial Conference and Trial Date* by Emerson Brooks. (Sanborn, Kevin) (Entered: 09/14/2017) |
| 09/14/2017 | 28 | AFFIDAVIT by Emerson Brooks 27 MOTION to Continue *Pretrial Conference and Trial Date* filed by Emerson Brooks (Sanborn, Kevin) (Entered: 09/14/2017) |
| 09/14/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 9/14/17. Defendant's 27 Motion to Continue Pretrial Conference and Trial Date is DENIED. The Pretrial Conference will proceed as scheduled on September 25, 2017 at 2:30 P.M. (TC, ilcd) (Entered: 09/14/2017) |
| 09/20/2017 | 29 | **+ ++ ** STRICKEN and SEALED ** Pre-Plea Guideline and Criminal History Report** as to Emerson Brooks (Powell, Gwen) Modified on 9/21/17 to show ** STRICKEN and SEALED ** as filed in incorrect case (TC, ilcd). (Entered: 09/20/2017) |
| 09/21/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 9/21/17 as to Emerson Brooks re 29 Pre-Plea Guideline and Criminal History Report is STRICKEN and SEALED as filed in incorrect case. (TC, ilcd) (Entered: 09/21/2017) |
| 09/21/2017 | 30 | **+ +PRE-PLEA GUIDELINE AND CRIMINAL HISTORY REPORT** as to Emerson Brooks (Powell, Gwen) (Entered: 09/21/2017) |
| 09/25/2017 | | Minute Entry for proceedings held 9/25/17 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Bryan Freres. Appearance by Defendant EMERSON BROOKS and with counsel Douglas Johnson. Final Pretrial Conference not held. Status Conference held. Status of case discussed. Defendant orally moved for one final continuance. For the reasons stated on the record, the motion is denied. The final pretrial conference is vacated and a deadline is set for 9/29/17 for counsel to submit their pretrial documents. The Jury Trial remains set for 10/3/17. If Defendant intends to plea, he should do so by 9/29/17. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 09/25/2017) |

| | | |
|---|---|---|
| 09/27/2017 | | TEXT ORDER as to Emerson Brooks Entered by Magistrate Judge Eric I. Long on 9/27/17. Change of Plea Hearing set for 9/29/2017 at 10:30 AM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) (Entered: 09/27/2017) |
| 09/27/2017 | | TEXT ORDER as to Emerson Brooks Entered by Magistrate Judge Eric I. Long on 9/27/17. Change of Plea Hearing on 9/29/17 at 10:30 AM is RESET IN TIME ONLY for 9/29/2017 at 3:15 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) (Entered: 09/27/2017) |
| 09/29/2017 | 31 | PLEA AGREEMENT as to Emerson Brooks. (TC, ilcd) (Entered: 09/29/2017) |
| 09/29/2017 | 32 | Notice Regarding Entry of Plea and Signed Consent as to Emerson Brooks. (TC, ilcd) (Entered: 09/29/2017) |
| 09/29/2017 | 33 | **+++ SEALED DOCUMENT - ORIGINAL DOCUMENT Consent UNREDACTED.** (TC, ilcd) (Entered: 09/29/2017) |
| 09/29/2017 | | Minute Entry for proceedings held 9/29/17 before Magistrate Judge Eric I. Long. Appearance for Government by AUSA Bryan Freres. Appearance by Defendant EMERSON BROOKS and with counsel James Ringel. Change of Plea Hearing held. Notice and consent to plead before Magistrate Judge filed. Defendant sworn; found competent to enter plea. Defendant advised of rights, charges and possible penalties. Guilty plea entered by Defendant to Counts 5 and 6 of Indictment. Court finds guilty plea knowing and voluntary. Report and Recommendation to be entered recommending the District Judge enter judgment on plea of guilty as to Counts 5 and 6. Government to dismiss Counts 1, 2, 3, 4, 7 at sentencing. Sentencing set for 1/29/18 at 2:00 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Trial previously set for 10/3/17 is vacated. Cause referred to US Probation for a presentence investigation report. Defendant remanded to the custody of the US Marshal. (Tape #UR-B 3:32 PM.) (TC, ilcd) (Entered: 09/29/2017) |
| 09/29/2017 | 34 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Emerson Brooks entered by Magistrate Judge Eric I. Long on 9/29/17. Objections to R&R due by 10/13/17. (TC, ilcd) (Entered: 09/29/2017) |
| 09/29/2017 | 35 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES as to Emerson Brooks entered by Magistrate Judge Eric I. Long on 9/29/17. See written Order. (TC, ilcd) (Entered: 09/29/2017) |
| 10/10/2017 | 36 | **+++ SEALED PRO SE MOTION** to Withdraw Guilty Plea. (Attachments: # 1 Cover Letter, # 2 Envelope) (KM, ilcd) (Entered: 10/11/2017) |
| 10/11/2017 | | TEXT ORDER as to Emerson Brooks entered by Judge Colin Stirling Bruce on 10/11/17. The Government has 14 days to respond to Pro Se Defendant's SEALED Motion to Withdraw Guilty Plea 36 . (Deadline 10/25/17.) (KM, ilcd) Modified on 10/11/2017 to correct deadline (KM, ilcd). (Entered: 10/11/2017) |
| 10/25/2017 | 37 | **+++ SEALED DOCUMENT.** (Freres, Bryan) Modified on 10/26/2017 Response to sealed motion 36 (KM, ilcd). (Entered: 10/25/2017) |
| 10/27/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 10/27/17. Defendant filed a pro se pleading 36 , although he is represented by counsel. To the extent |

| | | |
|---|---|---|
| | | Defendant may be moving to withdraw his guilty plea, Defendant has provided insufficient grounds to do so and the motion to withdraw guilty plea 36 is therefore DENIED. Alternatively, Defendant may be asking for a new attorney. In response to that possible request, this matter is set for a hearing on November 13, 2017 at 11:00 a.m. (TC, ilcd) (Entered: 10/27/2017) |
| 10/27/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 10/27/17 denying 36 Sealed Motion as to Emerson Brooks per 10/27/17 Text Order. (TC, ilcd) (Entered: 10/30/2017) |
| 10/30/2017 | 38 | +++ **SEALED PRO SE MOTION to Withdraw Guilty Plea.** (Attachments: # 1 Cover Letter, # 2 Envelope) (TC, ilcd) (Entered: 10/30/2017) |
| 10/30/2017 | 39 | MOTION to Withdraw as Attorney by James Todd Ringel. by Emerson Brooks. (Ringel, James) (Entered: 10/30/2017) |
| 10/30/2017 | 40 | MOTION to Withdraw as Attorney by Kevin Sanborn. by Emerson Brooks. (Sanborn, Kevin) (Entered: 10/30/2017) |
| 10/31/2017 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 10/31/17 as to Emerson Brooks. On October 30, 2017, Defendant filed a pro se "Motion for Ineffective Assistance of Counsel/Motion to Withdraw Guilty Plea" 38 . When responding to a different pro se pleading 36 in an October 27, 2017 text order, the court set this matter for a hearing on November 13, 2017 at 11:00 a.m. The court will address defendant's latest pro se motion 38 at that hearing. Also on October 30, 2017, James Todd Ringel and Kevin Sanborn filed motions to withdraw as Defendant's counsel 39 and 40 . Those motions will also be addressed at the previously set hearing. In light of the allegations in Defendant's "Motion for Ineffective Assistance of Counsel/Motion to Withdraw Guilty Plea" 38 , attorney James Todd Ringel shall personally appear at the hearing on November 13, 2017 at 11:00 a.m. (TC, ilcd) (Entered: 10/31/2017) |
| 11/13/2017 | | Minute Entry for proceedings held 11/13/17 before Judge Colin Stirling Bruce. Government appeared by AUSA Bryan Freres. Defendant EMERSON BROOKS appeared and with counsel James Ringel. Attorney Appointment Hearing held. Defense counsel's motions 39 and 40 discussed. Government does not object. Motions 39 and 40 are granted and attorneys Ringel and Sanborn are terminated. The Court finds Defendant qualifies for court-appointed counsel. CJA counsel Harvey Welch is appointed to represent Defendant and present in open court. Defendant's motion 38 discussed. For the reasons stated on the record, motion 38 is denied. Sentencing remains scheduled for 1/29/18 at 2:00 PM. Defendant remanded to the custody of the USM. (Court Reporter AW-JH.) (TC, ilcd) (Entered: 11/13/2017) |
| 11/13/2017 | 41 | ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION - Acceptance of Plea of Guilty, Adjudication of Guilt, and Notice of Sentencing as to Emerson Brooks entered by Judge Colin Stirling Bruce on 11/13/17. Sentencing remains scheduled for 1/29/18 at 2:00 PM. See written Order. (TC, ilcd) (Entered: 11/13/2017) |
| 12/01/2017 | 42 | |

