E-FILED
Thursday, 30 May, 2019  03:43:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT URBANA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

SARAH M. NIXON,

                    Defendant.

Case No. 15-cr-20057

## STIPULATION AND PROPOSED ORDER REGARDING SCHEDULE

WHEREAS, the United States is preparing certain documents for disclosure to defendant's counsel pursuant to a joint protective agreement, including by revising the redactions in the documents;

WHEREAS, the Court's Minute Entry of May 1, 2019, directed the parties to file their protective agreement, and the United States to disclose the subject documents, no later than May 31, 2019;

WHEREAS, the parties have not yet finalized their protective agreement, and the United States has found that it needs more time to prepare the subject documents;

AND WHEREAS, the parties have envisioned that their protective agreement would be executed but not filed;

NOW THEREFORE, the parties hereby stipulate, and respectfully request that the Court so order:

1.  The parties shall execute their joint protective agreement no later than June 14, 2019.  The agreement need not be filed.

2.  The United States shall disclose at least 3,700 pages of the subject documents no later than July 10, 2019.

3.  The United States shall disclose the remainder of the subject documents no later than July 24, 2019.

4.  The defendant may file a motion challenging any of the redactions in the subject documents no later than August 23, 2019.

Dated:  May 30, 2019

Respectfully submitted,

  /s/ Thomas W. Patton            JOHN C. MILHISER
*Federal Public Defender*        *United States Attorney*
*401 Main Street, Suite 1500*
*Peoria, Illinois 61602*          /s/ Gregory G. Brooker
*Telephone:  309-671-7891*       *Special Assistant United States Attorney*
*Email:       Thomas_Patton@fd.org*  *for the Central District of Illinois*
                                 *Assistant United States Attorney*
  /s/ Peter W. Henderson          *District of Minnesota*
*Assistant Federal Public Defender*
*300 West Main Street*           *600 United States Courthouse*
*Urbana, Illinois 61801*         *300 South Fourth Street*
*Telephone:  217-373-0666*       *Minneapolis, Minnesota 55415*
*Email:       Peter_Henderson@fd.org*  *Telephone: 612-664-5689*
                                 *Email:       Greg.Brooker@usdoj.gov*

  /s/ W. Scott Simpson
*Assistant United States Attorney*

*Office of the United States Attorney*
*318 South Sixth Street, Room 220*
*Springfield, Illinois 61602-1806*
*Telephone: 217-492-4413*
*Email:       W.Scott.Simpson@usdoj.gov*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2019

_____
JONATHAN E. HAWLEY
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on May 30, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of Illinois by using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ W. Scott Simpson
*Assistant United States Attorney*
