IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 15-CR-20057 |
| vs. | Hon. James E. Shadid, United States District Judge, Presiding |
| SARAH NIXON, | |
| Defendant. | |

**MOTION FOR ACCESS TO SEALED TRANSCRIPTS**

Now comes the Defendant, Sarah Nixon, by her attorneys, and moves the Court for an order granting defense counsel CM/ECF access to the sealed transcript of the *Daubert* hearing in this case.

The Court held a *Daubert* hearing on October 31 and November 7, 2016. Transcripts of the hearings were prepared and docketed at ##44, 93, 136, and 137. At the sentencing hearing, Ms. Nixon made an oral motion to seal the transcripts on the docket, and the Court granted the motion. The transcripts are thus currently under seal.

Though undersigned counsel is counsel of record in this case, he does not have access to the sealed transcripts in CM/ECF. He requested access to the transcripts from the Clerk of Court, who advised him that he would need a judicial order to grant him access. Ms. Nixon thus moves the Court to order the

Clerk to grant counsel electronic access to the transcripts located at ##44, 93, 136, and 137 on the docket. Counsel and Ms. Nixon will continue to maintain the transcripts under seal, as they had requested at the sentencing hearing.

WHEREFORE, the Court should order the Clerk to grant electronic access to documents 44, 93, 136, and 137 to attorneys Peter W. Henderson and Thomas W. Patton.

                                                        Respectfully submitted,

                                                        SARAH NIXON,
                                                        Defendant

                                                        THOMAS W. PATTON
                                                       Federal Public Defender

BY:   /s/ Peter W. Henderson
          Assistant Federal Public Defender
          300 West Main Street
          Urbana, Illinois 61801
          (217) 373-0666
          Peter_Henderson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Gregory G. Brooker.

                                            /s/ Peter W. Henderson
                                            Assistant Federal Public Defender