IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARAH M. NIXON,<br><br>Defendant. | Case No. 15-cr-20057 |

**PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF FILING**

Pursuant to this Court's Order and Opinion of February 10, 2020 (Doc. 209), and the text order of February 13, 2020, the United States files herewith a revised set of redacted documents incorporating the ruling by Magistrate Judge Jonathan Hawley dated December 17, 2019.

Dated: February 17, 2020

                                            Respectfully submitted,

                                            JOHN C. MILHISER
                                            *United States Attorney*

                                            /s/ W. Scott Simpson
                                            *Assistant United States Attorney*
                                            *Office of the United States Attorney*
                                            *318 South Sixth Street*
                                            *Room 220*
                                            *Springfield, Illinois 61602-1806*
                                            *Telephone: 217-492-4413*

**CERTIFICATE OF SERVICE**

I certify that on February 17, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of Illinois by using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 /s/ W. Scott Simpson
*Assistant United States Attorney*
