

> Discussion regarding potential internal DOJ investigations; paralegal work product on pending litigation; references to private personnel matters

# Memorandum

| Subject: | Date: |
|---|---|
| U.S. vs. Schock, CDIL | August 13, 2018 |// 
| To: | From: |
| Deputy Director Norman Wong (EOUSA) | Lisa Hopps, Paralegal (USAO-CDIL) |

Dear Deputy Director Wong:

Attachment No. 4 - page 000306

After Colin became a Federal District Judge, Tim applied for an open magistrate position. I recall speaking to Colin on the phone and he was disparaging Tim and his chances to become a magistrate judge. I became very angry and told him he had to stop and that he was "[expletive] with people's lives". He assured me he wouldn't interfere with Tim's application. Subsequently, another magistrate judge position became available. This time for Colin himself.  Prior to applying, Tim met with Colin to ask if he thought he should apply and Colin told him he definitely should. In a later conversation with me, Colin laughed that Tim wouldn't even make it out of committee – he didn't.  I again told him that his comment was out of line, wrong and that he needed to stop.

Patrick and our now Interim U.S. Attorney John Childress have a close relationship with Colin. USA Childress is a personal friend and is the only AUSA in our District that Colin has recused himself from hearing cases.  Our prior USA James Lewis is also a personal friend of Colin. All three of them are more than aware of Colin's dislike of Tim. In fact, Colin has been unable to disconnect himself from our office. It's almost as if he is a silent part of management. No other federal judge in our district is in constant contact with our office and seems to know everything that is going on like Colin does. It's concerning to say the least. So when the Schock matter was assigned to Colin, you would think a motion for his recusal would have been filed immediately.

### Lisa Hopps

Paralegal Specialist
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Direct Line:

lisa.hopps@usdoj.gov

Privacy - direct-dial phone number