GOV. APP. 108

|  |  | MOTION for Forfeiture of Property *(Preliminary Order)* by USA as to Emerson Brooks. (Attachments: # 1 Text of Proposed Order (Preliminary Order))(Noll, Gail) (Entered: 12/01/2017) |
|---|---|---|
| 12/04/2017 | 43 | PRELIMINARY ORDER OF FORFEITURE entered by Judge Colin Stirling Bruce on 12/4/17 granting 42 Motion for Forfeiture of Property as to Emerson Brooks. See written Order. (TC, ilcd) (Entered: 12/04/2017) |
| 12/14/2017 | 44 | NOTICE OF ATTORNEY APPEARANCE Katherine Virginia Boyle appearing for USA. (Boyle, Katherine) (Entered: 12/14/2017) |
| 12/15/2017 | 45 | **+ +INITIAL PRESENTENCE INVESTIGATION REPORT** as to Emerson Brooks (Powell, Gwen) (Entered: 12/15/2017) |
| 01/22/2018 | 46 | **+ + REVISED PRESENTENCE INVESTIGATION REPORT** as to Emerson Brooks (Powell, Gwen) (Entered: 01/22/2018) |
| 01/22/2018 | 47 | **+++ SENTENCING RECOMMENDATION** as to Emerson Brooks. (Powell, Gwen) (Entered: 01/22/2018) |
| 01/29/2018 |  | Minute Entry for proceedings held 1/29/18 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Bryan Freres. Defendant EMERSON BROOKS appeared and with counsel Harvey Welch. Sentencing began. Counsel requests sentencing be reset for 30 days. The Court grants the request. The sentencing is reset for 3/16/18 at 2:00 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. (Court Reporter LC.) (TC, ilcd) (Entered: 01/29/2018) |
| 02/09/2018 | 48 | First MOTION to Continue by Emerson Brooks. (Welch, Harvey) (Entered: 02/09/2018) |
| 02/12/2018 |  | TEXT ORDER entered by Judge Colin Stirling Bruce on 2/12/2018. Defendant's 48 Motion to Continue is GRANTED. The sentencing is rescheduled to April 6, 2018 at 10:30 a.m. (DS, ilcd) (Entered: 02/12/2018) |
| 04/04/2018 | 49 | Second MOTION to Continue by Emerson Brooks. (Welch, Harvey) (Entered: 04/04/2018) |
| 04/05/2018 |  | TEXT ORDER entered by Judge Colin Stirling Bruce on 4/5/2018. Defendant's 49 Motion to Continue Sentencing Date is GRANTED. The sentencing hearing set for April 6, 2018 at 10:30 a.m. is converted to a scheduling conference to determine an appropriate date for sentencing. (KE, ilcd) (Entered: 04/05/2018) |
| 04/06/2018 |  | Minute Entry for proceedings held 4/6/2018 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Bryan Freres. Defendant Emerson Brooks present in person with counsel, Harvey Welch by telephone. Status Conference held. Sentencing reset for 5/25/2018 at 11:15 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (DS, ilcd) (Entered: 04/06/2018) |
| 05/04/2018 | 50 | NOTICE *of Publication of Forfeiture* by USA as to Emerson Brooks (Noll, Gail) (Entered: 05/04/2018) |
| 05/04/2018 | 51 |  |

GOV. APP. 109

| | | |
|---|---|---|
| | | MOTION for Forfeiture of Property *(Final Order)* by USA as to Emerson Brooks. (Attachments: # 1 Text of Proposed Order (Final Order))(Noll, Gail) (Entered: 05/04/2018) |
| 05/07/2018 | 52 | FINAL ORDER OF FORFEITURE entered by Judge Colin Stirling Bruce on 5/7/18 granting 51 Motion for Forfeiture of Property as to Emerson Brooks. See written Order. (Order emailed to USM. Note: USM responded they are forwarding to "investigating agency to have it taken care of".) (TC, ilcd) Modified on 5/9/18 to add USM comment (TC, ilcd). (Entered: 05/07/2018) |
| 05/25/2018 | | Minute Entry for proceedings held 5/25/18 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Bryan Freres. Defendant EMERSON BROOKS present in person and with counsel Harvey Welch. Sentencing hearing not held. Status Conference held. Status of case discussed. Defendant orally moved to continue; no objection. Oral motion granted. The Sentencing set for 5/25/18 is VACATED and RESET for 7/13/18 at 1:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. This will be the final continuance. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) (Entered: 05/25/2018) |
| 07/13/2018 | | Minute Entry for proceedings held 7/13/18 before Judge Colin Stirling Bruce. Government appeared by AUSA Ryan Finlen. Defendant EMERSON BROOKS appeared and with counsel Harvey Welch. Sentencing held, Counts 5 and 6. Defendant committed to the custody of the Bureau of Prisons for a period of 150 months. Said term shall consist of 120 months on Count 5 and 30 months on Count 6, to be served consecutive to Count 5; followed by an 8-year term of supervised release, said term to consist of 8 years on Count 5 and 5 years on Count 6, to be served concurrent; and a $200 special assessment. The Government orally moves to dismiss Counts 1-4 and 7; granted. Counts 1-4 and 7 of the Indictment are dismissed. The Court declines setting an Eve of Release Hearing. Defendant given appeal rights. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (TC, ilcd) Modified on 7/16/18 to add Eve of Release Hearing language. (TC, ilcd). (Entered: 07/13/2018) |
| 07/16/2018 | 53 | JUDGMENT entered by Judge Colin Stirling Bruce on 7/16/18. (TC, ilcd) (Entered: 07/16/2018) |
| 07/16/2018 | 54 | +++ **SEALED DOCUMENT - ORIGINAL DOCUMENT Judgment UNREDACTED.** (TC, ilcd) (Entered: 07/16/2018) |
| 07/16/2018 | 55 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Emerson Brooks. (TC, ilcd) (Entered: 07/16/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/29/2018 12:16:29 | | | |
| **PACER Login:** | usma1990:3041673:4299065 | **Client Code:** | |
| **Description:** | Docket Report | | |

|  |  | Search Criteria: | 2:16-cr-20012-CSB-EIL |
|---|---|---|---|
| Billable Pages: | 11 | Cost: | 1.10 |

GOV. APP. 111

2:14-cr-20056-JES-EBB # 81-1 Page 1 of 224
2:14-cr-20056-JES-EBB # 84 Page 1 of 540
USA v. JERMAINE R. SPEED, Case No. 14-20056

**E-FILED**
Tuesday, 09 May, 2015 12:41:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

                        Docket No. 14-20056

        Plaintiff,

  vs.                   Urbana, Illinois
                          March 9, 2015
JERMAINE R. SPEED,           10:30 a.m.

        Defendant.


SENTENCING HEARING

BEFORE THE HONORABLE COLIN STIRLING BRUCE
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S :

For the Plaintiff:  EUGENE L. MILLER, ESQUIRE
                    Assistant United States Attorney
                    201 South Vine Street
                    Urbana, Illinois 61802
                    217-373-5875

For the Defendant:  LAWRENCE S. BEAUMONT, ESQUIRE
                    Law Office of Lawrence S. Beaumont
                    53 West Jackson Street, Suite 626
                    Chicago, Illinois 60603
                    312-765-6000

Court Reporter:    LISA KNIGHT COSIMINI, RMR-CRR
                    U.S. District Court
                    201 South Vine, Suite 344
                    Urbana, Illinois 61802

Proceedings recorded by mechanical stenography; transcript
produced by computer.

2:14-cr-20056-JES-EJB # 84 Page 116 of 224
2:14-cr-20056-JES-DGB # 84 Page 116 of 224
31
USA v. JERMAINE R. SPEED, Case No. 14-20056

1      I'd ask that you sentence him to -- as to the

2  Bureau of Prisons, to sentence him as close as possible

3  to his family.  You can see he has a large number of

4  family members here who support him.  They would like to

5  be able to visit him, so as close to --

6          THE COURT:  Kankakee.

7          MR. BEAUMONT:  -- Kankakee as possible.

8          THE COURT:  You didn't say anything about the

9  proposed supervised release terms.  You have no problems

10 with those?

11         MR. BEAUMONT:  No.  I don't have any problem

12 with the supervised release.  It's, it's -- the 24 years

13 imprisonment is my concern here.

14         THE COURT:  Okay.  All right.  Thank you, Mr.

15 Beaumont.

16         Mr. Speed, you have the right to allocution.

17 That is a fancy way of saying:  You have the right to

18 make a statement to the Court before I impose sentence.

19 I think I've said it already twice, but I'll say it

20 again.  I've read all your letters, so I know -- you're

21 very eloquent when you speak in your letters.  I've

22 already taken those into account.

23         You don't have to make a statement to me.  If

24 you want to just tell me you'll stand on the letters,

25 that's fine.  Whatever you want to do.

USA v. JERMAINE R. SPEED, Case No. 14-20056

1    are aware at this time?

2              MR. MILLER:  No, Your Honor.

3              THE COURT:  Mr. Beaumont, same question.  Is

4    there anything unclear or confusing, or have I made any

5    procedural mistakes that need to be corrected?  Have you

6    heard me misspeak anything?  Did I say something wrong?

7              MR. BEAUMONT:  Without reviewing a transcript

8    of the proceedings and without -- as I sit here at this

9    very moment --

10             THE COURT:  Just as you're sitting here right

11   now.

12             MR. BEAUMONT:  -- without a lot of deep

13   reflection over the matter, I can't think of anything.

14             THE COURT:  All right.  Mrs. Appenzeller, I

15   didn't make any errors that you're aware of?

16             PROBATION OFFICER APPENZELLER:  No, Your Honor.

17             THE COURT:  All right.  Mr. Miller, was there

18   an appeal waiver in this case?  I --

19             MR. MILLER:  There is not, Your Honor.

20             THE COURT:  I didn't see one.  All right.

21             Mr. Speed, you have the statutory right to

22   appeal your sentence under certain circumstances,

23   particularly if you think the sentence I just imposed is

24   contrary to some -- to law in some fashion.

25             You also have the right to appeal the way --

```
 1              THE COURT:  Anything else on behalf of the

 2    government?

 3              MR. MILLER:  No, Your Honor.  Thank you.

 4              THE COURT:  Mr. Beaumont, anything on behalf of

 5    the defendant?

 6              MR. BEAUMONT:  No.

 7              THE COURT:  All right.  That will be all for

 8    the record.  The defendant is remanded to custody of the

 9    United States Marshal Service.

10              Good luck, Mr. Speed.

11              (Hearing concluded, 11:29 a.m.)

12

13                 *  *  *  *  *  *  *  *  *  *

14

15                 REPORTER'S CERTIFICATE

16         I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify

17    that the foregoing is a correct transcript from the

18    record of proceedings in the above-entitled matter.

19         Dated this 29th day of April, 2015.

20

21

22                 s/Lisa Knight Cosimini
                   _____
                   Lisa Knight Cosimini, RMR-CRR
23                 Illinois License # 084-002998

24

25
```

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-CR-20057 |
| | ) | |
| SARAH M. NIXON, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ELLY M. PEIRSON

I, Elly M. Peirson, declare:

1.     I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of Illinois ("USAO").   I am currently assigned to work in the USAO's Urbana Branch Office.

2.     I was lead trial counsel in the matter of *United States v. Nixon*, Case No. 15-cr-20057, beginning in July 2015.  My co-counsel in the *Nixon* prosecution was Lauren Kupersmith, a Trial Attorney at the Child Exploitation and Obscenity Section of the U.S. Department of Justice's Criminal Division ("CEOS") in Washington, DC.  Paralegal Specialist Staci Klayer of the USAO's Urbana Office assisted Ms. Kupersmith and me with administrative and litigation duties on the case and during the trial.

1

3.      For one year, from May 15, 2016, through May 15, 2017, I was on a full-time detail in Washington, DC, with CEOS. While on the detail, I worked on the *Nixon* case and was supervised by an attorney at CEOS.

4.      The jury trial in *Nixon* took place from December 13 - 20, 2016.

5.      From May 16, 2017, through February 15, 2018, I worked fifty percent of the time for CEOS and fifty percent of the time for the USAO. During this period, when I worked on *Nixon* and other child exploitation cases I was supervised by an attorney at CEOS. When my detail ended on February 16, 2018, I was supervised by Supervisory AUSA Eugene Miller at the USAO's Urbana Office.

6.      During the trial of the *Nixon* case, I did not know about the December 16-18, 2016, email exchange between USAO Paralegal Specialist Lisa Hopps and United States District Court Judge Colin S. Bruce (attached as **Exhibit 1** and hereinafter referred to as "December 2016 Email Exchange").

7.      Sometime between May 3 - 9, 2018, AUSA Miller, my supervisor at the time, mentioned to me that AUSA Timothy Bass of the USAO's Springfield Office would be contacting me regarding an email Judge Bruce had sent regarding me and one of my trials. At this time I did not know that the email related to my trial in *Nixon*.

2

8.    From May 3 – 11, 2018, I was in and out of the office, attending to personal matters. I attempted to contact AUSA Bass, but we were not able to talk to one another until May 16, 2018.

9.    On May 16, 2018, AUSA Bass informed me of the general contents of the December 2016 Email Exchange. This was the first time I learned that the email AUSA Miller referenced in early May concerned my trial in *Nixon*. I immediately reached out to attorneys at the U.S. Department of Justice ("DOJ") for advice as to how to proceed. At the time of these discussions I had not yet received a copy of the December 2016 Email Exchange from AUSA Bass.

10.    On the morning of May 17, 2018, I continued my discussions with attorneys at DOJ and also had discussions with AUSA Miller and with one of the USAO's professional responsibility officers, AUSA Greggory Walters. I continued to try to reach AUSA Bass for a copy of the December 2016 Email Exchange.

11.    I first saw the December 2016 Email Exchange in the afternoon of May 17, 2018. I was unsuccessful in reaching AUSA Bass for a copy of the December 2016 Email Exchange, so I contacted Paralegal Specialist Hopps in the Springfield Office. She sent me a copy of the December 2016 Email Exchange at 3:29 p.m. The email to me from Ms. Hopps is attached as **Exhibit 2.**

12.    Following receipt of the December 2016 Email Exchange on May 17, 2018, I immediately provided a copy of it to AUSA Miller and to AUSA Walters, as well as to attorneys at DOJ.

3

13.    Throughout the day on May 18, 2018, I continued my discussions with attorneys at DOJ and with AUSAs Miller and Walters regarding how I should proceed.   AUSA Miller indicated to me that he would be notifying the USAO upper management of the December 2016 Email Exchange.

14.    On May 18, 2018, I also received an email from AUSA Bass attaching the December 2016 Email Exchange.

15.    On May 22, 2018, I received approval to inform Lauren Kupersmith, a Trial Attorney in CEOS and my co-counsel in the *Nixon* case, of the December 2016 Email Exchange.

16.    I am aware that on May 30, 2018, First Assistant U.S. Attorney Patrick Hansen sent a letter to counsel for Defendant Nixon, disclosing the December 2016 Email Exchange.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2019.

Elly M. Peŀrson
Assistant United States Attorney

GOV. APP. 119

# EXHIBIT 1

| From: | Colin_Bruce@ilcd.uscourts.gov |
|-------|-------------------------------|
| To: | Hopps, Lisa (USAILC) |
| Subject: | RE: Jim's Farewell |
| Date: | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSDEDLY, this happened" or "so ACCORDING TO YOUR STORY...."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go......

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

Are you kidding me?!?! Wow.   Never ☹.   Staci is the paralegal in training over there so I'm o-u-t.

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

# EXHIBIT 2

GOV. APP. 124

| | |
|---|---|
| **From:** | Hopps, Lisa (USAILC) |
| **To:** | Peirson, Elly (USAILC) |
| **Subject:** | Email |
| **Date:** | Thursday, May 17, 2018 3:29:41 PM |
| **Attachments:** | RE_ Jim"s Farewell 2.pdf |

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line: 217-492-4447
lisa.hopps@usdoj.gov

| From: | Colin_Bruce@ilcd.uscourts.gov |
|---|---|
| To: | Hopps, Lisa (USAILC) |
| Subject: | RE: Jim's Farewell |
| Date: | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

DITTO my friend!! She is, I'm happy for her.  OMG.  How do you sit through that?  I can just see you looking like you're bored to death, but on the inside you're cracking yourself up with jokes!  I would NOT be able to make eye contact with you. hahahahaha·

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSDEDLY, this happened" or "so ACCORDING TO YOUR STORY...."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go......

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
Are you kidding me?!?! Wow.   Never ☹.   Staci is the paralegal
in training over there so I'm o-u-t.
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line: 217-492-4447
lisa.hopps@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-CR-20057 |
| | ) | |
| SARAH M. NIXON, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF LAUREN KUPERSMITH

I, Lauren Kupersmith, declare as follows:

1.      I am a Trial Attorney in the Child Exploitation and Obscenity Section of the United States Department of Justice, Criminal Division.

2.      I entered my appearance as counsel for the United States in *United States v. Nixon*, Case No. 15-CR-20057, on August 9, 2016.

3.      Along with Assistant United States Attorney Elly Peirson, I represented the United States during the trial of *United States v. Nixon*, Case No. 15-CR-20057, in December 2016.

4.      On May 22, 2018, I first learned of the email exchange between Paralegal Specialist Lisa Hopps and Judge Colin Bruce with the subject line "Jim's Farewell" (subsequently marked as Bates No. 2539-2548).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of December, 2018, in Washington, D.C.

s/*Lauren S. Kupersmith*
LAUREN S. KUPERSMITH
Trial Attorney
Child Exploitation and Obscenity Section
U.S. Department of Justice, Criminal Division

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cr-20057 |
| | ) | |
| SARAH M. NIXON, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF STACI L. KLAYER

I, Staci L. Klayer, declare:

1.    I am a Paralegal Specialist employed by the United States Attorney's Office for the Central District of Illinois ("USAO") at the Urbana Branch Office.

2.    I was the Paralegal Specialist assigned to work on the *United States v. Nixon* case (15-cr-20057), including assisting with preparing the case for trial and presenting the electronic evidence in the courtroom during the trial, which took place from December 13-20, 2016.

3.    During the pendency of the *Nixon* trial, I was unaware that any email communications had occurred between U.S. District Court Judge Colin S. Bruce, the judge in the *Nixon* case, and Lisa Hopps, a Paralegal Specialist in the USAO's Springfield Office.

GOV. APP. 130

4.    To my knowledge, no member of the *Nixon* prosecution-trial team was aware, during the *Nixon* trial, of the email exchange of December 16-18, 2016, between Judge Bruce and Paralegal Specialist Lisa Hopps.  Besides me, the *Nixon* prosecution-trial team consisted of AUSA Elly Peirson and DOJ Trial Attorney Lauren Kupersmith.

5.    I do not remember exactly when I first became aware that there had been email communications between Judge Bruce and Paralegal Specialist Hopps, but I think it was sometime in late May 2018, after AUSA Elly Peirson and AUSA Eugene Miller became aware of the email communications.  I know that after Defendant Nixon publicly filed a pro se motion for a new trial on August 14, 2018, and after the email between Judge Bruce and Paralegal Specialist Hopps was published in a newspaper online on August 16, 2018, I read the entire email, which is attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2019.



Staci L. Klayer
Paralegal Specialist

2

GOV. APP. 131

# EXHIBIT 1

GOV. APP. 132

| | |
|---|---|
| **From:** | Colin_Bruce@ilcd.uscourts.gov |
| **To:** | Hopps, Lisa (USAILC) |
| **Subject:** | RE: Jim's Farewell |
| **Date:** | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.

I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..

During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

DITTO my friend!! She is, I'm happy for her. OMG. How do you sit through that? I can just see you looking like you're bored to death, but on the inside you're cracking yourself up with jokes! I would NOT be able to make eye contact with you. hahahahaha

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSEDLY, this happened" or "so ACCORDING TO YOUR STORY…."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go……

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

Are you kidding me?!?! Wow.  Never ☹.  Staci is the paralegal in training over there so I'm o-u-t.

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-cr-20057 |
| | ) |
| SARAH M. NIXON, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF LISA G. HOPPS**

I, Lisa G. Hopps, state as follows:

1.      I am a Paralegal Specialist employed by the United States Attorney's Office for the Central District of Illinois ("USAO") at the headquarters office in Springfield, Illinois.

2.      At 4:26 p.m., on Friday, December 16, 2016, I sent an email to U.S. District Court Judge Colin S. Bruce, with the subject line "Jim's Farewell," in which I asked Judge Bruce, "And just WHERE WERE YOU today?????" in reference to United States Attorney Jim Lewis's retirement party. I am attaching that email and those that followed from Friday, December 16, 2016, through Sunday, December 18, 2016, as **Exhibit 1** ("FULL SET, USAO CDIL-CSB COMMUNICATIONS," Bates Numbered pp. 2539-2548) (hereinafter referred to as "December 2016 Email Exchange").

3.    On or about Monday, December 19, 2016, I deleted the December 2016 Email Exchange from my computer and told no one about it until October 3, 2017.

4.    On October 3, 2017, Judge Bruce issued an Order in *United States v. Aaron Schock*, 16-cr-30061, in which the judge alleged Assistant U.S. Attorney ("AUSA") Timothy Bass had misled the Court.  At the time I was the Paralegal Specialist assigned to work on the *Schock* case with AUSA Bass and with Victim-Witness Coordinator Sharon Paul, who was assisting us in editing memoranda and pleadings in the case.  Following the issuance of Judge Bruce's Order in *Schock* that day, I was upset.  Based upon prior disparaging comments about AUSA Bass made to me by Judge Bruce, I viewed Judge Bruce's Order as an unfounded personal attack against AUSA Bass.  Judge Bruce's *Schock* Order reminded me of two emails I had received from Judge Bruce:  the December 2016 Email Exchange; and an email on September 30, 2015, in which Judge Bruce wrote:  "Score: Colin 1 …Tim Bass 0."  I am attaching the September 30, 2015, email between Judge Bruce and me as **Exhibit 2** (hereinafter referred to as "September 30, 2015 Email Exchange").   I mentioned both emails to AUSA Bass and Victim-Witness Coordinator Paul on October 3, 2017, when I was discussing Judge Bruce's *Schock* Order.

5.    Several weeks later, AUSA Bass asked me for a copy of both the September 30, 2015 Email Exchange and the December 2016 Email Exchange.  At

GOV. APP. 137

5:35 p.m., on December 6, 2017, I emailed AUSA Bass a copy of the December 2016 Email Exchange, which I was able to retrieve from the USAO's email-search application.  I am attaching my email to AUSA Bass on December 6, 2017, at 5:35 p.m., as **Exhibit 3.**  Shortly thereafter, at 5:41 p.m., on December 6, 2017, I also emailed AUSA Bass a copy of the September 30, 2015 Email Exchange.  I am attaching my email to AUSA Bass on December 6, 2017, at 5:41 p.m., as **Exhibit 4.**

6.     I did not share a copy of the December 2016 Email Exchange, which occurred during the *Nixon* trial, with anyone else until May 17, 2018.

7.     On May 17, 2018, AUSA Elly Peirson called me and stated that on May 16, 2018, AUSA Bass informed her of an email exchange that had occurred between Judge Bruce and me in December 2016 during AUSA Peirson's *Nixon* trial.  When AUSA Peirson stated that she could not get a hold of AUSA Bass for a copy of the email, AUSA Peirson asked me for a copy of it.  At 3:29 p.m., on May 17, 2018, I emailed AUSA Peirson a copy of the December 2016 Email Exchange.  I am attaching my email to AUSA Peirson on May 17, 2018, as **Exhibit 5.**

8.     At no time did I work on the *Nixon* prosecution or trial for the USAO.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2019.



Lisa G. Hopps
Paralegal Specialist

3

# EXHIBIT 1

GOV. APP. 139

| From: | Colin_Bruce@ilcd.uscourts.gov |
|---|---|
| To: | Hopps, Lisa (USAILC) |
| Subject: | RE: Jim's Farewell |
| Date: | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSDEDLY, this happened" or "so ACCORDING TO YOUR STORY...."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go......

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

Are you kidding me?!?! Wow.  Never ☹.  Staci is the paralegal in training over there so I'm o-u-t.

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line: 217-492-4447
lisa.hopps@usdoj.gov

# EXHIBIT 2

GOV. APP. 143

| | |
|---|---|
| **From:** | Hopps, Lisa (USAILC) |
| **To:** | Colin_Bruce@ilcd.uscourts.gov |
| **Subject:** | Back at ya" |
| **Date:** | Wednesday, September 30, 2015 1:14:11 PM |

Hahahahahahahaha!  Well, if Hillary gets it, it won't be for lack trying on Bill's part to carry her over the threshold.  She's just waiting to kicked off the island.  OMG, Donald Trump.  I just keep shaking my head.  I like Marco too, but it doesn't look good for him.

## Lisa Hopps
**OCDETF Paralegal Specialist**
**United States Attorneys Office**
**Central District of Illinois**
**Direct:  217-492-4447**
**Email:  lisa.hopps@usdoj.gov**

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Wednesday, September 30, 2015 1:06 PM
**To:** Hopps, Lisa (USAILC)
**Subject:** RE: Score: Colin 1 - Tony Grootens and Tim Bass 0

All I can say is that you and I are going to have some interesting dialogues starting in about six months.

Trump? Carson? Seriously?
I actually LIKE Marco Rubio but he is not in it at this point.

And then there is the Hilary juggernaut.
Benghazi. Please.

Like our man Nate Silver said a few weeks ago, the only people seemingly interested in Benghazi and the e-mail issue are those who work for  Fox News.


We are going to be moving bubbles like a couple of MoFo's.

So what's up?




**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Wednesday, September 30, 2015 12:59 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Score: Colin 1 - Tony Grootens and Tim Bass 0

You're funny. How are things going?

Lisa Hopps
OCDETF Paralegal Specialist
United States Attorneys Office
Central District of Illinois
Direct: 217-492-4447
Email: lisa.hopps@usdoj.gov

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Wednesday, September 30, 2015 11:51 AM
**To:** Hopps; Hopps, Lisa (USAILC)
**Subject:** Score: Colin 1 - Tony Grootens and Tim Bass 0

# DOJ says using stingrays to intercept cellphone calls requires warrant, unless exception applies

New U.S. Department of Justice guidelines announced Thursday say warants are needed to use Stingrays and other cell-site simulators to in! tercept cellphone data and place limits on the information that can be collected.

However, the guidelines also say that the warrant requirement doesn't apply under "exigent circumstances" and "exceptional circumstances," CNN reports.

The American Civil Liberties Union estimates that the technology, which obtains cellphone location information by imitating a cellphone tower, is being used in at least 21 states and the District of Columbia.

The new policy, which is the first of its kind, applies to federal law enforcement agencies, the Associated Press reports. It will not apply to state a! nd local law enforcement, unless they are working in conjunction with federal agencies.

There is no question that cell-site simulators are a useful law enforcement tool. However, privacy advocates object to the government using individuals' cellphones as personal tracking devices and point out that third-party information of innocent people is gathered along with information on targets.

"Cell-site simulator! s are a really critical tool for us that we use in a variety of contexts," said deputy attorney general Sally Quillian Yates in a Thursday media briefing. "It's an important tool in finding fugitives and finding kidnapping victims and drug cases. But we also recognize that the public has a real privacy interest and concern here so we have tried to craft a policy that is mindful of all of those interests and have attempted to strike the right balance."

A lawyer for the ACLU called the new policy a positive first step but said more needs to be

done to prot! ect Americans from intrusive government monitoring.

"After decades of secrecy in which the government hid this surveillance technology from courts, defense lawyers, and the American public, we are happy to see that the Justice Department is now willing to openly discuss its policies," said staff attorney Nathan Freed Wessler in an ACLU press release.

However, he called for the DOJ to close "loopholes" in its policy, such as not requiring state and local agencies who used federal funds to purchase cell-site simulators to follow federal guidelines. Additionally, "Congress should act," he said, "to pass more comprehensive legislation to ensure that Americans' privacy is protected from these devices and other location tracking technologies."

The ! New York Times (reg. req.) and Reuters also have stories.

# EXHIBIT 3

GOV. APP. 147

| From: | Hopps, Lisa (USAILC) |
|---|---|
| To: | Bass, Tim (USAILC) |
| Subject: | Emails |
| Date: | Wednesday, December 6, 2017 5:35:30 PM |
| Attachments: | RE_ Jim"s Farewell 2.pdf |

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

| From: | Colin_Bruce@ilcd.uscourts.gov |
|---|---|
| To: | Hopps, Lisa (USAILC) |
| Subject: | RE: Jim's Farewell |
| Date: | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSDEDLY, this happened" or "so ACCORDING TO YOUR STORY...."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go......

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

Are you kidding me?!?! Wow.   Never ☹.   Staci is the paralegal
in training over there so I'm o-u-t.

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <L.Hopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

# EXHIBIT 4

| | |
|---|---|
| **From:** | Hopps, Lisa (USAILC) |
| **To:** | Bass, Tim (USAILC) |
| **Subject:** | Back at ya".pdf |
| **Date:** | Wednesday, December 06, 2017 5:41:18 PM |
| **Attachments:** | Back at ya".pdf |

| From: | Hopps, Lisa (USAILC) |
|-------|----------------------|
| To: | Colin_Bruce@ilcd.uscourts.gov |
| Subject: | Back at ya" |
| Date: | Wednesday, September 30, 2015 1:14:11 PM |

Hahahahahahahaha! Well, if Hillary gets it, it won't be for lack trying on Bill's part to carry her over the threshold. She's just waiting to kicked off the island. OMG, Donald Trump. I just keep shaking my head. I like Marco too, but it doesn't look good for him.

# Lisa Hopps

**OCDETF Paralegal Specialist**
**United States Attorneys Office**
**Central District of Illinois**
**Direct: 217-492-4447**
**Email: lisa.hopps@usdoj.gov**

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Wednesday, September 30, 2015 1:06 PM
**To:** Hopps, Lisa (USAILC)
**Subject:** RE: Score: Colin 1 - Tony Grootens and Tim Bass 0

All I can say is that you and I are going to have some interesting dialogues starting in about six months.

Trump? Carson? Seriously?
I actually LIKE Marco Rubio but he is not in it at this point.

And then there is the Hilary juggernaut.
Benghazi. Please.

Like our man Nate Silver said a few weeks ago, the only people seemingly interested in Benghazi and the e-mail issue are those who work for Fox News.

We are going to be moving bubbles like a couple of MoFo's.

So what's up?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Wednesday, September 30, 2015 12:59 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Score: Colin 1 - Tony Grootens and Tim Bass 0

You're funny. How are things going?

Lisa Hopps
**OCDETF Paralegal Specialist**
**United States Attorneys Office**
**Central District of Illinois**
**Direct: 217-492-4447**
**Email: lisa.hopps@usdoj.gov**

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Wednesday, September 30, 2015 11:51 AM
**To:** Hopps; Hopps, Lisa (USAILC)
**Subject:** Score: Colin 1 - Tony Grootens and Tim Bass 0

# DOJ says using stingrays to intercept cellphone calls requires warrant, unless exception applies

New U.S. Department of Justice guidelines announced Thursday say warants are needed to use Stingrays and other cell-site simulators to in! tercept cellphone data and place limits on the information that can be collected.

However, the guidelines also say that the warrant requirement doesn't apply under "exigent circumstances" and "exceptional circumstances," CNN reports.

The American Civil Liberties Union estimates that the technology, which obtains cellphone location information by imitating a cellphone tower, is being used in at least 21 states and the District of Columbia.

The new policy, which is the first of its kind, applies to federal law enforcement agencies, the Associated Press reports. It will not apply to state a! nd local law enforcement, unless they are working in conjunction with federal agencies.

There is no question that cell-site simulators are a useful law enforcement tool. However, privacy advocates object to the government using individuals' cellphones as personal tracking devices and point out that third-party information of innocent people is gathered along with information on targets.

"Cell-site simulator! s are a really critical tool for us that we use in a variety of contexts," said deputy attorney general Sally Quillian Yates in a Thursday media briefing. "It's an important tool in finding fugitives and finding kidnapping victims and drug cases. But we also recognize that the public has a real privacy interest and concern here so we have tried to craft a policy that is mindful of all of those interests and have attempted to strike the right balance."

A lawyer for the ACLU called the new policy a positive first step but said more needs to be

done to prot! ect Americans from intrusive government monitoring.

"After decades of secrecy in which the government hid this surveillance technology from courts, defense lawyers, and the American public, we are happy to see that the Justice Department is now willing to openly discuss its policies," said staff attorney Nathan Freed Wessler in an ACLU press release.

However, he called for the DOJ to close "loopholes" in its policy, such as not requiring state and local agencies who used federal funds to purchase cell-site simulators to follow federal guidelines. Additionally, "Congress should act," he said, "to pass more comprehensive legislation to ensure that Americans' privacy is protected from these devices and other location tracking technologies."

The ! New York Times (reg. req.) and Reuters also have stories.

# EXHIBIT 5

GOV. APP. 157

| | |
|---|---|
| **From:** | Hopps, Lisa (USAILC) |
| **To:** | Peirson, Elly (USAILC) |
| **Subject:** | Email |
| **Date:** | Thursday, May 17, 2018 3:29:41 PM |
| **Attachments:** | RE_ Jim"s Farewell 2.pdf |

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line: 217-492-4447
lisa.hopps@usdoj.gov

| From: | Colin_Bruce@ilcd.uscourts.gov |
|---|---|
| To: | Hopps, Lisa (USAILC) |
| Subject: | RE: Jim's Farewell |
| Date: | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.



**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell


DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSDEDLY, this happened" or "so ACCORDING TO YOUR STORY...."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go......

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
Are you kidding me?!?! Wow.  Never ☹.  Staci is the paralegal
in training over there so I'm o-u-t.
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-CR-20057 |
| | ) | |
| SARAH M. NIXON, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF TIMOTHY A. BASS**

I, Timothy A. Bass, declare:

1.      I am an Assistant United States Attorney ("AUSA") in the U.S.

Attorney's Office for the Central District of Illinois ("USAO"), in the Springfield

Office. Between 2002 and 2006, I was the Urbana Branch Chief of the USAO and

supervised former AUSA and now U.S. District Court Judge Colin S. Bruce.

2.      At all times relevant to this matter, I was not in a management

position in the USAO, and at no time was I a member of the prosecution/trial

team in this case, *United States v. Sarah Nixon*.

3.      During the trial of the *Nixon* case, which I understand to have taken

place from December 13-20, 2016, I did not know about a December 16-18, 2016,

email exchange between Paralegal Specialist Lisa Hopps of the USAO's

1

Springfield Office and Judge Bruce, which is attached as **Exhibit 1** and hereinafter referred to as the "December 2016 Email Exchange."

4.     In October 2017, I was the lead counsel for the United States in the prosecution of *United States v. Aaron Schock*, Case No. 16-cr-30061. Assisting me as part of the prosecution team were Ms. Hopps, Sharon Paul, USAO Media/Victim/Witness Coordinator, and others.  On October 3, 2017, Judge Bruce issued an Order in the *Schock* case, in which the judge singled me out on a pleading filed with the Court and alleged that the pleading was misleading.

5.     Following the entry of the order in the *Schock* case, Ms. Hopps advised me that she was upset about the order and stated that she believed it was an unfounded personal attack against me by Judge Bruce.  Ms. Hopps informed me that Judge Bruce had repeatedly disparaged me to her prior to the entry of the order, both orally and in writing.  Ms. Hopps indicated that the disparaging comments began during the time Judge Bruce was an AUSA and continued after he became a district court judge.  She further advised me of a September 2015 Email Exchange with Judge Bruce, sent six months after the *Schock* investigation began in March 2015, but prior to his assignment to the *Schock* case in January 2017, in which the subject line read: "Score: Colin 1 – . . . and Tim Bass 0".  In addition, Ms. Hopps advised me of the December 2016 Email Exchange with Judge Bruce.

2

6.     In or about early December 2017, after consulting with ethics officials with the U.S. Department of Justice ("DOJ"), and in accordance with DOJ policy, I made a referral regarding Judge Bruce, the *Schock case,* and USAO management to the Office of the Inspector General ("OIG") at DOJ. The referral included but was not limited to a request for review of alleged ex parte communications between Judge Bruce and USAO management. I will hereinafter refer to that email as the "OIG Email".

7.     As part of establishing the record for the referral I made to the OIG, I asked Ms. Hopps for copies of the September 2015 Email Exchange and December 2016 Email Exchange. At 5:35 p.m., on December 6, 2017, Ms. Hopps emailed me a copy of the December 2016 Email Exchange. At 5:41 p.m., on December 6, 2017, Ms. Hopps emailed me a copy of the September 2015 Email Exchange. I am attaching the email exchanges I received from Ms. Hopps on December 6, 2017, as **Exhibit 2.**

8.     Shortly thereafter, at 5:50 p.m. and 6:16 p.m., on December 6, 2017, I emailed the September 2015 Email Exchange and the December 2016 Email Exchange to Ms. Paul, who had been working with Ms. Hopps and me on the *Schock* case, and with whom I was consulting on the referral to OIG. I am attaching the emails I sent to Ms. Paul on December 6, 2017, as **Exhibit 3.**

9.      Later that night, at 9:02 p.m. on December 6, 2017, I supplemented the referral I made to OIG and emailed a copy of the December 2016 Email Exchange and the September 2015 Email Exchange to OIG.

10.      On December 7, 2017, I shared the OIG Email with two other persons:  AUSA Eugene Miller of the USAO's Urbana Branch Office, and a DOJ ethics official in Washington, DC.  AUSA Miller was a co-counsel on the *Schock* case, and I had been periodically discussing the *Schock* case and my concerns regarding Judge Bruce and USAO management with him, so I shared a copy of the OIG Email with him.  I was also in ongoing contact with OIG and an ethics official in Washington, DC, concerning my professional and ethical obligations, so I also shared the OIG Email with that ethics official.  I did not disclose the December 2016 Email Exchange or the September 2015 Email Exchange to USAO management because they were one of the subjects of the referral to OIG.

11.      On January 10, 2018, I requested that my referral be shared with other DOJ officials.  In the weeks that followed, I continued to communicate with DOJ officials concerning my referral and my ethical obligations.

12.      In May 2018, after further discussions with DOJ ethics officials, I concluded that, in the absence of other notification to AUSA Elly Peirson, I was obligated to inform her of the December 2016 Email Exchange.  On May 2, 2018, I had lunch with AUSA Miller.  During the lunch, I mentioned that I would be

4

contacting AUSA Peirson, whom AUSA Miller supervised at the time, about the December 2016 Email Exchange that referenced AUSA Peirson and one of her trials.

13.     Beginning on May 9, 2018, AUSA Peirson and I attempted to communicate, but our schedules did not allow for a conversation until May 16, 2018. On that day, I spoke to AUSA Peirson, told her about the December 2016 Email Exchange, and advised her that I would be providing her with a copy of it.

14.     I am aware that AUSA Peirson contacted Ms. Hopps on May 17, 2018, and received a copy of the December 2016 Email Exchange from Ms. Hopps on that date. The next day, May 18, 2018, I emailed a copy of the December 2016 Email Exchange to AUSA Peirson and copied AUSA Miller.

15.     Following my disclosure of the December 2016 Email Exchange to AUSA Peirson, I was not involved in the USAO's disclosure of the December 2016 Email Exchange to counsel for Defendant Nixon on May 30, 2018, or the disclosure of other ex parte communications with Judge Bruce and other USAO officials to Nixon's or other defense counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2019.



Timothy A. Bass
Assistant United States Attorney

5

GOV. APP. 166

# EXHIBIT 1

GOV. APP. 167

| | |
|---|---|
| **From:** | Colin_Bruce@ilcd.uscourts.gov |
| **To:** | Hopps, Lisa (USAILC) |
| **Subject:** | RE: Jim's Farewell |
| **Date:** | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSEDLY, this happened" or "so ACCORDING TO YOUR STORY...."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go......

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

Are you kidding me?!?! Wow.  Never ☹.  Staci is the paralegal in training over there so I'm o-u-t.

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

# EXHIBIT 2

| | |
|---|---|
| **From:** | Hopps, Lisa (USAILC) |
| **To:** | Bass, Tim (USAILC) |
| **Subject:** | Emails |
| **Date:** | Wednesday, December 6, 2017 5:35:30 PM |
| **Attachments:** | RE   Jim"s Farewell 2.pdf |

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

| From: | Colin_Bruce@ilcd.uscourts.gov |
|---|---|
| To: | Hopps, Lisa (USAILC) |
| Subject: | RE: Jim"s Farewell |
| Date: | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

DITTO my friend!! She is, I'm happy for her.  OMG.  How do you sit through that?  I can just see you looking like you're bored to death, but on the inside you're cracking yourself up with jokes!  I would NOT be able to make eye contact with you. hahahahaha

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSDEDLY, this happened" or "so ACCORDING TO YOUR STORY...."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go......

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

Are you kidding me?!?! Wow.  Never ☹.  Staci is the paralegal in training over there so I'm o-u-t.

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line: 217-492-4447
lisa.hopps@usdoj.gov

**From:**        Hopps, Lisa (USAILC)
**To:**          Bass, Tim (USAILC)
**Subject:**     Back at ya".pdf
**Date:**        Wednesday, December 06, 2017 5:41:18 PM
**Attachments:** Back at ya".pdf

| From: | Hopps, Lisa (USAILC) |
|---|---|
| To: | Colin_Bruce@ilcd.uscourts.gov |
| Subject: | Back at ya" |
| Date: | Wednesday, September 30, 2015 1:14:11 PM |

Hahahahahahahaha! Well, if Hillary gets it, it won't be for lack trying on Bill's part to carry her over the threshold. She's just waiting to kicked off the island. OMG, Donald Trump. I just keep shaking my head. I like Marco too, but it doesn't look good for him.

## Lisa Hopps

OCDETF Paralegal Specialist
United States Attorneys Office
Central District of Illinois
Direct: 217-492-4447
Email: lisa.hopps@usdoj.gov

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Wednesday, September 30, 2015 1:06 PM
**To:** Hopps, Lisa (USAILC)
**Subject:** RE: Score: Colin 1 - Tony Grootens and Tim Bass 0

All I can say is that you and I are going to have some interesting dialogues starting in about six months.

Trump? Carson? Seriously?
I actually LIKE Marco Rubio but he is not in it at this point.

And then there is the Hilary juggernaut.
Benghazi. Please.

Like our man Nate Silver said a few weeks ago, the only people seemingly interested in Benghazi and the e-mail issue are those who work for Fox News.

We are going to be moving bubbles like a couple of MoFo's.

So what's up?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Wednesday, September 30, 2015 12:59 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Score: Colin 1 - Tony Grootens and Tim Bass 0

You're funny.  How are things going?

Lisa Hopps
OCDETF Paralegal Specialist
United States Attorneys Office
Central District of Illinois
Direct:  217-492-4447
Email:  lisa.hopps@usdoj.gov

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Wednesday, September 30, 2015 11:51 AM
**To:** Hopps; Hopps, Lisa (USAILC)
**Subject:** Score: Colin 1 - Tony Grootens and Tim Bass 0

# DOJ says using stingrays to intercept cellphone calls requires warrant, unless exception applies

New U.S. Department of Justice guidelines announced Thursday say warants are needed to use Stingrays and other cell-site simulators to in! tercept cellphone data and place limits on the information that can be collected.

However, the guidelines also say that the warrant requirement doesn't apply under "exigent circumstances" and "exceptional circumstances," CNN reports.

The American Civil Liberties Union estimates that the technology, which obtains cellphone location information by imitating a cellphone tower, is being used in at least 21 states and the District of Columbia.

The new policy, which is the first of its kind, applies to federal law enforcement agencies, the Associated Press reports. It will not apply to state a! nd local law enforcement, unless they are working in conjunction with federal agencies.

There is no question that cell-site simulators are a useful law enforcement tool. However, privacy advocates object to the government using individuals' cellphones as personal tracking devices and point out that third-party information of innocent people is gathered along with information on targets.

"Cell-site simulator! s are a really critical tool for us that we use in a variety of contexts," said deputy attorney general Sally Quillian Yates in a Thursday media briefing. "It's an important tool in finding fugitives and finding kidnapping victims and drug cases. But we also recognize that the public has a real privacy interest and concern here so we have tried to craft a policy that is mindful of all of those interests and have attempted to strike the right balance."

A lawyer for the ACLU called the new policy a positive first step but said more needs to be

done to prot! ect Americans from intrusive government monitoring.

"After decades of secrecy in which the government hid this surveillance technology from courts, defense lawyers, and the American public, we are happy to see that the Justice Department is now willing to openly discuss its policies," said staff attorney Nathan Freed Wessler in an ACLU press release.

However, he called for the DOJ to close "loopholes" in its policy, such as not requiring state and local agencies who used federal funds to purchase cell-site simulators to follow federal guidelines. Additionally, "Congress should act," he said, "to pass more comprehensive legislation to ensure that Americans' privacy is protected from these devices and other location tracking technologies."

The ! New York Times (reg. req.) and Reuters also have stories.

# EXHIBIT 3

GOV. APP. 180

| | |
|---|---|
| **From:** | Bass, Tim (USAILC) |
| **To:** | Paul, Sharon (USAILC) |
| **Subject:** | Fwd: Back at ya".pdf |
| **Date:** | Wednesday, December 06, 2017 5:50:51 PM |
| **Attachments:** | Back at ya".pdf |
| | ATT00001.htm |

Just got this from Lisa. I didn't realize he sent this While he was a judge after the Schock case started.

Sent from my iPhone

Begin forwarded message:

> **From:** "Hopps, Lisa (USAILC)" <LHopps@usa.doj.gov>
> **Date:** December 6, 2017 at 5:41:17 PM CST
> **To:** "Bass, Tim (USAILC)" <TBass1@usa.doj.gov>
> **Subject: Back at ya'.pdf**

| | |
|---|---|
| **From:** | Hopps, Lisa (USAILC) |
| **To:** | Colin_Bruce@ilcd.uscourts.gov |
| **Subject:** | Back at ya" |
| **Date:** | Wednesday, September 30, 2015 1:14:11 PM |

Hahahahahahahaha!  Well, if Hillary gets it, it won't be for lack trying on Bill's part to carry her over the threshold.  She's just waiting to kicked off the island.  OMG, Donald Trump.  I just keep shaking my head.  I like Marco too, but it doesn't look good for him.

## Lisa Hopps

OCDETF Paralegal Specialist
United States Attorneys Office
Central District of Illinois
Direct:  217-492-4447
Email:  lisa.hopps@usdoj.gov

---

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Wednesday, September 30, 2015 1:06 PM
**To:** Hopps, Lisa (USAILC)
**Subject:** RE: Score: Colin 1 - Tony Grootens and Tim Bass 0

All I can say is that you and I are going to have some interesting dialogues starting in about six months.

Trump? Carson? Seriously?
I actually LIKE Marco Rubio but he is not in it at this point.

And then there is the Hilary juggernaut.
Benghazi. Please.

Like our man Nate Silver said a few weeks ago, the only people seemingly interested in Benghazi and the e-mail issue are those who work for  Fox News.


We are going to be moving bubbles like a couple of MoFo's.


So what's up?




**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Wednesday, September 30, 2015 12:59 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Score: Colin 1 - Tony Grootens and Tim Bass 0

You're funny.  How are things going?

Lisa Hopps
OCDETF Paralegal Specialist
United States Attorneys Office
Central District of Illinois
Direct:  217-492-4447
Email:  lisa.hopps@usdoj.gov

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Wednesday, September 30, 2015 11:51 AM
**To:** Hopps; Hopps, Lisa (USAILC)
**Subject:** Score: Colin 1 - Tony Grootens and Tim Bass 0

# DOJ says using stingrays to intercept cellphone calls requires warrant, unless exception applies

New U.S. Department of Justice guidelines announced Thursday say warants are needed to use Stingrays and other cell-site simulators to in! tercept cellphone data and place limits on the information that can be collected.

However, the guidelines also say that the warrant requirement doesn't apply under "exigent circumstances" and "exceptional circumstances," CNN reports.

The American Civil Liberties Union estimates that the technology, which obtains cellphone location information by imitating a cellphone tower, is being used in at least 21 states and the District of Columbia.

The new policy, which is the first of its kind, applies to federal law enforcement agencies, the Associated Press reports. It will not apply to state a! nd local law enforcement, unless they are working in conjunction with federal agencies.

There is no question that cell-site simulators are a useful law enforcement tool. However, privacy advocates object to the government using individuals' cellphones as personal tracking devices and point out that third-party information of innocent people is gathered along with information on targets.

"Cell-site simulator! s are a really critical tool for us that we use in a variety of contexts," said deputy attorney general Sally Quillian Yates in a Thursday media briefing. "It's an important tool in finding fugitives and finding kidnapping victims and drug cases. But we also recognize that the public has a real privacy interest and concern here so we have tried to craft a policy that is mindful of all of those interests and have attempted to strike the right balance."

A lawyer for the ACLU called the new policy a positive first step but said more needs to be

done to prot! ect Americans from intrusive government monitoring.

"After decades of secrecy in which the government hid this surveillance technology from courts, defense lawyers, and the American public, we are happy to see that the Justice Department is now willing to openly discuss its policies," said staff attorney Nathan Freed Wessler in an ACLU press release.

However, he called for the DOJ to close "loopholes" in its policy, such as not requiring state and local agencies who used federal funds to purchase cell-site simulators to follow federal guidelines. Additionally, "Congress should act," he said, "to pass more comprehensive legislation to ensure that Americans' privacy is protected from these devices and other location tracking technologies."

The ! New York Times (reg. req.) and Reuters also have stories.

**Bass, Tim (USAILC)**

| | |
|---|---|
| **From:** | Bass, Tim (USAILC) |
| **Sent:** | Wednesday, December 06, 2017 6:16 PM |
| **To:** | Paul, Sharon (USAILC) |
| **Subject:** | FW: Emails |
| **Attachments:** | RE_ Jim's Farewell 2.pdf |

**From:** Hopps, Lisa (USAILC)
**Sent:** Wednesday, December 6, 2017 5:36 PM
**To:** Bass, Tim (USAILC) <TBass1@usa.doj.gov>
**Subject:** Emails

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line: 217-492-4447
lisa.hopps@usdoj.gov

1

| | |
|---|---|
| **From:** | Colin_Bruce@ilcd.uscourts.gov |
| **To:** | Hopps, Lisa (USAILC) |
| **Subject:** | RE: Jim"s Farewell |
| **Date:** | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSEDLY, this happened" or "so ACCORDING TO YOUR STORY...."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go......

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
Are you kidding me?!?! Wow.  Never ☹.  Staci is the paralegal
in training over there so I'm o-u-t.
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged" "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT URBANA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
        v.                      )        Case No. 15-cr-20057
                                )
SARAH M. NIXON,                 )
                                )
        Defendant.              )

**DECLARATION OF SHARON J. PAUL**

I, Sharon J. Paul, declare:

1.      I am the Victim-Witness Coordinator and Public Information Officer
in the United States Attorney's Office for the Central District of Illinois ("USAO").
I work in the USAO's Springfield Office.

2.      I was not part of the *U.S. v. Nixon* prosecution team, but I was
involved in the trial of the case in my role as Victim-Witness Coordinator.  I recall
working with the law enforcement witnesses from Canada, relating to their travel
to court and their reimbursement of expenses, and working with the victim-father
in the case, who testified at trial.

3.      During the pendency of the *Nixon* trial, which took place from
December 13-20, 2016, I was unaware that any email communications had
occurred, during the *Nixon* trial, between U.S. District Court Judge Colin S. Bruce,

1

the judge in the *Nixon* case, and Lisa Hopps, a Paralegal Specialist in the USAO's Springfield Office.

4.    I am not sure when I first learned of the email communications between Judge Bruce and Paralegal Specialist Hopps that had occurred during the *Nixon* trial, but it was sometime after October 3, 2017.

5.    On October 3, 2017, Judge Bruce issued an Order in *United States v. Aaron Schock*, 16-cr-30061, in which the judge alleged that the USAO had misled the Court.   At the time, I was assisting AUSA Timothy Bass and Paralegal Specialist Hopps on the *Schock* case, primarily proof reading and editing memoranda, as well as handling the publicity regarding the case.  Sometime after the issuance of Judge Bruce's Order in *Schock* on October 3, 2017, I recall Paralegal Specialist Hopps mentioning an email exchange between her and Judge Bruce during a trial.

6.    I first received a copy of the email exchange, attached as Exhibit 1 (hereinafter referred to as "December 2016 Email Exchange") on or about December 6, 2017.  At 6:16 p.m. on December 6, 2017, AUSA Bass emailed the December 2016 Email Exchange to me.  I am attaching the email from AUSA Bass to me on December 6, 2017, as **Exhibit 2**.

7.    I do not remember forwarding the December 2016 Email Exchange to anyone in the USAO after receiving it from AUSA Bass on December 6, 2017.

2

8.     I do not recall ever discussing the December 2016 Email Exchange

with the *Nixon* prosecution team, which consisted of AUSA Elly Peirson, Paralegal

Specialist Staci Klayer, and DOJ Trial Attorney Lauren Kupersmith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January _17_, 2019.



Sharon J. Paul
Victim-Witness Coordinator and
Public Information Officer

3

# EXHIBIT 1

GOV. APP. 192

| | |
|---|---|
| **From:** | Colin_Bruce@ilcd.uscourts.gov |
| **To:** | Hopps, Lisa (USAILC) |
| **Subject:** | RE: Jim's Farewell |
| **Date:** | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSDEDLY, this happened" or "so ACCORDING TO YOUR STORY…."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go……

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
Are you kidding me?!?! Wow.  Never ☹.  Staci is the paralegal
in training over there so I'm o-u-t.
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

# EXHIBIT 2

GOV. APP. 196

**Bass, Tim (USAILC)**

| | |
|---|---|
| **From:** | Bass, Tim (USAILC) |
| **Sent:** | Wednesday, December 06, 2017 6:16 PM |
| **To:** | Paul, Sharon (USAILC) |
| **Subject:** | FW: Emails |
| **Attachments:** | RE_ Jim's Farewell 2.pdf |

**From:** Hopps, Lisa (USAILC)
**Sent:** Wednesday, December 6, 2017 5:36 PM
**To:** Bass, Tim (USAILC) <TBass1@usa.doj.gov>
**Subject:** Emails

# Lisa Hopps
Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

1

GOV. APP. 197

| | |
|---|---|
| **From:** | Colin_Bruce@ilcd.uscourts.gov |
| **To:** | Hopps, Lisa (USAILC) |
| **Subject:** | RE: Jim"s Farewell |
| **Date:** | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSDEDLY, this happened" or "so ACCORDING TO YOUR STORY…."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go……

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
Are you kidding me?!?! Wow.  Never ☹.  Staci is the paralegal
in training over there so I'm o-u-t.
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SARAH M. NIXON, )<br>)<br>Defendant. ) | Case No. 15-CR-20057 |

**DECLARATION OF EUGENE L. MILLER**

I, Eugene L. Miller, declare:

1.     I am an Assistant United States Attorney ("AUSA") in the U.S. Attorney's Office for the Central District of Illinois ("USAO"), in the Urbana Branch Office.  At all relevant times to this matter, I served as a Supervisory AUSA (the Urbana Branch Office Chief).

2.     I was not a member of the prosecution-trial team in *U.S. v. Nixon*, which consisted of:  AUSA Elly Peirson, who at the time was on a detail with the Child Exploitation and Obscenity Section ("CEOS") of U.S. Department of Justice's Criminal Division; DOJ Trial Attorney Lauren Kupersmith, who was at CEOS in Washington, DC; and Paralegal Specialist Staci Klayer, who was in the USAO's Urbana Office.

1

3.      During the trial of the *Nixon* case, which took place on December 13-20, 2016, I did not know about a December 16-18, 2016, email exchange between Paralegal Specialist Lisa Hopps of the USAO's Springfield Office and U.S. District Court Judge Colin S. Bruce, which is attached as **Exhibit 1** and hereinafter referred to as "December 2016 Email Exchange." I first remember seeing the December 2016 Email Exchange in the late afternoon of May 17, 2018, when AUSA Peirson provided a copy of it to me.

4.      On May 2, 2018, I had lunch with AUSA Timothy Bass. During the lunch AUSA Bass mentioned to me that he would be contacting AUSA Peirson, whom I supervised at the time, to discuss an email Judge Bruce had sent that referenced her and one of her trials.

5.      The following week, when I saw AUSA Peirson, I mentioned that AUSA Bass would be contacting her to discuss an email Judge Bruce had sent about her and one of her trials.

6.      On the morning of May 17, 2018, AUSA Peirson indicated to me that she was able to speak to AUSA Bass on May 16, 2018, and that the email from Judge Bruce occurred during the *Nixon* trial in December of 2016. At the time she spoke to me, AUSA Peirson did not yet have a copy of the email. AUSA Peirson informed me that she was in contact with attorneys at the U.S. Department of

2

Justice in Washington, DC, and one of the USAO's professional responsibility officers, AUSA Greggory Walters, for advice as to how she should proceed.

7.     Late in the afternoon on May 17, 2016, AUSA Peirson gave me a copy of the December 2016 Email Exchange, and this is the first time I remember seeing it.

8.     The next day, May 18, 2018, I informed Criminal Chief Gregory Harris, my direct supervisor, and First Assistant U.S. Attorney Patrick Hansen, who also serves as one of the USAO's professional responsibility officers, of the December 2016 Email Exchange and provided a copy of it to them.  At the same time, I forwarded a copy of the December 2016 Email Exchange to AUSA Walters, the USAO's other professional responsibility officer.

9.     The following week, May 20-25, 2018, I was involved in discussions with USAO management and attorneys at the Department of Justice as to how the USAO should proceed, and I am aware that on May 30, 2018, First Assistant Hansen disclosed the December 2016 Email Exchange to counsel for Defendant Nixon.

10.    In preparing this Declaration, I reviewed several old emails and realized that I had received an email on December 7, 2017, from AUSA Bass.  The email simply stated "FYI" and forwarded a copy of an email AUSA Bass had sent

3

the day before, December 6, 2017, to the U.S. Department of Justice's Office of the Inspector General (hereinafter referred to as the "OIG Email").

11. In preparing for this Declaration, I recently reviewed the OIG Email and realized that it referenced the December 2016 Email Exchange and included a copy of it. I have no recollection of reviewing the OIG Email or the December 2016 Email Exchange on December 7, 2017. I did not forward the December 7, 2017, email from AUSA Bass to anyone, do not recall discussing it with anyone, including AUSA Bass, and did not take any action based on its receipt.[1] As noted, the first time I remember seeing the December 2016 Email Exchange was late in the afternoon of May 17, 2018, when AUSA Peirson provided a copy to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January  17 , 2019

By:

Eugene L. Miller
Assistant United States Attorney

---

[1] The OIG Email is not being disclosed and filed with this Declaration because it contains privileged and confidential information. The December 2016 Email Exchange, which was an attachment to the OIG Email, has been disclosed. Should the Court wish to confirm the government's representations regarding the OIG Email, it will provide a copy of it to the Court under seal and ex parte for its review. *See* Government's Response to Defendant's Motion for a New Trial.

4

# EXHIBIT 1

GOV. APP. 205

| From: | Colin_Bruce@ilcd.uscourts.gov |
|---|---|
| To: | Hopps, Lisa (USAILC) |
| Subject: | RE: Jim's Farewell |
| Date: | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSEDLY, this happened" or "so ACCORDING TO YOUR STORY...."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go......

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
Are you kidding me?!?! Wow.  Never ☹.  Staci is the paralegal
in training over there so I'm o-u-t.
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:  217-492-4447
lisa.hopps@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-CR-20057 |
| | ) | |
| SARAH M. NIXON, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF GREGGORY R. WALTERS

I, Greggory R. Walters, declare:

1.      I am an Assistant United States Attorney for the Central District of Illinois. I am the district's appellate chief. I also serve as one of the district's ethics advisors and professional responsibility officers.

2.      I first learned of the existence of the email exchange between Judge Colin S. Bruce and Paralegal Specialist Lisa Hopps on the morning of May 17, 2018, during a telephone conversation with AUSA Elly Peirson. At the time of that call, Ms. Peirson had yet to receive a copy of the email exchange.

3.      Later that afternoon, Ms. Peirson obtained a copy of the email exchange and forwarded a scanned copy to me. The email exchange has since been marked as Bates Nos. 2539-2548.

4.      Based on my discussions with Ms. Peirson and my review of the email exchange on May 17, 2018, I provided Ms. Peirson with government ethics and/or professional responsibility advice that same day.

THERE ARE NO FURTHER STATEMENTS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January, 2019, in Peoria, Illinois.

/s/Greggory R. Walters
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-cr-20057 |
| | ) |
| SARAH M. NIXON, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF PATRICK D. HANSEN

I, Patrick D. Hansen, declare:

1.      I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of Illinois ("USAO"), and during the relevant time period I was serving in the role of First Assistant United States Attorney as well as one of the USAO's professional responsibility officers.

2.      On Friday, May 18, 2018, at approximately 5:39 p.m., AUSA Eugene Miller emailed me a copy of a December 16, 2016, email exchange between U.S. District Judge Colin S. Bruce and USAO Paralegal Specialist Lisa Hopps. That email exchange is attached to this Declaration as Exhibit 1 (Bates numbered FULL SET, USAO CDIL-CSB COMMUNICATIONS, pp. 2539-2548) (hereinafter referred to as "December 2016 Email Exchange"). This was the first time I recall being made aware of the December 2016 Email Exchange.

3.    Upon review of the December 2016 Email Exchange, I informed United States Attorney John Childress of the email.

4.    I thereafter began consultations with U.S. Department of Justice attorneys in Washington, DC, seeking advice as to how the USAO should proceed.

5.    Based on advice received from attorneys at the Department of Justice, I disclosed the December 2016 Email Exchange to counsel for Defendant Nixon in a letter dated Wednesday, May 30, 2018. The letter of May 30, 2018 is attached as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January  /6 2019.


Patrick D. Hansen
Assistant United States Attorney

2

# EXHIBIT 1

GOV. APP. 213

| From: | Colin_Bruce@ilcd.uscourts.gov |
|---|---|
| To: | Hopps, Lisa (USAILC) |
| Subject: | RE: Jim's Farewell |
| Date: | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

```
DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSDEDLY, this happened" or "so ACCORDING TO YOUR STORY...."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go......

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

Are you kidding me?!?! Wow. Never ⊗. Staci is the paralegal in training over there so I'm o-u-t.

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged' "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line: 217-492-4447
lisa.hoops@usdoj.gov

# EXHIBIT 2



**U.S. Department of Justice**

*United States Attorney*
*Central District of Illinois*
*Headquarters Office*

---

*John E. Childress*
*United States Attorney*

*318 South 6th Street*
*Springfield, IL 62701-1806*

*TEL: (217) 492-4450*
*FAX: (217) 492-4512*

May 30, 2018

Sarah O'Rourke Shrup, Esq.
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611-3069

                    Re:     United States v. Sarah Nixon
                            15-Cr- 20057

Ms. Shrup:

Please be advised that the we very recently became aware of an e-mail exchange between an employee of the U.S. Attorney's Office in the Central District of Illinois and the Court which occurred during the trial of United States v. Sarah Nixon. We have no information suggesting that this exchange was shared or made known to the trial team. Nevertheless, in the exercise of due caution, we are notifying you of the exchange, and enclosing the communication to you at this time.

Very Truly Yours,



Patrick D. Hansen
First Assistant U.S. Attorney

Cc: The Honorable Colin S. Bruce, United States District Judge

GOV. APP. 218

| From: | Colin_Bruce@ilcd.uscourts.gov |
|---|---|
| To: | Hopps, Lisa (USAILC) |
| Subject: | RE: Jim's Farewell |
| Date: | Sunday, December 18, 2016 12:45:15 PM |

I work hard not to try any of the cases.
I actually have a sign on the bench from Judge Baker that says "DO NOT TRY THE CASE".

When I'm not making internal jokes or when I'm not completely bored, lots of times I am cringing.

I really cringed when the inexperienced DOJ attorney starting crossing the defendant in this case..
During this cross-examination, I keep wanting to say, "Seriously? That is your plan? Repeat the testimony of the defendant as though it was fact and then say, 'Right?'"

And if you were in the courtroom, yes, I would be giving you looks that would make you crack-up.



**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 7:55 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell


```
DITTO my friend!! She is, I'm happy for her.  OMG.  How do you
sit through that?  I can just see you looking like you're bored
to death, but on the inside you're cracking yourself up with
jokes!  I would NOT be able to make eye contact with you.
hahahahaha
```

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 5:10 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Damn it! I could use a little Lisa Hopps in the courtroom just to see you.
Staci is doing a good job, so you trained her well.

So far in this trial, in the over one hour cross-examination, the DOJ attorney has done a WONDERFUL job of repeating the bullshit the defendant said as if the defendant's story was all fact.

How about the BASIC cross-examination skill of saying "and then the ALLEGED event took place" or "and then, SUPPOSDEDLY, this happened" or "so ACCORDING TO YOUR STORY…."

This trial went from a slam-dunk for the prosecution to about a 60-40 for the defendant, and there is more cross-examination to go……

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Saturday, December 17, 2016 4:00 PM
**To:** "Colin_Bruce@ilcd.uscourts.gov" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** RE: Jim's Farewell

Are you kidding me?!?! Wow.  Never ☺.  Staci is the paralegal in training over there so I'm o-u-t.

**From:** Colin_Bruce@ilcd.uscourts.gov [mailto:Colin_Bruce@ilcd.uscourts.gov]
**Sent:** Saturday, December 17, 2016 2:11 PM
**To:** Hopps, Lisa (USAILC) <LHopps@usa.doj.gov>
**Subject:** RE: Jim's Farewell

Trial. Elly.

Where evidently the Elly and Co. decided they did not want to win by letting an entirely inexperienced DOJ attorney cross examine THE DEFENDANT.
(Here are some words she evidently does not know: "alleged" "supposedly" "your story")

Are you ever going to come over here and do another trial?

**From:** Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov> [mailto:Hopps, Lisa (USAILC) <Lisa.Hopps@usdoj.gov>]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** "'Colin_Bruce@ilcd.uscourts.gov'" <Colin_Bruce@ilcd.uscourts.gov>
**Subject:** Jim's Farewell

And just WHERE WERE YOU today?????

# Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line: 217-492-4447
lisa.hopps@usdoj.gov